**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Spokane Industries, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-0572717** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3808 North Sullivan Road, Building #1** **Spokane Valley, WA 99216** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Spokane** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **spokaneindustries.com**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

26-00116-FPC11     Doc 1     Filed 01/23/26     Entered 01/23/26 12:29:24     Pg 1 of 142

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3311_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 2 of 142

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 3 of 142

| **Request for Relief, Declaration, and Signatures** |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2026**
                MM / DD / YYYY

**X** **/s/ Patrick Turner**                                  **Patrick Turner**
Signature of authorized representative of debtor              Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**                          Date    **January 23, 2026**
Signature of attorney for debtor                                MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**      Email address    **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2026**
             MM / DD / YYYY

X _____        **Patrick Turner**
Signature of authorized representative of debtor      Printed name

Title   **Managing Member**

**18. Signature of attorney**

X _____     Date  **January 23, 2026**
Signature of attorney for debtor                 MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**     Email address  **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

Debtor name  **Spokane Industries, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __January 23, 2026__      *X* /s/ Patrick Turner
　　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　**Patrick Turner**
　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　**Managing Member**
　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Spokane Industries, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**January 23, 2026**__    X _____
                                              Signature of individual signing on behalf of debtor

**Patrick Turner**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name  **Spokane Industries, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐  Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A-L COMPRESSED GASES INC 110 W 7th #1400 Tulsa, OK 74119** | lindsey.story@airgas.com | **Material** | | | | $161,780.94 |
| **AVISTA UTILITIES PO Box 3727 MCS 34 Spokane, WA 99220** | denise.burns@avistacorp.com | **Services** | | | | $1,571,399.49 |
| **BOBS METALS INC 9000 N Interstate Ave Portland, OR 97217** | accounting@bobsmetals.com | **Material** | | | | $179,174.01 |
| **DEPT OF LABOR AND INDUSTRIES 901 N Monroe St #100 Spokane, WA 99201** | Fars235@lni.wa.gov | **Services** | | | | $180,823.92 |
| **IGI RESOURCES INC 1290 W Myrtle St #400 Boise, ID 83702** | BPNatGasSettlements@bp.com | **Material** | | | | $110,612.39 |
| **Marlin Leasing PO Box 13604 Philadelphia, PA 19101-3604** | dbattista@peacsolutions.com | **3D Printer** | | $110,432.25 | $0.00 | $110,432.25 |
| **MARLIN LEASING CORP PO Box 13604 Philadelphia, PA 19101-3604** | dbattista@peacsolutions.com | **Services** | | | | $110,432.25 |
| **MARTZ, WILLIAM AND CHRISTINE 5211, N Salida del Sol Dr. Tucson, AZ 85718** | 520-260-0937 | | | | | $500,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MILLBANK MATERIALS USA LTD 15540 North Columbia Blvd Portland, OR 97203** | MartySlagle@millbankmat.com | **Material** | | | | **$141,128.71** |
| **MILLER AND COMPANY 9700 W Higgins Rd Rosemont, IL 60018** | mchoudhary@millerandco.com | **Material** | | | | **$471,818.00** |
| **NORCO INC 1125 W Amity Rd Boise, ID 83705** | teeockam@norco-inc.com | **Material** | | | | **$141,421.60** |
| **NORTHWEST INDUSTRIAL & FOUNDRY 10771 N Lombard St Portland, OR 97203** | sharon@foundrystuff.com | **Material** | | | | **$309,910.51** |
| **OCL FOUNDRY & ABRASIVE SUPPLY PO Box 713274 Chicago, IL 60677-1274** | kpope@surfaceprep.com | **Material** | | | | **$649,117.29** |
| **PARK SPE LLC 3808 N Sullivan, N15 #202 Spokane Valley, WA 99216** | bwalters@crownwest.com | **Rent** | | | | **$1,217,448.69** |
| **REMELT SOURCES INC 27151 Tungsten Rd Cleveland, OH 44132-2940** | jernst@remeltsources.com | **Material** | | | | **$144,716.14** |
| **SAIA MOTOR FREIGHT LINE INC 104 E Woodlawn Ranch Rd Houma, LA 70363** | tscott@saia.com | **Services** | | | | **$125,992.17** |
| **SPOKANE COUNTY TREASURER PO Box 199 Spokane, WA 99210-0199** | treasurer@spokanecounty.gov | **Services** | | | | **$119,408.25** |
| **Spokane Stainless Technologies Inc. 3808 N Sullivan Rd., Bldg. 4 Spokane Valley, WA 99216** | ap@spokanestainless.com | **Personal Property** | **Contingent Unliquidated Disputed** | **$4,623,978.00** | **$0.00** | **$4,623,978.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TOMMER EQUIPMENT CO INC PO Box 1150 Ephrata, WA 98823 | dan@tommerconstruction.com | Material | | | | $259,113.87 |
| VEGA INDUSTRIES LTD. USA 330 Franklin Rd #135-180 Brentwood, TN 37027 | kim.mcclung@vega-industries.com | Material | | | | $120,004.67 |

**Fill in this information to identify the case:**

Debtor name    **Spokane Industries, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................    $     **9,872,078.34**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................    $     **9,872,078.34**

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **11,532,202.38**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$     **8,322,549.94**

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b        $     **19,854,752.32**

**Fill in this information to identify the case:**

Debtor name    **Spokane Industries, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **JP Morgan Chase** <br> **Balance as of 1/21/26** | **Checking** | **6690** | **$39,320.74** |
| 3.2.   **JP Morgan Chase** | **Money Market** | **2850** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

       **$39,320.74**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
     **Bush Kornfeld LLP**
     **601 Union Street, Suite 5000**
     **Seattle, WA 98101**
7.1.   **Legal Retainer**        **$0.00**

Debtor   **Spokane Industries, LLC**                              Case number *(If known)* _____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    | **$0.00** |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        **2,766,915.00**    -           **0.00**    = ....        **$2,766,915.00**
                                     face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:             **49,156.15**    -           **0.00**    =....            **$49,156.15**
                                     face amount                  doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        | **$2,816,071.15** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **See attached** **Book value as of 12/31/25** | | $0.00 | | $445,696.82 |
| 20. **Work in progress** **See attached** **Book value as of 12/31/25** | | $0.00 | | $491,690.25 |
| 21. **Finished goods, including goods held for resale** **See attached** **Book value as of 12/31/25** | | $0.00 | | $1,310,822.38 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $2,248,209.45 |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

        ■ No.  Go to Part 7.
        ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

        ☐ No.  Go to Part 8.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment is included in response to B.50.  See attachment to B.50. | $0.00 | | $0.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                    | $0.00 |

        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Manufacturing Equipment and Office Equipment.  See Attachment.  Value is tax assessed value.  Debtor believes the value is less based upon a 2021 appraisal by James G. Murphy. | $0.00 | Tax records | $4,768,477.00 |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $4,768,477.00 |
|---|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.1.  **3808 N. Sullivan**
       **Road**
       **Spokane Business &**
       **Industrial Park**
       **Spokane,**
       **Washington**
       **Square footage is**
       **approximate:**
       **120,000 in Bulidng #1**
       **50,400 square feet in**
       **Building #2**
       **22,400 square feet in**
       **Building #4**
       **20,000 square feet in**
       **Building #128**          Leasehold              Unknown                              Unknown

---

56.  **Total of Part 9.**                                                                | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Patents:**<br><br>**US Patent 6601789**<br>**US Patent 8485336**<br>**US Patent 8499818**<br>**US Patent 8795828**<br>**US Patent 8960262**<br>**US Patent 8967230**<br>**US Patent 8985185**<br>**US Patent 10112200** | Unknown | | Unknown |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.   **Total of Part 10.**                                                    ☐ $0.00

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **AIG Specialty Insurance Policy # EG177298485 -
      Commercial General Liability and Pollution
      AIG Specialty Insurance Policy #EGU17702763 - Excess
      Liability
      Underwriters at Lloyd's, London Policy
      #B174019468PC25 - Property
      Beazley Insurance Company, Inc. Policy #FAL 142692 -
      Stock Throughout
      National Union Fire Insurance Company Policy
      #065208203 - Hired/Non-Owned Auto
      Underwriters at Lloyd's, London Policy
      #ESO0040541296 - Cyber
      Continental Casualty Company Policy #8035422272 -
      Management Liability
      Continental Casualty Company Policy #W31AB220101 -
      10 Year Pollution Liability**                                    Unknown

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**
      **Claims relating to seller misrepresentations relating to
      sale of debtor business.  Seller's were Tyrus N. Tenold
      and Gregory G. Tenold.**                                        Unknown
      **Nature of claim**
      **Amount requested**                    $0.00

75.   **Other contingent and unliquidated claims or causes of action of**

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 17 of 142

Case number *(If known)* _____

**every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                    | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,320.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,816,071.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,248,209.45 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,768,477.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,872,078.34 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,872,078.34 |

**In re Spokane Industries, LLC**
**Attachment to Schedule B19-B21**

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1C | 108080110 | Skid | N/A | EA | 135.00 | 2.00 | - | 270.00 | 810.00 |
| WH Total | | | | | | 135.00 | 2.00 | | 270.00 | 810.00 |
| FG | 1D | 0031715LSV | Bar, Blow, Two Turn, Ceramic | N/A | EA | 1,337.00 | 4.00 | 2,318.37 | 5,348.00 | 9,273.47 |
| FG | 1D | 0031715LV | Bar, Blow, Two Turn | 0656 | EA | 1,337.00 | 4.00 | 2,395.12 | 5,348.00 | 9,580.48 |
| FG | 1D | 0034554LSV | Bar, Blow, Ceramic | 0686 | EA | 752.00 | 4.00 | 1,171.92 | 3,008.00 | 4,687.68 |
| FG | 1D | 00348522LSV | Bar, Blow, Ceramic 2 Slot | N/A | EA | 804.00 | 8.00 | - | 6,432.00 | 19,296.00 |
| FG | 1D | A010040HSV | Bar, Blow, Ceramic | 0747 | EA | 510.00 | 1.00 | 925.21 | 510.00 | 925.21 |
| FG | 1D | A010040LSV | Bar, Blow, Ceramic | 0656 | EA | 495.00 | 1.00 | 810.04 | 495.00 | 810.04 |
| WH Total | | | | | | 5,235.00 | 22.00 | | 21,141.00 | 44,572.88 |
| FG | 1F | 108003800 | Clamp, Flask (Mold) | 1025 | EA | 1.00 | 80.00 | 1.85 | 80.00 | 148.18 |
| FG | 1F | 108070060 | Screw, Cap, Zinc Plated | BUYOUT | EA | 0.01 | 262.00 | 0.70 | 2.62 | 183.40 |
| FG | 1F | 108070061 | Nut, Hex, Zinc Plated | BUYOUT | EA | 0.01 | 262.00 | 0.14 | 2.62 | 36.39 |
| FG | 1F | 108070202 | Washer, 1-3/8"X2-3/4" | N/A | EA | - | 40.00 | 5.12 | - | 204.80 |
| FG | 1F | 108070236 | Hhcs, 3/4X2-1/2, Gr 8 | N/A | EA | - | 150.00 | 1.59 | - | 238.15 |
| FG | 1F | 108070237 | Hex Lock Nut, 3/4" Steel Top | N/A | EA | - | 150.00 | 1.02 | - | 152.79 |
| RM | 1F | 108070240 | Pin, Prairie Machine | N/A | EA | - | 28.00 | 129.86 | - | 3,636.08 |
| FG | 1F | 108070352 | Lock Nut 3/4"-10Tpi Stover | N/A | EA | - | 490.00 | 1.02 | - | 499.80 |
| FG | 1F | 108070353 | Bolt, Hhcs 3/4"-10Tpi X 2" Lg Gr8 | N/A | EA | - | 650.00 | 1.82 | - | 1,184.71 |
| FG | 1F | 108070354 | Lock Washer 3/4" Gr8 | N/A | EA | - | 160.00 | 0.22 | - | 35.81 |
| FG | 1F | 108080097 | Pallet, 40" X 70" | N/A | EA | 1.00 | 32.00 | 39.10 | 32.00 | 96.00 |
| FG | 1F | 1590001HS | Bottom, Center Liner, Check Change Piece | 0747 | EA | 922.00 | 1.00 | - | 922.00 | 2,766.00 |
| FG | 1F | 293200500 | Boom Lever, Rh - Casting | 4330 | EA | 236.00 | 5.00 | - | 1,180.00 | 3,540.00 |
| FG | 1F | N61000200 | Guide Rail | 4330 | EA | 886.00 | 1.00 | 952.01 | 886.00 | 2,658.00 |
| FG | 1F | N61002200 | Capsule, Bearing, Flip Cope For Drag | 8630 | EA | 155.00 | 2.00 | 186.46 | 310.00 | 930.00 |
| FG | 1F | N61003700 | Base,Swing Motor | 1025 | EA | 1,104.00 | 3.00 | 1,132.44 | 3,312.00 | 9,936.00 |
| FG | 1F | N61007500 | Bracket, Door, Snubber | 8630 | EA | 266.00 | 4.00 | 213.49 | 1,064.00 | 3,192.00 |
| FG | 1F | N61009800 | Jaw, Breakout Wrench - Cast | 8630 | EA | 180.00 | 1.00 | 109.98 | 180.00 | 540.00 |
| FG | 1F | N65000356 | Wear Pad, 12X12x2.5 - P/N 7925 | 0656 | EA | 69.30 | 4.00 | 91.76 | 277.20 | 831.60 |
| FG | 1F | N68000100 | Housing, Bearing Tc-6000 | 1025 | EA | 800.00 | 1.00 | 232.57 | 800.00 | 2,400.00 |
| FG | 1F | N68000200 | Housing, Bearing Tc-9000 | 1025 | EA | 2,292.00 | 2.00 | 1,121.80 | 4,584.00 | 13,752.00 |
| FG | 1F | N70000700 | Right Hand Rotor Extension | 8630 | EA | 1,475.15 | 1.00 | - | 1,475.15 | 4,425.45 |
| FG | 1F | N70000900 | Track Pad, 20" | 8630 | EA | 102.00 | 3.00 | - | 306.00 | 918.00 |
| FG | 1F | N70001000 | Rotor Arm Extension Casting | 8630 | EA | 743.00 | 3.00 | - | 2,229.00 | 6,687.00 |
| FG | 1F | N731100297J | Lower Concave,Lm-500, 45134655 | 500 | EA | 926.20 | 1.00 | - | 926.20 | 2,778.60 |
| FG | 1F | N73303500G | Middle Concave, Lm-400 | 400 | EA | 1,046.00 | 3.00 | - | 3,138.00 | 9,414.00 |
| FG | 1F | N733421535T | Tooling - Upper Concave | 300 | EA | 604.06 | 1.00 | 7,565.00 | 604.06 | 1,812.18 |
| FG | 1F | N734259957F | Upper Concave - Lm 300 # 9230184632 | 300 | EA | 1,235.00 | 4.00 | - | 4,940.00 | 14,820.00 |
| FG | 1F | N734259966G | Middle Concave, Lm-400, Cope Upset # 9230183858 | 400 | EA | 1,266.00 | 55.00 | - | 69,630.00 | 208,890.00 |
| FG | 1F | N73610089N | Lower Concave - Use Cope Upset | 600 | EA | 1,648.00 | 1.00 | - | 1,648.00 | 4,944.00 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1F | N73610094N | Middle Concave - Use Upset Cope | 600 | EA | 1,580.00 | 12.00 | - | 18,960.00 | 56,880.00 |
| FG | 1F | N73610098J | Upper Concave, Use Upset - Lm-500 # 9230192018 | 500 | EA | 1,428.00 | 1.00 | - | 1,428.00 | 4,284.00 |
| FG | 1F | N73764223G | Middle Concave Lm-400 | 400 | EA | 1,110.00 | 2.00 | - | 2,220.00 | 6,660.00 |
| FG | 1F | N73764227F | Upper Concave - Lm 300 | 300 | EA | 1,028.00 | 3.00 | - | 3,084.00 | 9,252.00 |
| FG | 1F | N73873246J | Middle Concave, Lm-500, Use Upset, 1030005231 | 500 | EA | 1,896.00 | 1.00 | - | 1,896.00 | 5,688.00 |
| FG | 1F | N73915289GRV1 | Lower Concave, Lm-400 - Rev 1 Old | 400 | EA | 1,599.00 | 33.00 | - | 52,767.00 | 158,301.00 |
| FG | 1F | N73922873G | Lower Concave # 598786 | 400 | EA | 1,075.00 | 1.00 | - | 1,075.00 | 3,225.00 |
| FG | 1F | N73922878G | Lower Middle Concave # 598786 | 400 | EA | 854.00 | 1.00 | - | 854.00 | 2,562.00 |
| FG | 1F | N73HTC4021P | Discharge End Hi Shell Liner | 0700 | EA | 3,231.00 | 3.00 | - | 9,693.00 | 29,079.00 |
| FG | 1F | N73HTC4023P | Discharge End Low Shell Liner | 0700 | EA | 2,628.00 | 2.00 | - | 5,256.00 | 15,768.00 |
| FG | 1F | N73M03083CH | Wear Ring | 0727 | EA | 5.50 | 6.00 | - | 33.00 | 99.00 |
| FG | 1F | N73M06041CH | Backliner | KB1 | EA | 80.00 | 2.00 | - | 160.00 | 480.00 |
| FG | 1F | N770001HS | Ledge Block Liner 340 X 75 X 75 | 0747 | EA | 27.00 | 10.00 | - | 270.00 | 810.00 |
| WH Total | | | | | | | 32,499.23 | 2,477.00 | | 196,224.85 | 594,738.94 |
| RM | 1P | 108030268 | Wheel, Grinding | N/A | EA | 1.00 | 1.00 | 8.29 | 1.00 | 8.29 |
| RM | 1P | 108030269 | White Railroad Chalk | N/A | EA | 1.00 | 144.00 | 0.43 | 144.00 | 61.70 |
| FG | 1P | 108080104 | Pallet 42" X 42" | N/A | EA | 90.00 | (4.00) | - | (360.00) | - |
| WH Total | | | | | | 92.00 | 141.00 | | (215.00) | 69.99 |
| RM | 1R | 108030227 | No Bake, Shakeout Sand - No Value | N/A | LB | 1.00 | 19.43 | - | 19.43 | |
| RM | 1R | 108030280 | Holecote Cp2194 | N/A | EA | 1.00 | 1,800.00 | - | 1,800.00 | - |
| RM | 1R | 108040017 | Pig Iron | N/A | LB | 1.00 | 4,200.00 | 0.75 | 4,200.00 | 3,150.00 |
| RM | 1R | 108040027 | Scrap, Purchased Mild Steel | N/A | LB | 1.00 | 55,000.00 | 0.28 | 55,000.00 | 15,591.40 |
| RM | 1R | 108040030 | Chrome, Charge, Hc | N/A | LB | 1.00 | 16,500.00 | 1.51 | 16,500.00 | 24,873.75 |
| RM | 1R | 108040031 | Silicon Manganese | N/A | LB | 1.00 | 4,300.00 | 0.98 | 4,300.00 | 4,214.00 |
| RM | 1R | 108040032 | Manganese, Ferro, Low Phos | N/A | LB | 1.00 | 800.00 | 1.06 | 800.00 | 848.00 |
| RM | 1R | 108040033 | Silicon, Ferro | N/A | LB | 1.00 | 3,000.00 | 1.35 | 3,000.00 | 4,055.40 |
| RM | 1R | 108040036 | Nickel, Electrolytic | N/A | LB | 1.00 | 560.00 | 8.55 | 560.00 | 4,788.00 |
| RM | 1R | 108040037 | Molybdenum, Ferro | N/A | LB | 1.00 | 700.00 | 16.01 | 700.00 | 11,203.50 |
| RM | 1R | 108040040 | Vanadium, Ferro | N/A | LB | 1.00 | 225.00 | 18.62 | 225.00 | 4,190.40 |
| RM | 1R | 108040048 | Scrap, 0H39 Purchased Steel | N/A | LB | 1.00 | 500.00 | 0.40 | 500.00 | 200.00 |
| RM | 1R | 108040049 | Mild Steel Returns | N/A | LB | 1.00 | 45,000.00 | 0.58 | 45,000.00 | 26,100.00 |
| RM | 1R | 108040052 | Iron Returns | N/A | LB | 1.00 | 245,000.00 | 1.08 | 245,000.00 | 264,600.00 |
| RM | 1R | 108070015 | 337-8022 Cluster Ring | BUYOUT | EA | 1.00 | 1.00 | 858.91 | 1.00 | 858.91 |
| RM | 1R | 108070134 | 005-0228-09 Cluster Ring | N/A | EA | 1.00 | 1.00 | 664.06 | 1.00 | 664.06 |
| RM | 1R | 1080701343 | 005-0228-09 Cluster Ring | N/A | EA | 1.00 | 1.00 | 90.97 | 1.00 | 90.97 |
| RM | 1R | 108070191 | Blank 005-8107-09 | N/A | EA | - | 1.00 | 2,866.67 | - | 2,866.67 |
| RM | 1R | 108070195 | Blank 005-0186-09 | N/A | EA | - | 1.00 | 2,341.77 | - | 2,341.77 |
| RM | 1R | 108070221 | 005-9997-41 Cluster Ring | | EA | - | 1.00 | 875.48 | - | 875.48 |
| RM | 1R | 108070245 | 32" Blank 2" | N/A | EA | - | 1.00 | 1,200.00 | - | 1,200.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|-----------|----|-----------|----------------------|-------|-------|-----------|-------------|-----------|----------|--------------|
| FG | 1R | 108070294 | Locating Support Bar-337951609 | N/A | EA | - | 4.00 | 88.65 | - | 354.60 |
| RM | 1R | 108070298 | Otl, Main Ring (005016609) | BUYOUT | EA | 5.36 | 2.00 | 864.15 | 10.72 | 1,728.30 |
| RM | 1R | 108070326 | Bottom Plate-Ring | N/A | EA | 5.36 | 4.00 | 2,034.03 | 21.45 | 8,136.10 |
| RM | 1R | 108070358 | Blank, Table, Common 52 X 12 X 3 | N/A | EA | - | 1.00 | 5,885.45 | - | 5,885.45 |
| FG | 1R | 108080104 | Pallet 42" X 42" | N/A | EA | 90.00 | (219.00) | - | (19,710.00) | - |
| WH Total | | | | | | 117.72 | 377,403.43 | | 357,929.60 | 388,816.76 |
| FG | 1W | 0031903JS | Bar, Blow, Ceramic | 500 | EA | 1,008.00 | 5.00 | - | 5,040.00 | 12,600.00 |
| FG | 1W | 0033035JS | Bar, Blow, Ceramic | 500 | EA | 608.00 | 2.00 | - | 1,216.00 | 3,040.00 |
| FG | 1W | 0034215JS | Bar, Blow Ceramic | 500 | EA | 507.00 | 1.00 | - | 507.00 | 1,267.50 |
| FG | 1W | 0034220JS | Bar, Blow | 500 | EA | 586.00 | 3.00 | - | 1,758.00 | 4,395.00 |
| FG | 1W | 0034245JS | Bar, Blow, Ceramic | 500 | EA | 687.00 | 4.00 | 778.32 | 2,748.00 | 6,870.00 |
| FG | 1W | 0034247JS | Bar, Blow, Ceramic | 500 | EA | 1,236.00 | 4.00 | - | 4,944.00 | 12,360.00 |
| FG | 1W | 0034848JS | Bar, Blow, Ceramic | 500 | EA | 576.00 | 1.00 | - | 576.00 | 1,440.00 |
| FG | 1W | 00348526JS | Bar, Blow (6-Slot) | 500 | EA | 800.00 | 2.00 | - | 1,600.00 | 4,000.00 |
| FG | 1W | A010042JS | Bar, Blow - Ceramic | 500 | EA | 376.00 | 1.00 | - | 376.00 | 940.00 |
| FG | 1W | N740003J | Concave, Middle - Use Upset | 500 | EA | 1,475.00 | 1.00 | - | 1,475.00 | 3,687.50 |
| FG | 1W | 0031713L | Bar, Blow | 0656 | EA | 880.00 | 1.00 | 887.16 | 880.00 | 2,200.00 |
| FG | 1W | 0031751L | Bar, Blow | 0656 | EA | 1,030.00 | 1.00 | 1,096.75 | 1,030.00 | 2,575.00 |
| FG | 1W | 0031793L | Bar, Blow | 0656 | EA | 245.00 | 1.00 | 234.54 | 245.00 | 612.50 |
| FG | 1W | 0031795L | Plate, Impact | 0656 | EA | 265.00 | 1.00 | 235.60 | 265.00 | 662.50 |
| FG | 1W | 0031820L | Plate, Impact | 0656 | EA | 154.00 | 3.00 | 186.85 | 462.00 | 1,155.00 |
| FG | 1W | 0031905LS | Bar, Blow, Cearmic | 0656 | EA | 453.00 | 3.00 | 530.58 | 1,359.00 | 3,397.50 |
| FG | 1W | 0031919L | Plate, Impact | 0656 | EA | 160.00 | 8.00 | 82.49 | 1,280.00 | 3,200.00 |
| FG | 1W | 0032200L | Bar, Blow | 0656 | EA | 540.00 | 4.00 | 549.96 | 2,160.00 | 5,400.00 |
| FG | 1W | 0034215L | Bar, Blow | 0656 | EA | 507.00 | 1.00 | 536.00 | 507.00 | 1,267.50 |
| FG | 1W | 0034215LS | Bar, Blow, Ceramic | 0656 | EA | 507.00 | 1.00 | 664.64 | 507.00 | 1,267.50 |
| FG | 1W | 0034232L | Plate, Impact | 0656 | EA | 118.00 | 1.00 | 125.45 | 118.00 | 295.00 |
| FG | 1W | 0034245L | Bar, Blow | 0656 | EA | 706.00 | 1.00 | 736.31 | 706.00 | 1,765.00 |
| FG | 1W | 0034245LS | Bar, Blow, Ceramic | 0656 | EA | 687.00 | 1.00 | 677.49 | 687.00 | 1,717.50 |
| FG | 1W | 0034721L | Plate, Impact | 0656 | EA | 78.00 | 7.00 | 77.17 | 546.00 | 1,365.00 |
| FG | 1W | 0034729L | Plate, Impact | 0656 | EA | 119.00 | 1.00 | 135.48 | 119.00 | 297.50 |
| FG | 1W | 0034926L | Bar, Blow, 5" Thick | 0656 | EA | 778.00 | 1.00 | 758.02 | 778.00 | 1,945.00 |
| FG | 1W | 0034927L | Bar, Blow 5" | 0656 | EA | 1,090.00 | 1.00 | 678.34 | 1,090.00 | 2,725.00 |
| FG | 1W | 0034931L | Plate, Impact | 0656 | EA | 100.00 | 4.00 | 106.42 | 400.00 | 1,000.00 |
| FG | 1W | A010030L | Plate, Impact | 0656 | EA | 57.00 | 8.00 | 74.69 | 456.00 | 1,140.00 |
| FG | 1W | A010040LS | Bar, Blow, Ceramic | 0656 | EA | 506.00 | 1.00 | 623.98 | 506.00 | 1,265.00 |
| FG | 1W | A010042LS | Bar, Blow | 0656 | EA | 376.00 | 7.00 | 360.31 | 2,632.00 | 6,580.00 |
| FG | 1W | E930021L | Liner, Grate | 0656 | EA | 280.00 | 1.00 | 301.55 | 280.00 | 700.00 |
| FG | 1W | 0033035LS | Bar, Blow, Ceramic | 0686 | EA | 810.00 | 2.00 | 649.44 | 1,620.00 | 4,050.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|-----------|----|-----------|-----------------------|-------|-------|-----------|-------------|-----------|----------|--------------|
| FG | 1W | 0034744M | Liner, Bohr | 0720 | EA | 22.00 | 2.00 | 29.48 | 44.00 | 110.00 |
| FG | 1W | 0031351H | Bar, Blow | 0727 | EA | 456.00 | 1.00 | 717.39 | 456.00 | 1,140.00 |
| FG | 1W | 0031400H | Bar, Blow | 0727 | EA | 256.00 | 1.00 | 406.38 | 256.00 | 640.00 |
| FG | 1W | 0031401H | Bar, Blow | 0727 | EA | 350.00 | 3.00 | 532.50 | 1,050.00 | 2,625.00 |
| FG | 1W | 0031402M | Bar, Blow | 0727 | EA | 496.00 | 3.00 | 855.09 | 1,488.00 | 3,720.00 |
| FG | 1W | 0031450H | Bar, Blow, Non Ceramic | 0727 | EA | 300.00 | 1.00 | 513.27 | 300.00 | 750.00 |
| FG | 1W | 0031713H | Bar, Blow | 0727 | EA | 880.00 | 1.00 | 1,365.72 | 880.00 | 2,200.00 |
| FG | 1W | 0031751H | Bar, Blow | 0727 | EA | 1,020.00 | 1.00 | 1,611.34 | 1,020.00 | 2,550.00 |
| FG | 1W | 0031751M | Bar, Blow | 0727 | EA | 1,030.00 | 3.00 | 1,620.78 | 3,090.00 | 7,725.00 |
| FG | 1W | 0031760H | Liner, Side | 0727 | EA | 68.00 | 1.00 | 121.76 | 68.00 | 170.00 |
| FG | 1W | 0031773H | Bar, Blow | 0727 | EA | 485.00 | 1.00 | 705.40 | 485.00 | 1,212.50 |
| FG | 1W | 0031790H | Bar, Blow | 0727 | EA | 230.00 | 1.00 | 393.40 | 230.00 | 575.00 |
| FG | 1W | 0031791H | Bar, Blow | 0727 | EA | 308.00 | 1.00 | 495.13 | 308.00 | 770.00 |
| FG | 1W | 0031810M | Wear Plate, Square | 0727 | EA | 57.00 | 2.00 | 90.53 | 114.00 | 285.00 |
| FG | 1W | 0031811M | Wear Plate, Triangle | 0727 | EA | 29.00 | 3.00 | 49.97 | 87.00 | 217.50 |
| FG | 1W | 0031816H | Bar, Blow | 0727 | EA | 894.00 | 3.00 | 1,483.85 | 2,682.00 | 6,705.00 |
| FG | 1W | 0031906H | Bar, Blow | 0727 | EA | 704.00 | 1.00 | 1,134.29 | 704.00 | 1,760.00 |
| FG | 1W | 0032200H | Bar, Blow | 0727 | EA | 540.00 | 1.00 | 843.45 | 540.00 | 1,350.00 |
| FG | 1W | 0032200M | Bar, Blow | 0727 | EA | 540.00 | 3.00 | 843.60 | 1,620.00 | 4,050.00 |
| FG | 1W | 0032510H | Bar, Blow | 0727 | EA | 370.00 | 40.00 | 576.65 | 14,800.00 | 37,000.00 |
| FG | 1W | 0032520H | Plate, Impact | 0727 | EA | 79.00 | 52.00 | 129.72 | 4,108.00 | 10,270.00 |
| FG | 1W | 0032530H | Liner | 0727 | EA | 86.00 | 17.00 | 140.54 | 1,462.00 | 3,655.00 |
| FG | 1W | 0032531H | Liner | 0727 | EA | 49.00 | 15.00 | 78.20 | 735.00 | 1,837.50 |
| FG | 1W | 0032535H | Liner, Side | 0727 | EA | 67.00 | 3.00 | 108.02 | 201.00 | 502.50 |
| FG | 1W | 0032536H | Liner, Triangular | 0727 | EA | 25.00 | 2.00 | 39.55 | 50.00 | 125.00 |
| FG | 1W | 0032537H | Liner, Rectangular | 0727 | EA | 36.00 | 2.00 | 55.88 | 72.00 | 180.00 |
| FG | 1W | 0033001H | Bar, Blow | 0727 | EA | 378.00 | 1.00 | 602.84 | 378.00 | 945.00 |
| FG | 1W | 0033003H | Plate, Impact | 0727 | EA | 181.00 | 1.00 | 310.39 | 181.00 | 452.50 |
| FG | 1W | 0033003M | Plate, Impact | 0727 | EA | 181.00 | 4.00 | 324.81 | 724.00 | 1,810.00 |
| FG | 1W | 0033011CT | Plate, Wear, Peh Rect | 0727 | EA | 109.00 | 1.00 | 174.22 | 109.00 | 272.50 |
| FG | 1W | 0033011M | Plate, Wear, Peh Rect | 0727 | EA | 109.00 | 9.00 | 174.22 | 981.00 | 2,452.50 |
| FG | 1W | 0033018H | Bar, Blow | 0727 | EA | 565.00 | 2.00 | 880.20 | 1,130.00 | 2,825.00 |
| FG | 1W | 0033020H | Plate, Impact, W/ Helicoil | 0727 | EA | 173.00 | 1.00 | 303.35 | 173.00 | 432.50 |
| FG | 1W | 0033022H | Plate, Wear, Side | 0727 | EA | 76.00 | 3.00 | 129.45 | 228.00 | 570.00 |
| FG | 1W | 0033028M | Plate, Impact | 0727 | EA | 170.00 | 16.00 | 263.00 | 2,720.00 | 6,800.00 |
| FG | 1W | 0033036H | Bar, Blow | 0727 | EA | 588.00 | 1.00 | 941.54 | 588.00 | 1,470.00 |
| FG | 1W | 0033036M | Bar, Blow | 0727 | EA | 588.00 | 2.00 | 946.76 | 1,176.00 | 2,940.00 |
| FG | 1W | 0033450H | Bar, Blow | 0727 | EA | 508.00 | 1.00 | 770.22 | 508.00 | 1,270.00 |
| FG | 1W | 0033501M | Bar, Blow, Hammer | 0727 | EA | 425.00 | 3.00 | 663.36 | 1,275.00 | 3,187.50 |

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 24 of 142

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0033603H | Bar, Blow (Old 5.5) | 0727 | EA | 629.00 | 1.00 | 940.64 | 629.00 | 1,572.50 |
| FG | 1W | 0033622M | Plate, Impact | 0727 | EA | 121.00 | 2.00 | 213.41 | 242.00 | 605.00 |
| FG | 1W | 0033700H | Bar, Blow | 0727 | EA | 458.00 | 1.00 | 697.41 | 458.00 | 1,145.00 |
| FG | 1W | 0033700M | Bar, Blow | 0727 | EA | 458.00 | 1.00 | 697.77 | 458.00 | 1,145.00 |
| FG | 1W | 0033702H | Bar, Blow | 0727 | EA | 506.00 | 2.00 | 789.19 | 1,012.00 | 2,530.00 |
| FG | 1W | 0033800H | Bar, Blow | 0727 | EA | 517.00 | 4.00 | 612.18 | 2,068.00 | 5,170.00 |
| FG | 1W | 0034210H | Bar, Blow | 0727 | EA | 338.00 | 2.00 | 541.89 | 676.00 | 1,690.00 |
| FG | 1W | 0034210MS | Bar, Blow | 0727 | EA | 338.00 | 1.00 | 619.99 | 338.00 | 845.00 |
| FG | 1W | 0034215H | Bar, Blow | 0727 | EA | 507.00 | 1.00 | 802.43 | 507.00 | 1,267.50 |
| FG | 1W | 0034215M | Bar, Blow | 0727 | EA | 507.00 | 1.00 | 802.58 | 507.00 | 1,267.50 |
| FG | 1W | 0034220H | Bar, Blow | 0727 | EA | 586.00 | 6.00 | 968.40 | 3,516.00 | 8,790.00 |
| FG | 1W | 0034220M | Bar, Blow | 0727 | EA | 586.00 | 1.00 | 965.28 | 586.00 | 1,465.00 |
| FG | 1W | 0034220MS | Bar, Blow | 0727 | EA | 586.00 | 1.00 | 1,113.20 | 586.00 | 1,465.00 |
| FG | 1W | 0034221M | Plate, Impact | 0727 | EA | 64.00 | 1.00 | 117.05 | 64.00 | 160.00 |
| FG | 1W | 0034231M | Liner, Side | 0727 | EA | 40.00 | 16.00 | 64.96 | 640.00 | 1,600.00 |
| FG | 1W | 0034234M | Liner, Side | 0727 | EA | 12.00 | 4.00 | 22.77 | 48.00 | 120.00 |
| FG | 1W | 0034235M | Liner, Side | 0727 | EA | 20.00 | 5.00 | 36.09 | 100.00 | 250.00 |
| FG | 1W | 0034236M | Liner, Side, Modified | 0727 | EA | 43.00 | 1.00 | 73.00 | 43.00 | 107.50 |
| FG | 1W | 0034245H | Bar, Blow | 0727 | EA | 706.00 | 5.00 | 1,117.28 | 3,530.00 | 8,825.00 |
| FG | 1W | 0034544M | Bar, Blow | 0727 | EA | 480.00 | 1.00 | 721.95 | 480.00 | 1,200.00 |
| FG | 1W | 0034621H | Liner, Curtain | 0727 | EA | 126.00 | 3.00 | 217.19 | 378.00 | 945.00 |
| FG | 1W | 0034621M | Liner, Curtain | 0727 | EA | 126.00 | 3.00 | 215.40 | 378.00 | 945.00 |
| FG | 1W | 0034638H | Plate, Impact, Horizontal | 0727 | EA | 78.00 | 11.00 | 125.50 | 858.00 | 2,145.00 |
| FG | 1W | 0034639H | Plate, Impact, Vertical, Half | 0727 | EA | 62.00 | 2.00 | 126.40 | 124.00 | 310.00 |
| FG | 1W | 0034640H | Plate, Impact, Horizontal,Half | 0727 | EA | 61.00 | 4.00 | 119.11 | 244.00 | 610.00 |
| FG | 1W | 0034705H | Bar, Blow | 0727 | EA | 465.00 | 1.00 | 750.44 | 465.00 | 1,162.50 |
| FG | 1W | 0034712M | Bar, Blow | 0727 | EA | 532.00 | 1.00 | 858.55 | 532.00 | 1,330.00 |
| FG | 1W | 0034721H | Plate, Impact | 0727 | EA | 78.00 | 4.00 | 121.66 | 312.00 | 780.00 |
| FG | 1W | 0034722M | Plate, Wear | 0727 | EA | 30.00 | 1.00 | 48.18 | 30.00 | 75.00 |
| FG | 1W | 0034727H | Plate, Impact | 0727 | EA | 90.00 | 3.00 | 145.20 | 270.00 | 675.00 |
| FG | 1W | 0034727M | Plate, Impact | 0727 | EA | 90.00 | 2.00 | 146.99 | 180.00 | 450.00 |
| FG | 1W | 0034729H | Plate, Impact | 0727 | EA | 119.00 | 3.00 | 197.28 | 357.00 | 892.50 |
| FG | 1W | 0034729M | Plate, Impact | 0727 | EA | 119.00 | 3.00 | 195.45 | 357.00 | 892.50 |
| FG | 1W | 0034732M | .Plate, Impact | 0727 | EA | 119.00 | 1.00 | 182.81 | 119.00 | 297.50 |
| FG | 1W | 0034736M | Plate, Side Liner | 0727 | EA | 16.00 | 11.00 | 26.17 | 176.00 | 440.00 |
| FG | 1W | 0034737M | Plate, Impact | 0727 | EA | 87.00 | 1.00 | 144.27 | 87.00 | 217.50 |
| FG | 1W | 0034741M | Liner, Bohr | 0727 | EA | 16.00 | 1.00 | 31.26 | 16.00 | 40.00 |
| FG | 1W | 0034743M | Liner, Bohr | 0727 | EA | 58.00 | 2.00 | 89.28 | 116.00 | 290.00 |
| FG | 1W | 0034745M | Liner, Bohr | 0727 | EA | 20.00 | 2.00 | 31.52 | 40.00 | 100.00 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0034747M | Liner, Bohr | 0727 | EA | 37.00 | 7.00 | 59.04 | 259.00 | 647.50 |
| FG | 1W | 0034755H | Bar, Blow, W/O End Notch | 0727 | EA | 209.00 | 8.00 | 320.63 | 1,672.00 | 4,180.00 |
| FG | 1W | 0034756H | Bar, Blow, 1 End Notch | 0727 | EA | 205.00 | 2.00 | 317.07 | 410.00 | 1,025.00 |
| FG | 1W | 0034849M | Bar, Blow ( 6-Slot) | 0727 | EA | 584.00 | 1.00 | 922.68 | 584.00 | 1,460.00 |
| FG | 1W | 0034850H | Bar, Blow | 0727 | EA | 608.00 | 1.00 | - | 608.00 | 1,520.00 |
| FG | 1W | 0034858H | Plate, Impact | 0727 | EA | 166.00 | 1.00 | 261.04 | 166.00 | 415.00 |
| FG | 1W | 0034858M | Plate, Impact | 0727 | EA | 166.00 | 1.00 | 259.20 | 166.00 | 415.00 |
| FG | 1W | 0034920H | Bar, Blow | 0727 | EA | 394.00 | 1.00 | 620.33 | 394.00 | 985.00 |
| FG | 1W | 0034927H | Bar, Blow 5" | 0727 | EA | 1,090.00 | 1.00 | 1,834.62 | 1,090.00 | 2,725.00 |
| FG | 1W | 0034927M | Bar, Blow 5" | 0727 | EA | 1,090.00 | 1.00 | 1,884.44 | 1,090.00 | 2,725.00 |
| FG | 1W | 0034931H | Plate, Impact | 0727 | EA | 100.00 | 9.00 | 161.25 | 900.00 | 2,250.00 |
| FG | 1W | 0034940H | Liner, Side | 0727 | EA | 73.00 | 3.00 | 107.71 | 219.00 | 547.50 |
| FG | 1W | 0034942H | Liner, Triangle, Lh | 0727 | EA | 32.00 | 2.00 | 51.83 | 64.00 | 160.00 |
| FG | 1W | 0034943H | Liner, Triangle, Rh | 0727 | EA | 31.00 | 5.00 | 49.58 | 155.00 | 387.50 |
| FG | 1W | 0039701H | Plate, Impact | 0727 | EA | 182.00 | 2.00 | 315.66 | 364.00 | 910.00 |
| FG | 1W | 0050106H | Shoe, Impeller,2-Pocket | 0727 | EA | 63.00 | 1.00 | 111.48 | 63.00 | 157.50 |
| FG | 1W | 0050113H | Shoe, Iron | 0727 | EA | 90.00 | 4.00 | 33.20 | 360.00 | 900.00 |
| FG | 1W | 0050119H | Shoe, Impeller | 0727 | EA | 80.00 | 10.00 | 128.79 | 800.00 | 2,000.00 |
| FG | 1W | 0050121H | Shoe, Impeller | 0727 | EA | 27.00 | 8.00 | 47.24 | 216.00 | 540.00 |
| FG | 1W | 0050124H | Shoe, Impeller | 0727 | EA | 136.00 | 2.00 | 213.94 | 272.00 | 680.00 |
| FG | 1W | 0050125H | Anvil | 0727 | EA | 47.00 | 3.00 | 75.63 | 141.00 | 352.50 |
| FG | 1W | 0050133H | Liner, Table, 4-Shoe | 0727 | EA | 12.00 | 3.00 | - | 36.00 | 90.00 |
| FG | 1W | 0050134H | Liner, Table | 0727 | EA | 24.00 | 1.00 | 144.98 | 24.00 | 60.00 |
| FG | 1W | 0050136H | Liner, Table | 0727 | EA | 17.50 | 1.00 | - | 17.50 | 43.75 |
| FG | 1W | 0050138H | Liner, Table | 0727 | EA | 52.00 | 3.00 | 278.33 | 156.00 | 390.00 |
| FG | 1W | 0050144H | Disc, Feed | 0727 | EA | 62.00 | 1.00 | 108.51 | 62.00 | 155.00 |
| FG | 1W | 0050145H | Disc, Feed | 0727 | EA | 47.00 | 2.00 | 76.90 | 94.00 | 235.00 |
| FG | 1W | 0050147H | Disc, Feed | 0727 | EA | 223.00 | 1.00 | 344.91 | 223.00 | 557.50 |
| FG | 1W | 0050156H | Liner, Table | 0727 | EA | 12.00 | 1.00 | 80.80 | 12.00 | 30.00 |
| FG | 1W | 0050158H | Liner, Top Table, Insert | 0727 | EA | 15.00 | 1.00 | 79.43 | 15.00 | 37.50 |
| FG | 1W | 0050160H | Liner, Table, Outer | 0727 | EA | 15.00 | 6.00 | 24.76 | 90.00 | 225.00 |
| FG | 1W | 0050165H | Liner, Table, Outer | 0727 | EA | 24.00 | 11.00 | 56.93 | 264.00 | 660.00 |
| FG | 1W | 0050308H | Anvil, Vaulted, Single | 0727 | EA | 166.00 | 10.00 | 285.20 | 1,660.00 | 4,150.00 |
| FG | 1W | 0050309A | Anvil, Vaulted, Single, Small | 0727 | EA | 370.00 | 7.00 | 619.29 | 2,590.00 | 6,475.00 |
| FG | 1W | 0050309H | Anvil, Vaulted, Single | 0727 | EA | 370.00 | 3.00 | 622.97 | 1,110.00 | 2,775.00 |
| FG | 1W | 0050310H | Anvil- No Dovetail | 0727 | EA | 134.00 | 20.00 | - | 2,680.00 | 6,700.00 |
| FG | 1W | 0050312H | Anvil Block | 0727 | EA | 92.00 | 4.00 | 149.12 | 368.00 | 920.00 |
| FG | 1W | 0050313H | Anvil | 0727 | EA | 139.00 | 9.00 | 215.25 | 1,251.00 | 3,127.50 |
| FG | 1W | 0050315H | Anvil, Vaulted, Single, Flip Cope For Drag | 0727 | EA | 260.00 | 7.00 | 403.00 | 1,820.00 | 4,550.00 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0050318H | Anvil, Vaulted, Double | 0727 | EA | 366.00 | 1.00 | 576.15 | 366.00 | 915.00 |
| FG | 1W | 0050319H | Anvil, Vaulted, Single, Flip Cope For Drag | 0727 | EA | 255.00 | 6.00 | 384.31 | 1,530.00 | 3,825.00 |
| FG | 1W | 0050535H | Liner,Middle, Lid | 0727 | EA | 38.00 | 2.00 | 194.64 | 76.00 | 190.00 |
| FG | 1W | 0050612H | Shoe, Impeller | 0727 | EA | 86.00 | 1.00 | 136.58 | 86.00 | 215.00 |
| FG | 1W | 0050647H | Disc, Feed | 0727 | EA | 140.00 | 1.00 | 248.12 | 140.00 | 350.00 |
| FG | 1W | 0051120H | Liner, Table | 0727 | EA | 20.00 | 6.00 | 29.91 | 120.00 | 300.00 |
| FG | 1W | 0051121H | Liner, Table | 0727 | EA | 17.00 | 2.00 | 27.43 | 34.00 | 85.00 |
| FG | 1W | 0052415H | Shoe, Impellor | 0727 | EA | 29.00 | 4.00 | 53.77 | 116.00 | 290.00 |
| FG | 1W | 0052420H | Disc, Feed | 0727 | EA | 45.00 | 6.00 | 69.13 | 270.00 | 675.00 |
| FG | 1W | 0052430H | Anvil | 0727 | EA | 58.00 | 10.00 | 98.89 | 580.00 | 1,450.00 |
| FG | 1W | 0052430HS | Anvil, Ceramic | 0727 | EA | 58.00 | 5.00 | 114.08 | 290.00 | 725.00 |
| FG | 1W | 0052611H | Shoe, Impeller, Hd | 0727 | EA | 68.00 | 2.00 | 112.18 | 136.00 | 340.00 |
| FG | 1W | 0052630H | Anvil | 0727 | EA | 81.00 | 11.00 | 123.13 | 891.00 | 2,227.50 |
| FG | 1W | 0052632H | Anvil | 0727 | EA | 113.00 | 3.00 | 171.75 | 339.00 | 847.50 |
| FG | 1W | 0052715H | Shoe | 0727 | EA | 36.00 | 1.00 | 59.61 | 36.00 | 90.00 |
| FG | 1W | 0052717H | Shoe, Impellor | 0727 | EA | 38.00 | 1.00 | 67.31 | 38.00 | 95.00 |
| FG | 1W | 0052730H | Anvil | 0727 | EA | 84.00 | 9.00 | 127.09 | 756.00 | 1,890.00 |
| FG | 1W | 0052775H | Disc, Feed | 0727 | EA | 89.00 | 1.00 | 132.80 | 89.00 | 222.50 |
| FG | 1W | 0054113H | Shoe, Two Pocket | 0727 | EA | 21.00 | 1.00 | 35.11 | 21.00 | 52.50 |
| FG | 1W | 0056311H | Anvil | 0727 | EA | 29.00 | 42.00 | 50.24 | 1,218.00 | 3,045.00 |
| FG | 1W | 0056312H | Anvil | 0727 | EA | 50.00 | 3.00 | 85.28 | 150.00 | 375.00 |
| FG | 1W | 0057114H | Shoe, Impeller | 0727 | EA | 53.00 | 1.00 | 90.77 | 53.00 | 132.50 |
| FG | 1W | 0057310H | Isc 66 Anvil | 0727 | EA | 66.00 | 1.00 | 99.76 | 66.00 | 165.00 |
| FG | 1W | 0057730M | Liner, Tunnel | 0727 | EA | 59.00 | 1.00 | 94.05 | 59.00 | 147.50 |
| FG | 1W | 0058014H | Shoe, Imp., Dbl Bolt | 0727 | EA | 85.00 | 1.00 | 144.69 | 85.00 | 212.50 |
| FG | 1W | 0058017H | Shoe, Imp, Dbl Blt, Solid | 0727 | EA | 110.00 | 1.00 | 185.27 | 110.00 | 275.00 |
| FG | 1W | 0058111H | Shoe, Double, Helicoil | 0727 | EA | 81.00 | 4.00 | 137.89 | 324.00 | 810.00 |
| FG | 1W | 0058145H | Feed Disk | 0727 | EA | 72.00 | 2.00 | 124.45 | 144.00 | 360.00 |
| FG | 1W | 0059014H | Shoe, Impeller | 0727 | EA | 135.00 | 5.00 | 230.03 | 675.00 | 1,687.50 |
| FG | 1W | 0059107H | Liner, Top Table | 0727 | EA | 35.00 | 4.00 | 60.46 | 140.00 | 350.00 |
| FG | 1W | 0059114H | Shoe, Impeller, 4-Bolt | 0727 | EA | 130.00 | 5.00 | 210.12 | 650.00 | 1,625.00 |
| FG | 1W | 0059129H | Liner, Table,45 1/2"  5-Shoe | 0727 | EA | 42.00 | 1.00 | 68.72 | 42.00 | 105.00 |
| FG | 1W | 0059136H | Liner, Top Table | 0727 | EA | 21.00 | 1.00 | 37.06 | 21.00 | 52.50 |
| FG | 1W | 0059153H | Disc, Feed | 0727 | EA | 325.00 | 2.00 | 535.89 | 650.00 | 1,625.00 |
| FG | 1W | 0059162H | Liner, Table, Outer | 0727 | EA | 30.00 | 3.00 | 53.85 | 90.00 | 225.00 |
| FG | 1W | 0059164H | Liner, Table, Outer | 0727 | EA | 55.00 | 3.00 | 274.98 | 165.00 | 412.50 |
| FG | 1W | 0059168H | Liner, Table, Outer | 0727 | EA | 53.00 | 7.00 | 129.54 | 371.00 | 927.50 |
| FG | 1W | 0059172H | Liner, Table, Outer | 0727 | EA | 70.00 | 7.00 | 106.67 | 490.00 | 1,225.00 |
| FG | 1W | 0059310H | Anvil | 0727 | EA | 198.00 | 3.00 | 344.67 | 594.00 | 1,485.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0059316H | Anvil | 0727 | EA | 154.41 | 3.00 | - | 463.23 | 1,158.08 |
| FG | 1W | 0059330H | Liner, Tub | 0727 | EA | 39.00 | 3.00 | - | 117.00 | 292.50 |
| FG | 1W | 0059333H | Liner, Tub | 0727 | EA | 52.00 | 2.00 | - | 104.00 | 260.00 |
| FG | 1W | 0059410H | Anvil | 0727 | EA | 384.00 | 5.00 | 622.38 | 1,920.00 | 4,800.00 |
| FG | 1W | 0059414H | Shoe, Impeller | 0727 | EA | 316.00 | 5.00 | 509.52 | 1,580.00 | 3,950.00 |
| FG | 1W | 0059512H | Liner, Inner, Lid | 0727 | EA | 52.00 | 4.00 | - | 208.00 | 520.00 |
| FG | 1W | 0059522H | Liner, Lid, Middle | 0727 | EA | 56.00 | 3.00 | 118.34 | 168.00 | 420.00 |
| FG | 1W | 0059524H | Liner, Lid, Inner, Middle | 0727 | EA | 34.00 | 2.00 | 16.71 | 68.00 | 170.00 |
| FG | 1W | 0059531H | Liner, Lid, Outer | 0727 | EA | 44.00 | 3.00 | - | 132.00 | 330.00 |
| FG | 1W | 0059650H | Plate, Wear, Btm, 33", Rotor | 0727 | EA | 20.00 | 24.00 | - | 480.00 | 1,200.00 |
| FG | 1W | 0059652H | Plate, Rotor Top, Hd | 0727 | EA | 16.00 | 2.00 | 0.65 | 32.00 | 80.00 |
| FG | 1W | 0059832H | Liner, Table, Ramp | 0727 | EA | 34.00 | 1.00 | 168.96 | 34.00 | 85.00 |
| FG | 1W | 0059833H | Liner, Table, Ramped | 0727 | EA | 52.00 | 8.00 | 11.96 | 416.00 | 1,040.00 |
| FG | 1W | 1131000H | Liner, Loaf | 0727 | EA | 14.00 | 13.00 | 18.47 | 182.00 | 455.00 |
| FG | 1W | 3375310H | Anvil, 4 Way | 0727 | EA | 58.00 | 3.00 | 94.46 | 174.00 | 435.00 |
| FG | 1W | 3376115H | Shoe, 66,15 Deg.Face Angle | 0727 | EA | 24.00 | 1.00 | 40.18 | 24.00 | 60.00 |
| FG | 1W | 3376162H | Liner, Btm Tbl, Segmentd, 66 | 0727 | EA | 13.00 | 12.00 | 23.24 | 156.00 | 390.00 |
| FG | 1W | 3376310H | Anvil | 0727 | EA | 63.00 | 11.00 | 100.39 | 693.00 | 1,732.50 |
| FG | 1W | 3376330H | Liner, Tub | 0727 | EA | 10.00 | 10.00 | 15.22 | 100.00 | 250.00 |
| FG | 1W | 3376520H | Liner, Lid, Middle | 0727 | EA | 18.00 | 1.00 | 37.10 | 18.00 | 45.00 |
| FG | 1W | 3377115H | Shoe, Impeller, Ccw | 0727 | EA | 57.00 | 1.00 | 95.65 | 57.00 | 142.50 |
| FG | 1W | 3377130H | Liner, Table, 4 Shoe | 0727 | EA | 23.00 | 6.00 | 34.23 | 138.00 | 345.00 |
| FG | 1W | 3377144H | Disc, Feed | 0727 | EA | 51.00 | 1.00 | 97.64 | 51.00 | 127.50 |
| FG | 1W | 3377162H | Liner, Table, Outer | 0727 | EA | 26.00 | 2.00 | 41.98 | 52.00 | 130.00 |
| FG | 1W | 3377520H | Liner, Lid, Middle | 0727 | EA | 31.00 | 8.00 | 160.30 | 248.00 | 620.00 |
| FG | 1W | 3377720H | Liner, Skirt, Pedestal | 0727 | EA | 19.00 | 6.00 | 29.27 | 114.00 | 285.00 |
| FG | 1W | 3378113H | Shoe, 2 Pocket | 0727 | EA | 87.00 | 1.00 | 141.70 | 87.00 | 217.50 |
| FG | 1W | 3378114H | Shoe | 0727 | EA | 83.00 | 19.00 | 130.56 | 1,577.00 | 3,942.50 |
| FG | 1W | 3378134H | Liner, Table, Flat, 4- Shoe | 0727 | EA | 24.00 | 9.00 | 41.37 | 216.00 | 540.00 |
| FG | 1W | 3378136H | Liner, Table, Flat, 5 Shoe | 0727 | EA | 18.00 | 34.00 | 29.60 | 612.00 | 1,530.00 |
| FG | 1W | 3378162H | Liner, Table, Outer | 0727 | EA | 38.00 | 19.00 | 61.68 | 722.00 | 1,805.00 |
| FG | 1W | 3378317H | Anvil Block | 0727 | EA | 95.00 | 12.00 | 145.08 | 1,140.00 | 2,850.00 |
| FG | 1W | 3378330H | Liner, Tub | 0727 | EA | 29.00 | 3.00 | - | 87.00 | 217.50 |
| FG | 1W | 3378520H | Liner, Lid, Middle | 0727 | EA | 23.00 | 4.00 | 34.72 | 92.00 | 230.00 |
| FG | 1W | 3378524H | Liner, Lid, Middle | 0727 | EA | 56.50 | 2.00 | 83.80 | 113.00 | 282.50 |
| FG | 1W | 3378720H | Liner, Skirt, Pedestal | 0727 | EA | 22.00 | 13.00 | 32.40 | 286.00 | 715.00 |
| FG | 1W | 3379116H | Shoe, Impeller | 0727 | EA | 98.00 | 5.00 | 168.43 | 490.00 | 1,225.00 |
| FG | 1W | 3379130H | Liner, Top Table, 4 Shoe | 0727 | EA | 26.00 | 6.00 | 47.56 | 156.00 | 390.00 |
| FG | 1W | 3379135H | Liner, Table, Flat | 0727 | EA | 34.00 | 5.00 | - | 170.00 | 425.00 |

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 28 of 142

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 3379140H | Disc, Feed | 0727 | EA | 128.00 | 5.00 | 219.35 | 640.00 | 1,600.00 |
| FG | 1W | 3379145H | Disc, Feed | 0727 | EA | 207.00 | 1.00 | 330.58 | 207.00 | 517.50 |
| FG | 1W | 3379314H | Anvil, 92 & 120 | 0727 | EA | 128.00 | 10.00 | 202.52 | 1,280.00 | 3,200.00 |
| FG | 1W | A010021H | Liner,Outside Table | 0727 | EA | 19.00 | 4.00 | - | 76.00 | 190.00 |
| FG | 1W | A010030M | Plate, Impact | 0727 | EA | 57.00 | 6.00 | 110.83 | 342.00 | 855.00 |
| FG | 1W | A010042M | Bar, Blow | 0727 | EA | 376.00 | 1.00 | 648.17 | 376.00 | 940.00 |
| FG | 1W | A010051H | Plate, Impact | 0727 | EA | 78.00 | 2.00 | 116.35 | 156.00 | 390.00 |
| FG | 1W | A010066H | Liner, Side, 10 X 12.25 | 0727 | EA | 41.00 | 1.00 | - | 41.00 | 102.50 |
| FG | 1W | A010067H | Liner, Side, 12.25 X 19.75 | 0727 | EA | 81.00 | 6.00 | - | 486.00 | 1,215.00 |
| FG | 1W | E530003H | Liner, Skirt, Pedestal | 0727 | EA | 14.00 | 3.00 | 22.77 | 42.00 | 105.00 |
| FG | 1W | E930011H | Liner | 0727 | EA | 142.00 | 1.00 | 248.05 | 142.00 | 355.00 |
| FG | 1W | ISC083157H | Rock Ring Wear Liner | 0727 | EA | 108.00 | 7.00 | - | 756.00 | 1,890.00 |
| FG | 1W | J800002H | Anvil, Saw., 25-134-4 | 0727 | EA | 19.00 | 2.00 | 34.63 | 38.00 | 95.00 |
| FG | 1W | J80000500 | Cone W/Ribs | 0727 | EA | 25.00 | 6.00 | - | 150.00 | 375.00 |
| FG | 1W | J800010H | Shoe, Solid, 25-132-10 | 0727 | EA | 23.00 | 4.00 | 37.33 | 92.00 | 230.00 |
| FG | 1W | N720002H | Bar, Blow | 0727 | EA | 1,381.00 | 1.00 | 3,134.93 | 1,381.00 | 3,452.50 |
| FG | 1W | N73R080831CH | Wear Ring | 0727 | EA | 57.00 | 15.00 | 129.92 | 855.00 | 2,137.50 |
| FG | 1W | WFT0218H | Tip, Washer | 0727 | EA | 25.00 | 3.00 | 190.93 | 75.00 | 187.50 |
| FG | 1W | 0031752HS | Bar, Blow, Two Turn, Ceramic | 0747 | EA | 950.00 | 1.00 | 1,688.28 | 950.00 | 2,375.00 |
| FG | 1W | 0032250HS | Bar, Blow, Ceramic | 0747 | EA | 746.00 | 2.00 | - | 1,492.00 | 3,730.00 |
| FG | 1W | 0032251HS | Bar, Blow, Ceramic | 0747 | EA | 945.00 | 1.00 | - | 945.00 | 2,362.50 |
| FG | 1W | 0033001HS | Bar, Blow | 0747 | EA | 378.00 | 9.00 | 693.53 | 3,402.00 | 8,505.00 |
| FG | 1W | 0033020HS | Plate, Impact, W/ Helicoil | 0747 | EA | 173.00 | 1.00 | 346.30 | 173.00 | 432.50 |
| FG | 1W | 0033035MS | Bar, Blow | 0747 | EA | 810.00 | 4.00 | 1,395.08 | 3,240.00 | 8,100.00 |
| FG | 1W | 0033500HS | Hammer | 0747 | EA | 233.00 | 1.00 | 456.17 | 233.00 | 582.50 |
| FG | 1W | 0034245HS | Bar, Blow, Ceramic | 0747 | EA | 687.00 | 2.00 | 1,214.55 | 1,374.00 | 3,435.00 |
| FG | 1W | 0034619HS | Hammer | 0747 | EA | 483.00 | 1.00 | 1,081.81 | 483.00 | 1,207.50 |
| FG | 1W | 0034850HS | Bar, Blow, Ceramic | 0747 | EA | 598.00 | 4.00 | 1,002.92 | 2,392.00 | 5,980.00 |
| FG | 1W | 0050107HS | Shoe, Curved Ceramic | 0747 | EA | 81.00 | 1.00 | 154.94 | 81.00 | 202.50 |
| FG | 1W | 0050112HS | Shoe - Ceramic | 0747 | EA | 118.50 | 53.00 | 240.07 | 6,280.50 | 15,701.25 |
| FG | 1W | 0050113HS | Shoe, Ceramic | 0747 | EA | 92.00 | 15.00 | 162.36 | 1,380.00 | 3,450.00 |
| FG | 1W | 0050143HS | Disc, Feed Ceramic | 0747 | EA | 128.00 | 5.00 | 399.52 | 640.00 | 1,600.00 |
| FG | 1W | 0050146HS | Disc, Feed Ceramic | 0747 | EA | 356.00 | 1.00 | 590.51 | 356.00 | 890.00 |
| FG | 1W | 0052415HS | Shoe, Impellor, Ceramic | 0747 | EA | 29.00 | 3.00 | 55.35 | 87.00 | 217.50 |
| FG | 1W | 0052630HS | Anvil, Ceramic | 0747 | EA | 79.00 | 9.00 | 146.83 | 711.00 | 1,777.50 |
| FG | 1W | 0052631HS | Anvil, Ceramic | 0747 | EA | 92.00 | 1.00 | 178.49 | 92.00 | 230.00 |
| FG | 1W | 0052717HS | Shoe, Impellor,  Ceramic | 0747 | EA | 38.00 | 4.00 | 69.09 | 152.00 | 380.00 |
| FG | 1W | 0052730HS | Anvil, Ceramic | 0747 | EA | 79.00 | 3.00 | 149.96 | 237.00 | 592.50 |
| FG | 1W | 0056311HS | Anvil Block | 0747 | EA | 29.00 | 13.00 | 56.27 | 377.00 | 942.50 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0058017HS | Shoe, Imp, Dbl Blt, Solid, Ceramic | 0747 | EA | 98.00 | 7.00 | 202.77 | 686.00 | 1,715.00 |
| FG | 1W | 0058019HS | Shoe, Imp, Dbl Blt, Solid, Ceramic | 0747 | EA | 109.00 | 5.00 | - | 545.00 | 1,362.50 |
| FG | 1W | 0058111HS | Shoe, Double, Helicoil, Ceramic | 0747 | EA | 81.00 | 10.00 | 157.61 | 810.00 | 2,025.00 |
| FG | 1W | 0059113HS | Shoe, Impeller, 2-Bolt, Ceramic | 0747 | EA | 112.00 | 8.00 | 209.44 | 896.00 | 2,240.00 |
| FG | 1W | 0059118HS | Shoe, Impeller, 4-Bolt, Ceramic | 0747 | EA | 154.40 | 3.00 | 206.90 | 463.20 | 1,158.00 |
| FG | 1W | 0059141HS | Disc, Feed, 6-Shoe | 0747 | EA | 176.00 | 1.00 | 350.06 | 176.00 | 440.00 |
| FG | 1W | 0059155HS | Disc, Feed, Bolt-On, Ceramic | 0747 | EA | 270.00 | 3.00 | 514.37 | 810.00 | 2,025.00 |
| FG | 1W | 0059316HS | Anvil | 0747 | EA | 154.41 | 3.00 | 282.40 | 463.23 | 1,158.08 |
| FG | 1W | 1093010HS | Liner, 150H Std, C, 300 X 15 | 0747 | EA | 31.00 | 6.00 | 61.82 | 186.00 | 465.00 |
| FG | 1W | 1093019HS | Mill Bolts, Liner, 100X100x290, Type 6, 40588408 | 0747 | EA | 46.00 | 4.00 | 112.79 | 184.00 | 460.00 |
| FG | 1W | 1093020HS | Liner, 100X100x590, Type 6D, 40588407 | 0747 | EA | 95.00 | 2.00 | 199.87 | 190.00 | 475.00 |
| FG | 1W | 1093021HS | Liner, 298X203x50, Type F, 40588388 | 0747 | EA | 48.00 | 2.00 | 117.66 | 96.00 | 240.00 |
| FG | 1W | 1093022HS | Liner, 349X203x50,Type F2, 40588406 | 0747 | EA | 56.00 | 5.00 | 127.33 | 280.00 | 700.00 |
| FG | 1W | 1093023HS | Liner, 349X203x100, Type F2-A, 40589731 | 0747 | EA | 105.00 | 3.00 | 224.81 | 315.00 | 787.50 |
| FG | 1W | 1093024HS | Liner, 430X290x50, Type 3H, 40588414 | 0747 | EA | 98.00 | 1.00 | 222.86 | 98.00 | 245.00 |
| FG | 1W | 1093025HS | Liner, 298X203x100, Type Fa, 40588423 | 0747 | EA | 96.00 | 5.00 | 165.08 | 480.00 | 1,200.00 |
| FG | 1W | 1093035HS | Liner 100X100x490 Type 6C, 40385266 | 0747 | EA | 80.00 | 1.00 | 125.81 | 80.00 | 200.00 |
| FG | 1W | 1094002HS | Liner,Chute, Middle Left | 0747 | EA | 2,263.00 | 1.00 | 4,213.80 | 2,263.00 | 5,657.50 |
| FG | 1W | 1130001HS | Wear Runner | 0747 | EA | 75.00 | 1.00 | 143.37 | 75.00 | 187.50 |
| FG | 1W | 1130002HS | Turtle | 0747 | EA | 47.00 | 1.00 | 107.77 | 47.00 | 117.50 |
| FG | 1W | 3376310HS | Anvil, Ceramic | 0747 | EA | 63.00 | 3.00 | 152.89 | 189.00 | 472.50 |
| FG | 1W | 3377115HS | Shoe, Impeller, Ccw | 0747 | EA | 55.00 | 1.00 | 107.09 | 55.00 | 137.50 |
| FG | 1W | 3378114HS | Shoe, Ceramic | 0747 | EA | 83.00 | 22.00 | 150.72 | 1,826.00 | 4,565.00 |
| FG | 1W | 3378116HS | Shoe, Impeller, W/ Heli Ins, Ceramic | 0747 | EA | 80.00 | 33.00 | 154.95 | 2,640.00 | 6,600.00 |
| FG | 1W | 3378143HS | Disc, Feed, Ceramic | 0747 | EA | 126.00 | 1.00 | 233.01 | 126.00 | 315.00 |
| FG | 1W | 3378317HS | Anvil Block, Ceramic | 0747 | EA | 86.00 | 139.00 | 160.34 | 11,954.00 | 29,885.00 |
| FG | 1W | A010040HS | Bar, Blow, Ceramic | 0747 | EA | 506.00 | 1.00 | 902.20 | 506.00 | 1,265.00 |
| FG | 1W | HEX3020HS | Hex Bolts, Liner, 100X100x590, Type 6D, 40588407 | 0747 | EA | 95.00 | 8.00 | - | 760.00 | 1,900.00 |
| FG | 1W | HEX3036HS | Hex Bolts, Liner 100X100x500 | 0747 | EA | 77.00 | 10.00 | 125.01 | 770.00 | 1,925.00 |
| FG | 1W | ISC083157HS | Rock Ring Wear Liner - Ceramic | 0747 | EA | 108.00 | 2.00 | - | 216.00 | 540.00 |
| FG | 1W | N720002HS | Bar, Blow, Ceramic | 0747 | EA | 1,381.00 | 2.00 | 3,314.83 | 2,762.00 | 6,905.00 |
| FG | 1W | N720003MS | Bar, Blow, Ceramic | 0747 | EA | 971.00 | 1.00 | - | 971.00 | 2,427.50 |
| FG | 1W | 005019609 | Bracket, Shoe | 1025 | EA | 37.00 | 8.00 | 35.30 | 296.00 | 740.00 |
| FG | 1W | 005019809 | Bracket, Shoe | 1025 | EA | 70.00 | 4.00 | 55.52 | 280.00 | 700.00 |
| FG | 1W | 005032000 | Bracket, Anvil | 1025 | EA | 20.00 | 7.00 | 10.12 | 140.00 | 350.00 |
| FG | 1W | 005912409 | Shoe Bracket | 1025 | EA | 99.00 | 6.00 | 75.49 | 594.00 | 1,485.00 |
| FG | 1W | 005932000 | Anvil Bracket | 1025 | EA | 31.00 | 2.00 | 21.22 | 62.00 | 155.00 |
| FG | 1W | 337612009 | Bracket, Shoe | 1025 | EA | 7.00 | 9.00 | 7.32 | 63.00 | 157.50 |
| FG | 1W | 337632000 | Anvil Bracket | 1025 | EA | 10.00 | 8.00 | 5.35 | 80.00 | 200.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 337712109 | Shoe Bracket | 1025 | EA | 15.00 | 3.00 | 24.59 | 45.00 | 112.50 |
| FG | 1W | 337712209 | Bracket, Shoe | 1025 | EA | 31.00 | 1.00 | 23.29 | 31.00 | 77.50 |
| FG | 1W | 337812209 | Bracket | 1025 | EA | 26.00 | 4.00 | 23.25 | 104.00 | 260.00 |
| FG | 1W | 337832000 | Anvil Bracket | 1025 | EA | 12.00 | 24.00 | 6.32 | 288.00 | 720.00 |
| FG | 1W | 337912409 | Shoe Bracket | 1025 | EA | 74.00 | 11.00 | 64.05 | 814.00 | 2,035.00 |
| FG | 1W | 337932400 | Anvil Bracket | 1025 | EA | 40.00 | 7.00 | 42.91 | 280.00 | 700.00 |
| FG | 1W | 003150000 | Shoes, Rotor | 8630 | EA | 13.39 | 2.00 | 59.31 | 26.78 | 66.95 |
| FG | 1W | 003151400 | Shoe, Rotor | 8630 | EA | 11.00 | 2.00 | 8.72 | 22.00 | 55.00 |
| FG | 1W | 003151800 | Shoe, Rotor | 8630 | EA | 17.00 | 1.00 | - | 17.00 | 42.50 |
| FG | 1W | 0033015L | Fastener, Wear Plate | 8630 | EA | 18.00 | 8.00 | 13.09 | 144.00 | 360.00 |
| FG | 1W | 0033027L | Plate, Row "A" | 8630 | EA | 174.00 | 1.00 | 113.57 | 174.00 | 435.00 |
| FG | 1W | 003304100 | Shoe, Rotor | 8630 | EA | 13.00 | 8.00 | 9.66 | 104.00 | 260.00 |
| FG | 1W | 003309000 | Shoe, Rotor | 8630 | EA | 18.00 | 1.00 | 11.19 | 18.00 | 45.00 |
| FG | 1W | 003309205 | Shoe, Disc | 8630 | EA | 18.00 | 3.00 | 11.84 | 54.00 | 135.00 |
| FG | 1W | 003463100 | Shoe, Rotor | 8630 | EA | 19.00 | 28.00 | 16.16 | 532.00 | 1,330.00 |
| FG | 1W | 003482200 | Wedge, Locking | 8630 | EA | 32.00 | 6.00 | 20.70 | 192.00 | 480.00 |
| FG | 1W | 003482400 | Wedge, Locking, 29" | 8630 | EA | 46.00 | 1.00 | 29.80 | 46.00 | 115.00 |
| FG | 1W | 0051125L | Liner, Shoe Bracket | 8630 | EA | 9.00 | 2.00 | 8.14 | 18.00 | 45.00 |
| FG | 1W | 0051126L | Liner, Shoe Bracket | 8630 | EA | 9.00 | 6.00 | 7.08 | 54.00 | 135.00 |
| FG | 1W | 0058126L | Liner, Bracket, Outer Shoe | 8630 | EA | 11.00 | 29.00 | 9.66 | 319.00 | 797.50 |
| FG | 1W | 337532000 | Bracket, Anvil | 8630 | EA | 13.00 | 18.00 | 5.58 | 234.00 | 585.00 |
| FG | 1W | 3378121L | Plate, Backing | 8630 | EA | 5.00 | 7.00 | 3.26 | 35.00 | 87.50 |
| FG | 1W | 3379128L | Guard, Shoe Bracket | 8630 | EA | 14.00 | 10.00 | 10.07 | 140.00 | 350.00 |
| FG | 1W | 3379521L | Liner, Lid, Middle, Model 12 | 8630 | EA | 29.00 | 12.00 | 17.71 | 348.00 | 870.00 |
| FG | 1W | 3379522L | Liner Middle Lid, Outer | 8630 | EA | 36.00 | 7.00 | 26.61 | 252.00 | 630.00 |
| FG | 1W | N610088ST50 | Wear Plate - Ceramic | AR500 | EA | 24.00 | 22.00 | 30.56 | 528.00 | 1,320.00 |
| FG | 1W | N610094ST50 | Wear Plate 5"X3"X2.5" Ceramic | AR500 | EA | 10.32 | 17.00 | 19.98 | 175.44 | 438.60 |
| FG | 1W | 0050163H | Liner, Table, Outer | BUYOUT | EA | 9.00 | 7.00 | 54.68 | 63.00 | 382.76 |
| FG | 1W | 0050165A | Plastic Washer 1" | BUYOUT | EA | 0.01 | 1,531.00 | 0.65 | 19.14 | 995.15 |
| FG | 1W | 0050337H | Liner, Tub | BUYOUT | EA | 28.00 | 1.00 | 127.39 | 28.00 | 127.39 |
| FG | 1W | 0050346H | Tub, Retainer,Short Liner | BUYOUT | EA | 16.00 | 2.00 | 74.77 | 32.00 | 149.54 |
| FG | 1W | 0050532H | Liner,Outer, Lid | BUYOUT | EA | 15.00 | 3.00 | 82.11 | 45.00 | 246.32 |
| FG | 1W | 0050540H | Liner, Outer Lid | BUYOUT | EA | 12.00 | 4.00 | 79.03 | 48.00 | 316.11 |
| FG | 1W | 0050542H | Liner, Outer Lid | BUYOUT | EA | 21.00 | 4.00 | 127.81 | 84.00 | 511.24 |
| FG | 1W | 0050660H | Liner, Table, Outer | BUYOUT | EA | 23.00 | 45.00 | 117.14 | 1,035.00 | 5,271.48 |
| FG | 1W | 0052441H | Liner, Table | BUYOUT | EA | 14.00 | 31.00 | 87.19 | 434.00 | 2,702.89 |
| FG | 1W | 0052448H | Liner, Edge | BUYOUT | EA | 10.00 | 3.00 | 73.22 | 30.00 | 219.66 |
| FG | 1W | 0059130H | Liner, Top Table | BUYOUT | EA | 30.00 | 12.00 | 167.02 | 360.00 | 2,004.24 |
| FG | 1W | 005913309 | 6-Shoe Table Liner | BUYOUT | EA | 242.50 | 1.00 | 1,293.32 | 242.50 | 1,293.32 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 0059149H | Bolt, Protector | BUYOUT | EA | 11.00 | 5.00 | 49.04 | 55.00 | 245.20 |
| FG | 1W | 005983109 | Liner, Table, Flat, (10014F) | BUYOUT | EA | 34.00 | 6.00 | 22.50 | 204.00 | 135.00 |
| FG | 1W | 005999706 | Misc.Table Parts | BUYOUT | EA | 10.00 | 1.00 | 300.00 | 10.00 | 300.00 |
| FG | 1W | 108070119 | Screw, Cap, Plain, 63169 | BUYOUT | EA | 1.36 | 179.00 | 6.57 | 243.44 | 1,176.33 |
| FG | 1W | 108070126 | Washer,1-1/4"Gr 8 Plated,Thick | BUYOUT | EA | 0.00 | 156.00 | 2.19 | 0.16 | 341.15 |
| FG | 1W | 337002000 | Hhcs W/Nut 5/8 X 2 1/4 | BUYOUT | EA | - | 4,160.00 | 0.76 | - | 3,159.94 |
| FG | 1W | 337007100 | Hhcs 1/2 X 1 1/4 | BUYOUT | EA | - | 34.00 | 0.16 | - | 5.50 |
| FG | 1W | 337007400 | Hhcs 1/2 X 2 | BUYOUT | EA | - | 2,588.00 | 0.41 | - | 1,057.74 |
| FG | 1W | 337009100 | Hhcs 5/8  X 1-1/2 | BUYOUT | EA | - | 235.00 | 0.47 | - | 109.79 |
| FG | 1W | 337009600 | Hhcs 5/8 X 2 1/2 | BUYOUT | EA | - | 99.00 | 0.88 | - | 87.52 |
| FG | 1W | 337009800 | Hhcs 5/8  X 3 | BUYOUT | EA | - | 209.00 | 0.80 | - | 167.41 |
| FG | 1W | 337009900 | Hhcs 5/8  X 6 | BUYOUT | EA | 0.25 | 58.00 | 3.23 | 14.50 | 187.50 |
| FG | 1W | 337011000 | Hhcs 3/4 X 1 | BUYOUT | EA | - | 480.00 | 0.45 | - | 218.02 |
| FG | 1W | 337011100 | Hhcs 3/4 X 1 1/4 | BUYOUT | EA | - | 3,625.00 | 0.83 | - | 3,026.51 |
| FG | 1W | 337011600 | Hhcs 3/4 X 2 | BUYOUT | EA | - | 37.00 | 1.01 | - | 37.37 |
| FG | 1W | 337013800 | Hhcs 3/4 X 2 1/2 | BUYOUT | EA | - | 237.00 | 1.01 | - | 238.98 |
| FG | 1W | 337014200 | Hhcs 7/8 X 2 | BUYOUT | EA | - | 278.00 | 1.44 | - | 399.62 |
| FG | 1W | 337015700 | Hhcs 1 X 2 | BUYOUT | EA | - | 1,873.00 | 2.19 | - | 4,108.33 |
| FG | 1W | 337015800 | Hhcs 1 X 2 | BUYOUT | EA | - | 82.00 | 1.93 | - | 158.45 |
| FG | 1W | 337015900 | Hhcs 1 X 2 1/2 | BUYOUT | EA | - | 774.00 | 2.47 | - | 1,915.42 |
| FG | 1W | 337016100 | Hhcs 1 X 3 | BUYOUT | EA | - | 130.00 | 3.20 | - | 415.76 |
| FG | 1W | 337016700 | Hhcs 1 X 3 1/2 | BUYOUT | EA | - | 147.00 | 3.00 | - | 440.27 |
| FG | 1W | 337016900 | Hhcs 1 X 4 1/2 | BUYOUT | EA | - | 24.00 | 3.74 | - | 89.76 |
| FG | 1W | 337018000 | Hhcs 1 1/8 X 2 1/2 | BUYOUT | EA | - | 130.00 | 5.04 | - | 655.20 |
| FG | 1W | 337018100 | Hhcs 1 1/8 X 3 | BUYOUT | EA | - | 152.00 | 5.51 | - | 836.76 |
| FG | 1W | 337018400 | Hhcs Blk 1 1/4' X 3" | BUYOUT | EA | - | 370.00 | 7.44 | - | 2,751.50 |
| FG | 1W | 337018600 | Hhcs 1-1/4 X 5 | BUYOUT | EA | - | 254.00 | 6.48 | - | 1,645.66 |
| FG | 1W | 337018900 | Hhcs 1 1/4 X 3 1/2 | BUYOUT | EA | - | 20.00 | 6.60 | - | 132.00 |
| FG | 1W | 337020000 | Fhcs 3/4 X 1 1/2 | BUYOUT | EA | - | 175.00 | 1.59 | - | 277.38 |
| FG | 1W | 337025000 | 12 Sfb 3/4 X 1 1/2 | BUYOUT | EA | - | 2,413.00 | 2.48 | - | 5,984.02 |
| FG | 1W | 337025300 | Hhcs 3/4 X 1 3/4 | BUYOUT | EA | - | 32.00 | 0.50 | - | 15.91 |
| FG | 1W | 337025400 | Hhcs 3/4 X 1 1/2 | BUYOUT | EA | - | 262.00 | 0.90 | - | 235.80 |
| FG | 1W | 337025500 | Hhcs 3/4 X 1 3/4 | BUYOUT | EA | - | 854.00 | 1.28 | - | 1,090.87 |
| FG | 1W | 337025600 | Hhcs 3/4 X 2 | BUYOUT | EA | - | 283.00 | 0.57 | - | 161.14 |
| FG | 1W | 337025800 | Plow Bolt 1/2 X 1 1/2 | BUYOUT | EA | 1.00 | 66.00 | 0.29 | 66.00 | 19.05 |
| FG | 1W | 337026600 | Shcs 3/4 X 1 | BUYOUT | EA | - | 1,725.00 | 1.08 | - | 1,859.55 |
| FG | 1W | 337026700 | Shcs 3/4 X 2 | BUYOUT | EA | - | 217.00 | 1.18 | - | 256.06 |
| FG | 1W | 337026900 | Shcs 7/8 X 2 1/2 | BUYOUT | EA | - | 230.00 | 3.27 | - | 752.10 |
| FG | 1W | 337028000 | Shcs  1 1/2 X 3 | BUYOUT | EA | - | 142.00 | 15.83 | - | 2,247.72 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 337028500 | Hhcs 1 1/4 X 4 1/2 | BUYOUT | EA | - | 5.00 | 8.49 | - | 42.45 |
| FG | 1W | 337100500 | Flat Cut Washer 1/2 | BUYOUT | EA | - | 2,952.00 | 0.12 | - | 354.33 |
| FG | 1W | 337100600 | Flat Cut Washer 5/8 | BUYOUT | EA | - | 102.00 | 0.33 | - | 33.76 |
| FG | 1W | 337100700 | Flat Cut Washer 3/4 | BUYOUT | EA | - | 513.00 | 0.17 | - | 87.36 |
| FG | 1W | 337100900 | Flat Cut Washer 1" | BUYOUT | EA | - | 38.00 | 0.42 | - | 16.09 |
| FG | 1W | 337101000 | Flat Cut Washer 1-1/8" | BUYOUT | EA | - | 18.00 | 0.33 | - | 5.89 |
| FG | 1W | 337101700 | Hex Nut 1" N/C | BUYOUT | EA | - | 38.00 | 0.75 | - | 28.31 |
| FG | 1W | 337102500 | Medium Split 1/2 Lockwasher | BUYOUT | EA | - | 2,330.00 | 0.05 | - | 116.08 |
| FG | 1W | 337102600 | Medium Split 5/8 Lockwasher | BUYOUT | EA | - | 511.00 | 0.09 | - | 46.76 |
| FG | 1W | 337102700 | Medium Split 3/4 Lockwasher | BUYOUT | EA | - | 711.00 | 0.12 | - | 88.38 |
| FG | 1W | 337104500 | Medium Split 1" Lockwasher | BUYOUT | EA | - | 38.00 | 0.37 | - | 14.14 |
| FG | 1W | 337104600 | Medium Split 1-1/4"Lockwasher | BUYOUT | EA | - | 150.00 | 0.89 | - | 133.50 |
| FG | 1W | 337200400 | Hex Nut 1/2 N/C | BUYOUT | EA | - | 2,674.00 | 0.15 | - | 398.72 |
| FG | 1W | 337200500 | Hex Nut 5/8 N/C | BUYOUT | EA | - | 177.00 | 0.23 | - | 40.13 |
| FG | 1W | 337200600 | Hex Nut 3/4 N/C | BUYOUT | EA | - | 514.00 | 0.19 | - | 95.71 |
| FG | 1W | 337206700 | Flange Nut 5/8 N/C | BUYOUT | EA | - | 56.00 | 0.73 | - | 40.65 |
| FG | 1W | 337209300 | A325 Washer 3/4 | BUYOUT | EA | - | 38.00 | 0.20 | - | 7.56 |
| FG | 1W | 337209400 | A325 Washer 1" | BUYOUT | EA | - | 651.00 | 0.44 | - | 286.93 |
| FG | 1W | 3375510H | Liner, Inner Lid | BUYOUT | EA | 21.00 | 2.00 | 127.34 | 42.00 | 254.68 |
| FG | 1W | 337612000 | Bracket, Shoe,Rough | BUYOUT | EA | 7.00 | 3.00 | 47.40 | 21.00 | 142.20 |
| FG | 1W | 3376131H | Liner, Table, Flat,5 Shoe | BUYOUT | EA | 7.00 | 2.00 | 48.16 | 14.00 | 96.32 |
| FG | 1W | 337654100 | Tube, Feed | BUYOUT | EA | 54.00 | 1.00 | 438.00 | 54.00 | 438.00 |
| FG | 1W | 337687500 | Pin, Stress Proof | BUYOUT | EA | 1.00 | 1,000.00 | 1.89 | 1,000.00 | 1,887.50 |
| FG | 1W | 337687600 | Pin, Stress Proof | BUYOUT | EA | 1.00 | 1,632.00 | 1.51 | 1,632.00 | 2,457.76 |
| FG | 1W | 337740411 | Ring, Cluster, Conversion | BUYOUT | EA | 815.00 | 1.00 | 509.16 | 815.00 | 509.16 |
| FG | 1W | 3377510H | Liner, Inner Lid | BUYOUT | EA | 13.00 | 47.00 | 39.22 | 611.00 | 1,843.34 |
| FG | 1W | 337755600 | Tube, Feed | BUYOUT | EA | 62.00 | 2.00 | 488.00 | 124.00 | 976.00 |
| FG | 1W | 337854600 | Tube, Feed | BUYOUT | EA | 165.00 | 1.00 | 900.00 | 165.00 | 900.00 |
| FG | 1W | A01006900 | Liner, Side | BUYOUT | EA | 16.00 | 1.00 | 23.43 | 16.00 | 23.43 |
| FG | 1W | J80001200 | Liner, Top Table | BUYOUT | EA | 13.00 | 3.00 | 39.49 | 39.00 | 118.47 |
| FG | 1W | 005012809 | Liner, Top Table, 4-Shoe | N/A | EA | 206.00 | 1.00 | 799.80 | 206.00 | 799.80 |
| FG | 1W | 005012909 | Liner, Top Table, 5-Shoe | N/A | EA | 191.00 | 2.00 | 516.74 | 382.00 | 1,033.48 |
| FG | 1W | 005015109 | Liner, Top Table | N/A | EA | 91.00 | 1.00 | 252.06 | 91.00 | 252.06 |
| FG | 1W | 005064509 | Liner, Top Table | N/A | EA | 250.00 | 1.00 | 513.11 | 250.00 | 513.11 |
| FG | 1W | 005064909 | Liner, Top Table, 1 Pc, 3-Shoe | N/A | EA | 262.19 | 1.00 | 1,112.13 | 262.19 | 1,112.13 |
| FG | 1W | 108070293 | Outer Ring-337951609 | N/A | EA | - | 6.00 | 1,354.70 | - | 8,128.20 |
| FG | 1W | 108070294 | Locating Support Bar-337951609 | N/A | EA | - | 6.00 | 100.50 | - | 603.00 |
| FG | 1W | 108080106 | Pallet, Heat Treated,51" X 68" | N/A | EA | 92.00 | 184.00 | 86.65 | 16,928.00 | 15,944.10 |
| FG | 1W | 108080114 | Pallet, Heat Trted,29" X 42.5" | N/A | EA | - | 132.00 | 42.10 | - | 5,557.20 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 1W | 337010000 | Hhcs 5/8 X 3 1/4 | N/A | EA | - | 186.00 | 0.64 | - | 118.67 |
| FG | 1W | 337017900 | Hhcs 1 1/8 X 3 | N/A | EA | - | 12.00 | 4.89 | - | 58.68 |
| FG | 1W | 337018300 | Hhcs 1 1/8 X 3 1/2 | N/A | EA | - | 134.00 | 6.51 | - | 872.34 |
| FG | 1W | 337018700 | Hhcs 1 1/8 X 4 1/2 | N/A | EA | - | 273.00 | 8.40 | - | 2,294.49 |
| FG | 1W | 337018800 | Hhcs 1-1/8 X 4 | N/A | EA | - | 120.00 | 5.99 | - | 718.80 |
| FG | 1W | 337019200 | Hhcs 1 1/2 X 4 | N/A | EA | - | 52.00 | 10.89 | - | 566.28 |
| FG | 1W | 337027200 | Shcs 1 X 3 | N/A | EA | - | 32.00 | 4.25 | - | 136.00 |
| FG | 1W | 337101200 | Disc, Rubber 2.81" Diam 5/8" | N/A | EA | - | 72.00 | 9.28 | - | 668.16 |
| WH Total | | | | | | 76,222.74 | 41,619.00 | | 251,681.81 | 667,062.20 |
| WIP | 1Y | 0031752HSW | Bar, Blow, Two Turn | 0747 | EA | 950.00 | 8.00 | 1,688.28 | 7,600.00 | 9,500.00 |
| WIP | 1Y | 0031752HW | Bar, Blow, Two Turn | 0727 | EA | 985.00 | 2.00 | 1,507.21 | 1,970.00 | 2,462.50 |
| WIP | 1Y | 0031906HSW | Bar, Blow | 0747 | EA | 704.00 | 4.00 | 1,183.52 | 2,816.00 | 3,520.00 |
| WIP | 1Y | 0032520HW | Plate, Impact | 0727 | EA | 79.00 | 31.00 | 129.72 | 2,449.00 | 3,061.25 |
| WIP | 1Y | 0032531HW | Liner | 0727 | EA | 49.00 | 12.00 | 78.20 | 588.00 | 735.00 |
| WIP | 1Y | 0033015LW | Fastener, Wear Plate | 8630 | EA | 18.00 | 40.00 | 13.09 | 720.00 | 900.00 |
| WIP | 1Y | 0033036MSW | Bar, Blow | 0747 | EA | 588.00 | 2.00 | 1,094.04 | 1,176.00 | 1,470.00 |
| WIP | 1Y | 003304100W | Shoe, Rotor | 8630 | EA | 13.00 | 16.00 | 9.65 | 208.00 | 260.00 |
| WIP | 1Y | 0034210MW | Bar, Blow | 0727 | EA | 338.00 | 4.00 | 541.99 | 1,352.00 | 1,690.00 |
| WIP | 1Y | 0034232HW | Plate, Impact | 0727 | EA | 118.00 | 2.00 | 189.93 | 236.00 | 295.00 |
| WIP | 1Y | 003463000W | Shoe, Rotor | 8630 | EA | 14.00 | 36.00 | 12.86 | 504.00 | 630.00 |
| WIP | 1Y | 0034711HW | Bar, Blow, Sngl Sided, Ew | 0727 | EA | 635.00 | 2.00 | 974.86 | 1,270.00 | 1,587.50 |
| WIP | 1Y | 0034848HW | Bar, Blow | 0727 | EA | 603.00 | 2.00 | 1,007.20 | 1,206.00 | 1,507.50 |
| WIP | 1Y | 0034927LW | Bar, Blow | 0656 | EA | 1,090.00 | 2.00 | 678.34 | 2,180.00 | 2,725.00 |
| WIP | 1Y | 0034940HW | Liner, Side | 0727 | EA | 73.00 | 8.00 | 107.71 | 584.00 | 730.00 |
| WIP | 1Y | 0039711LSW | Bar, Blow | 0686 | EA | 816.00 | 6.00 | - | 4,896.00 | 6,120.00 |
| WIP | 1Y | 0050101HW | Shoe, Impeller | 0727 | EA | 175.00 | 1.00 | 325.24 | 175.00 | 218.75 |
| WIP | 1Y | 0050102HW | Shoe, Impeller | 0727 | EA | 117.00 | 18.00 | 185.06 | 2,106.00 | 2,632.50 |
| WIP | 1Y | 0050105HW | Shoe, Impeller | 0727 | EA | 75.00 | 36.00 | 122.28 | 2,700.00 | 3,375.00 |
| WIP | 1Y | 0050113HSW | Shoe | 0747 | EA | 90.00 | 3.00 | 162.36 | 270.00 | 337.50 |
| WIP | 1Y | 0050116HSW | Shoe, Impeller, Curved,4-Bol | 0747 | EA | 176.00 | 4.00 | 328.37 | 704.00 | 880.00 |
| WIP | 1Y | 0050123HSW | Shoe, Heavy Duty | 0747 | EA | 54.00 | 4.00 | 116.22 | 216.00 | 270.00 |
| WIP | 1Y | 0050136HW | Liner, Table | 0727 | EA | 17.50 | 8.00 | - | 140.00 | 175.00 |
| WIP | 1Y | 0050162HW | Liner, Table, Outer | 0727 | EA | 13.00 | 44.00 | 22.49 | 572.00 | 715.00 |
| WIP | 1Y | 0050164HW | Liner, Table, Outer, Hd | 0727 | EA | 22.00 | 52.00 | 34.41 | 1,144.00 | 1,430.00 |
| WIP | 1Y | 005019609W | Bracket, Shoe | 1025 | EA | 37.00 | 4.00 | 35.30 | 148.00 | 185.00 |
| WIP | 1Y | 0050308HW | Anvil, Vaulted, Single | 0727 | EA | 166.00 | 6.00 | 285.20 | 996.00 | 1,245.00 |
| WIP | 1Y | 0050319HW | Anvil, Vaulted, Single | 0727 | EA | 255.00 | 20.00 | 384.31 | 5,100.00 | 6,375.00 |
| WIP | 1Y | 0052415HW | Shoe | 0727 | EA | 29.00 | 4.00 | 53.77 | 116.00 | 145.00 |
| WIP | 1Y | 0052611HW | Shoe, Impeller, Hd | 0727 | EA | 68.00 | 11.00 | 112.18 | 748.00 | 935.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP | 1Y | 0053310HW | Anvil,  Ceramic | 0727 | EA | 194.00 | 16.00 | - | 3,104.00 | 3,880.00 |
| WIP | 1Y | 0058014HW | Shoe, Imp., Dbl Bolt | 0727 | EA | 85.00 | 14.00 | 144.69 | 1,190.00 | 1,487.50 |
| WIP | 1Y | 0058017HSW | See 0058017Fe27w | 0747 | EA | 98.00 | 43.00 | 202.77 | 4,214.00 | 5,267.50 |
| WIP | 1Y | 0058017HW | Shoe, Imp Dbl Blt, Solid | 0727 | EA | 110.00 | 5.00 | 185.27 | 550.00 | 687.50 |
| WIP | 1Y | 0058111HW | Shoe, Double, Helicoil | 0727 | EA | 81.00 | 9.00 | 137.89 | 729.00 | 911.25 |
| WIP | 1Y | 005812409W | Bracket, Shoe, Dbl Bolt | 1025 | EA | 50.00 | 9.00 | 41.67 | 450.00 | 562.50 |
| WIP | 1Y | 0058126LW | Liner, Bracket, Outer Shoe | 8630 | EA | 11.00 | 6.00 | 9.66 | 66.00 | 82.50 |
| WIP | 1Y | 0058164HW | Liner, Outer Table | 0727 | EA | 38.00 | 9.00 | - | 342.00 | 427.50 |
| WIP | 1Y | 0059114HSW | Shoe, Impeller, 4-Bolt | 0747 | EA | 128.00 | 180.00 | 232.05 | 23,040.00 | 28,800.00 |
| WIP | 1Y | 0059114HW | Shoe, Impeller, 4-Bolt | 0727 | EA | 130.00 | 1.00 | 210.12 | 130.00 | 162.50 |
| WIP | 1Y | 0059126LW | Liner, Bracket | 8630 | EA | 15.00 | 23.00 | 11.26 | 345.00 | 431.25 |
| WIP | 1Y | 0059155HSW | Disc, Feed, Bolt-On | 0747 | EA | 270.00 | 5.00 | 514.37 | 1,350.00 | 1,687.50 |
| WIP | 1Y | 0059311HSW | Anvil | 0747 | EA | 168.00 | 45.00 | 307.28 | 7,560.00 | 9,450.00 |
| WIP | 1Y | 0059311HW | Anvil | 0727 | EA | 173.00 | 76.00 | 262.49 | 13,148.00 | 16,435.00 |
| WIP | 1Y | 005932000W | Bracket, Anvil | 1025 | EA | 31.00 | 4.00 | 21.21 | 124.00 | 155.00 |
| WIP | 1Y | 0059514HW | Liner, Inner, Lid | 0727 | EA | 49.00 | 2.00 | - | 98.00 | 122.50 |
| WIP | 1Y | 1130001HSW | Wear Runner | 0747 | EA | 75.00 | 22.00 | 143.37 | 1,650.00 | 2,062.50 |
| WIP | 1Y | 3376330HW | Liner, Tub | 0727 | EA | 10.00 | 2.00 | 15.22 | 20.00 | 25.00 |
| WIP | 1Y | 3377115HSW | Shoe, Impeller, Ccw | 0747 | EA | 55.00 | 1.00 | 107.09 | 55.00 | 68.75 |
| WIP | 1Y | 3377162HW | Liner, Table, Outer, Ccw | 0727 | EA | 26.00 | 4.00 | 41.98 | 104.00 | 130.00 |
| WIP | 1Y | 3378114HSW | Shoe | 0747 | EA | 83.00 | 65.00 | 150.72 | 5,395.00 | 6,743.75 |
| WIP | 1Y | 3378143HSW | Disc, Feed | 0747 | EA | 126.00 | 2.00 | 233.01 | 252.00 | 315.00 |
| WIP | 1Y | 3378317HSW | Anvil Block | 0747 | EA | 86.00 | 128.00 | 160.34 | 11,008.00 | 13,760.00 |
| WIP | 1Y | 3378317HW | Anvil Block | 0727 | EA | 95.00 | 44.00 | 145.08 | 4,180.00 | 5,225.00 |
| WIP | 1Y | 337835300W | Bracket, Cluster Ring | 1025 | EA | 48.00 | 4.00 | 21.48 | 192.00 | 240.00 |
| WIP | 1Y | 3379522LW | Liner Middle Lid, Outer | 8630 | EA | 36.00 | 5.00 | 26.61 | 180.00 | 225.00 |
| WIP | 1Y | A010040MW | Bar, Blow | 0727 | EA | 506.00 | 4.00 | 804.72 | 2,024.00 | 2,530.00 |
| WIP | 1Y | A010042JSW | Bar, Blow - Ceramic | 500 | EA | 376.00 | 6.00 | - | 2,256.00 | 2,820.00 |
| WIP | 1Y | J800002HW | Anvil, Saw., 25-134-4 | 0727 | EA | 19.00 | 48.00 | 34.63 | 912.00 | 1,140.00 |
| WIP | 1Y | N61000800W | Pinion | 8630 | EA | 90.00 | 27.00 | 93.38 | 2,430.00 | 3,037.50 |
| WIP | 1Y | N61001000W | Shoe, 36"Crawler,Non-Cleated | 8630 | EA | 297.00 | 10.00 | 291.93 | 2,970.00 | 3,712.50 |
| WIP | 1Y | N61001100W | Shoe, 36" Crawler,Cleated | 8630 | EA | 302.00 | 16.00 | 295.88 | 4,832.00 | 6,040.00 |
| WIP | 1Y | N61001209W | Rack Pulldown | 8630 | EA | 104.00 | 172.00 | 62.03 | 17,888.00 | 22,360.00 |
| WIP | 1Y | N61001500W | Tumbler, Drive | 8630 | EA | 1,288.00 | 7.00 | 942.52 | 9,016.00 | 11,270.00 |
| WIP | 1Y | N61002900W | Lug, Handle | 8620 | EA | 1,275.00 | 2.00 | 1,040.24 | 2,550.00 | 3,187.50 |
| WIP | 1Y | N61003000W | Lug, Handle | 8620 | EA | 1,469.00 | 2.00 | 985.73 | 2,938.00 | 3,672.50 |
| WIP | 1Y | N61003100W | Carrier | 0603V | EA | 1,564.00 | 1.00 | 1,553.85 | 1,564.00 | 1,955.00 |
| WIP | 1Y | N61003200W | Retainer, Brg | 1025 | EA | 64.00 | 1.00 | 76.85 | 64.00 | 80.00 |
| WIP | 1Y | N61003700W | Base,Swing Motor | 1025 | EA | 1,104.00 | 5.00 | 1,132.44 | 5,520.00 | 6,900.00 |

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP | 1Y | N61006309W | Retainer, Pin | 8620 | EA | 46.00 | 84.00 | 78.56 | 3,864.00 | 4,830.00 |
| WIP | 1Y | N61007400W | Housing, Snubber | 4320 | EA | 1,406.00 | 4.00 | 1,522.79 | 5,624.00 | 7,030.00 |
| WIP | 1Y | N61008500W | Arm, Snubber | 4320 | EA | 584.00 | 26.00 | 774.07 | 15,184.00 | 18,980.00 |
| WIP | 1Y | N70000100W | Track Pad, 12 1/2" Clk Ctr_A | 8630 | EA | 304.00 | 42.00 | 313.07 | 12,768.00 | 15,960.00 |
| WIP | 1Y | N70000200W | Track Pad, 19" Clk Ctr_C | 8630 | EA | 304.00 | 40.00 | 313.07 | 12,160.00 | 15,200.00 |
| WIP | 1Y | N70000300W | Track Pad, 25" Clk Ctr_D | 8630 | EA | 304.00 | 33.00 | 313.07 | 10,032.00 | 12,540.00 |
| WIP | 1Y | N73303500GW | Middle Concave, Lm-400 | 400 | EA | 1,046.00 | 1.00 | - | 1,046.00 | 1,307.50 |
| WIP | 1Y | N735005983FW | Upper Concave - Lm 300 | 300 | EA | 823.00 | 1.00 | - | 823.00 | 1,028.75 |
| WIP | 1Y | N73873241JW | Lower Concave, Lm-500 | 500 | EA | 3,043.00 | 1.00 | - | 3,043.00 | 3,803.75 |
| WIP | 1Y | N73M03010CHW | Casing | 0727 | EA | 86.00 | 1.00 | - | 86.00 | 107.50 |
| WIP | 1Y | N73M04010CHW | Casing | 0727 | EA | 210.00 | 1.00 | - | 210.00 | 262.50 |
| WIP | 1Y | N73M04010HHW | Casing | 0727 | EA | 457.00 | 2.00 | - | 914.00 | 1,142.50 |
| WIP | 1Y | N73M06010CW | Casing, Flip North And South | 0727 | EA | 356.00 | 1.00 | - | 356.00 | 445.00 |
| WH Total | | | | | | 28,065.50 | 1,654.00 | | 245,440.00 | 306,800.00 |
| WIP | 1Z | 005016609-S1 | Liner, Table Outer, 1-Pc | N/A | EA | 380.00 | 2.00 | 146.00 | 760.00 | 950.00 |
| WIP | 1Z | 005023609-S1 | Roll Mtl, Liner, Table, Outer | BUYOUT | EA | 508.00 | 1.00 | 146.00 | 508.00 | 635.00 |
| WIP | 1Z | 337951609-S1 | Otl | N/A | EA | 289.00 | 2.00 | 146.00 | 578.00 | 722.50 |
| WIP | 1Z | N61000700S0 | Lower Roller, @ Staging | 8630 | EA | 168.00 | 2.00 | 125.32 | 336.00 | 420.00 |
| WIP | 1Z | N61000700-S2 | Prime, Lower Roller | 8630 | EA | - | 27.00 | 20.96 | - | - |
| WIP | 1Z | N61001209S0 | Rack Pulldown,@ Staging | 8630 | EA | 104.00 | 30.00 | 62.03 | 3,120.00 | 3,900.00 |
| WIP | 1Z | N61001209S1 | Rack Pulldown,@ Machining | 8630 | EA | 104.00 | 1.00 | 62.03 | 104.00 | 130.00 |
| WIP | 1Z | N61001211S1 | Rack Pulldown,@ Machining | 8630 | EA | 104.00 | 2.00 | 62.03 | 208.00 | 260.00 |
| WIP | 1Z | N61002000S0 | Roller, Take Up,@ Staging | 8630 | EA | 682.00 | 1.00 | 512.11 | 682.00 | 852.50 |
| WIP | 1Z | N61002000S1 | Roller, Take Up, @ Flame Harden | 8630 | EA | 682.00 | 11.00 | 512.12 | 7,502.00 | 9,377.50 |
| WIP | 1Z | N61002000S2 | Roller, Take Up,@ Prime | 8630 | EA | 682.00 | 8.00 | 706.62 | 5,456.00 | 6,820.00 |
| WIP | 1Z | N61006309S0 | Retainer, Pin,@ Staging | 8620 | EA | 46.00 | 10.00 | 78.56 | 460.00 | 575.00 |
| WIP | 1Z | N61006309S2 | Retainer, Pin, @ Machining | 8620 | EA | 46.00 | 65.00 | 78.56 | 2,990.00 | 3,737.50 |
| WIP | 1Z | N61006310S2 | Retainer, Pin, @ Machining | 8620 | EA | 46.00 | 16.00 | 78.56 | 736.00 | 920.00 |
| WIP | 1Z | N61006509S2 | Sheave, @ Machining | 8630 | EA | 74.00 | 17.00 | 79.11 | 1,258.00 | 1,572.50 |
| WIP | 1Z | N610078D2S0 | Guide Rail, @ Staging | 0603 | EA | 904.00 | 4.00 | 653.92 | 3,616.00 | 4,520.00 |
| WIP | 1Z | N610079D2S0 | Guide Rail, @ Staging | 0603 | EA | 865.00 | 9.00 | 653.48 | 7,785.00 | 9,731.25 |
| WIP | 1Z | N61008609S0 | Arm, Snubber @ Staging | 4320 | EA | 235.00 | 3.00 | 321.11 | 705.00 | 881.25 |
| WIP | 1Z | N61009010-S2 | Mach, Wrench, Breakout Cast | N/A | EA | 380.00 | 2.00 | 2,435.00 | 760.00 | 950.00 |
| WH Total | | | | | | 6,299.00 | 213.00 | | 37,564.00 | 46,955.00 |
| Total | | | | | | 148,666.20 | 423,531.43 | | 1,110,036.26 | 2,049,825.77 |

RM      388,816.76

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 36 of 142

# Perpetual Inventory - Bank Audit - SSF 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|-----------|----|-----------|----------------------|-------|-------|-----------|------------|-----------|----------|-------------|
| | | | | | | | | | FG | ########### |
| | | | | | | | | | WIP | 353,755.00 |
| | | | | | | | | | Supplies | 69.99 |
| | | | | | | | | | Total | ########### |

## Perpetual Inventory - Bank Audit - SPC - 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| FG | 2F | 1170012 | Dog, 2 Ton | 1025 | EA | 0.48 | 2.00 | 1.68 | 0.96 | 3.37 |
| FG | 2F | 1179005 | Adapter, Rope, 3/8" | 4140 | EA | 0.15 | 1.00 | 1.38 | 0.15 | 1.38 |
| FG | 2F | 1776001 | Plate, Top | 0303 | EA | 1.16 | 6.00 | 7.47 | 6.96 | 44.79 |
| FG | 2F | 3012002 | Lever,Feed Cam,Lh Side | 4340 | EA | 0.20 | 46.00 | 14.97 | 9.25 | 688.40 |
| FG | 2F | 3012005 | Body, Sight Adjustment | 4140 | EA | 0.64 | 12.00 | - | 7.68 | - |
| FG | 2F | 3120001 | Hub,Spring Arm,Cardanic | 0440 | EA | 1.10 | 4.00 | 17.46 | 4.40 | 69.85 |
| FG | 2F | 3120002 | Hub, Light, Cardanic | 0440 | EA | 1.36 | 10.00 | 11.12 | 13.60 | 111.20 |
| FG | 2F | 3140001 | Axe/Adz | 4150 | EA | 4.07 | 179.00 | - | 728.53 | - |
| FG | 2F | 3160002 | Sml Prmtr Blk-Tth Hld | 8620 | EA | 5.20 | 5.00 | 12.14 | 26.00 | 60.68 |
| FG | 2F | 3560004 | Support Gate Unload | 17-4 CB7CU | EA | 0.38 | 6.00 | 19.51 | 2.28 | 117.06 |
| FG | 2F | 3560005 | Gate Load Shoulder | 17-4 CB7CU | EA | 1.00 | 4.00 | 30.20 | 4.00 | 120.79 |
| FG | 2F | 3580001C | Mac Jaw Mount | 4140 | EA | 2.26 | 21.00 | 6.46 | 47.46 | 135.63 |
| FG | 2F | 3580002 | Engine Leg Casting | 4140 | EA | 2.48 | 9.00 | - | 22.32 | - |
| FG | 2F | 3660002 | 2.3/8 Inch Bushing | 8630 | EA | 19.15 | 4.00 | 57.26 | 76.60 | 229.03 |
| FG | 2F | 3660013 | Front Latch | 4130 | EA | 0.44 | 93.00 | 1.73 | 40.92 | 160.48 |
| FG | 2F | 3660016 | 1 1/8 Inch Jaw Casting | 4130 | EA | 0.65 | 9.00 | 1.86 | 5.86 | 16.77 |
| FG | 2F | 3660020 | Front Latch | 4130 | EA | 0.44 | 1.00 | 0.03 | 0.44 | 0.03 |
| FG | 2F | 3701001 | Ball Hitch Lock | 1025 | EA | 1.80 | 8.00 | - | 14.40 | - |
| FG | 2F | 8880001H | Mm250 Mmc Cyber-Ring Machined | N/A | EA | 27.00 | 2.00 | 225.00 | 54.00 | 450.00 |
| FG | 2F | 9520006 | Plate, Wear, | 4140 | EA | 0.50 | 6.00 | 14.03 | 3.00 | 84.18 |
| FG | 2F | N619002 | Pipe, 9.25 | 8620 | EA | 5.30 | 6.00 | 17.68 | 31.80 | 106.09 |
| FG | 2F | N619004 | Pipe, 10.75 | 8620 | EA | 6.90 | 3.00 | 23.25 | 20.70 | 69.76 |
| FG | 2F | N619006 | Pipe, 13.38 | 8620 | EA | 3.30 | 2.00 | 15.43 | 6.60 | 30.87 |
| FG | 2F | N619022 | Die, Surewrench I,7.62-8 Pipe | 8620 | EA | 6.71 | 1.00 | 19.30 | 6.71 | 19.30 |
| FG | 2F | N619023 | Die,Surewrench I,8.62 Pipe | N/A | EA | 5.47 | 6.00 | 19.58 | 32.82 | 117.48 |
| FG | 2F | N619024 | Die,Surewrench I,9.00 Pipe | N/A | EA | 5.10 | 3.00 | 12.55 | 15.30 | 37.65 |
| FG | 2F | N619025 | Die,Surewrench I,9.25 Pipe | 8620 | EA | 4.72 | 10.00 | 11.70 | 47.20 | 117.03 |
| FG | 2F | VV00559IAC | Cutter Bar 4R, 6U And 4900 Cd4mcu | 25-5 | EA | 30.00 | 1.00 | | 30.00 | - |
| WH Total | | | | | | 137.96 | 460.00 | | 1,259.94 | 2,791.82 |
| RM | 2R | CA30001 | Alloy, Aluminum | N/A | LB | 1.00 | 15.00 | 2.42 | 15.00 | 36.29 |
| RM | 2R | CA30006 | Alloy, Femo | N/A | LB | 1.00 | 6.00 | 16.71 | 6.00 | 100.24 |
| RM | 2R | CA30007 | Alloy, Fesi | | LB | 1.00 | 71.00 | 1.93 | 71.00 | 137.03 |
| RM | 2R | CA30008 | Alloy, Lcfecr | | LB | 1.00 | 213.00 | 3.47 | 213.00 | 739.11 |
| RM | 2R | CA30010 | Alloy, Mn, Electrolytic | | LB | 1.00 | 60.00 | 1.55 | 60.00 | 93.00 |
| RM | 2R | CA30011 | Alloy, Nickel | 0000 | LB | 1.00 | 240.00 | 8.61 | 240.00 | 2,066.40 |
| RM | 2R | CA30014 | Alloy, Vanadium | | LB | 1.00 | 7.00 | 20.10 | 7.00 | 140.71 |
| RM | 2R | CA30016 | Alloy, Carbon Riser | N/A | LB | 1.00 | 20.00 | 0.61 | 20.00 | 12.10 |
| RM | 2R | CA30017 | Fenb | N/A | LB | - | 16.00 | 27.00 | - | 432.00 |

# Perpetual Inventory - Bank Audit - SPC - 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| RM | 2R | VA30005 | Alloy, 15-5 Cb7cu2 | N/A | LB | 1.00 | 3,937.00 | 2.27 | 3,937.00 | 8,936.99 |
| RM | 2R | VA30006 | Alloy, 17-4 Cb7cu1 | N/A | LB | 1.00 | 3,240.00 | 1.82 | 3,240.00 | 5,896.80 |
| RM | 2R | VA30008 | Alloy, 303 | N/A | LB | 1.00 | 496.00 | 3.11 | 496.00 | 1,542.56 |
| RM | 2R | VA30009 | Alloy, 304 | N/A | LB | 1.00 | 886.00 | 1.75 | 886.00 | 1,550.50 |
| RM | 2R | VA30013 | Alloy, 316, Cf8m | N/A | LB | 1.00 | 2,139.00 | 2.30 | 2,139.00 | 4,919.70 |
| RM | 2R | VA30016 | Alloy, 4140 | N/A | LB | 1.00 | 2,196.00 | 0.73 | 2,196.00 | 1,603.08 |
| RM | 2R | VA30020 | Alloy, 8630 | N/A | LB | 1.00 | 7,901.00 | 0.69 | 7,901.00 | 5,451.69 |
| RM | 2R | VA30022 | Alloy, 875 | N/A | LB | 1.00 | 1,733.00 | 3.55 | 1,733.00 | 6,152.15 |
| RM | 2R | VA30027 | Alloy, 1050 | N/A | LB | 1.00 | 532.00 | 0.62 | 532.00 | 327.71 |
| RM | 2R | VA30029 | Alloy, 440 | N/A | LB | 1.00 | 440.00 | 0.94 | 440.00 | 414.17 |
| RM | 2R | VA30031 | Alloy 903 | N/A | LB | 1.00 | 1,695.00 | 7.97 | 1,695.00 | 13,509.15 |
| RM | 2R | VA30041 | Alloy, 4330 | N/A | LB | 1.00 | 1,132.00 | 2.49 | 1,132.00 | 2,818.68 |
| WH Total | | | | | | 20.00 | 26,975.00 | | 26,959.00 | 56,880.06 |
| FG | 2V | 6739071-1 | Latch, D.C. Casting | MS00046 | EA | 9.50 | 1.00 | 32.78 | 9.50 | 32.78 |
| WH Total | | | | | | 9.50 | 1.00 | | 9.50 | 32.78 |
| WIP | 2W | 3580001W | Mac Jaw Mount | 4140 | EA | 2.26 | 126.00 | 6.46 | 284.76 | 813.76 |
| WH Total | | | | | | 2.26 | 126.00 | | 284.76 | 813.76 |
| WIP | 2Y | 1010004W | Plate, Rotating, Hub | 1050 | EA | 1.63 | 16.00 | 4.55 | 26.08 | 72.76 |
| WIP | 2Y | 1010005W | Plate, Stationary, No Hub | 1050 | EA | 1.21 | 58.00 | 2.61 | 70.18 | 151.56 |
| WIP | 2Y | 1010006W | Auger, Corn And Bean | 0316 | EA | 0.32 | 23.00 | 1.43 | 7.36 | 32.96 |
| WIP | 2Y | 1170012W | Dog, 2 Ton | 1025 | EA | 0.48 | 29.00 | 1.68 | 13.92 | 48.80 |
| WIP | 2Y | 1179001W | Pinion, 5 Ton | 8620 | EA | 7.73 | 123.00 | 9.93 | 950.79 | 1,221.78 |
| WIP | 2Y | 1179003W | Pinion, 2 Ton, 8 Tooth | 8620 | EA | 3.00 | 12.00 | 8.77 | 36.00 | 105.22 |
| WIP | 2Y | 1179005W | Adapter, Rope, 3/8" | 4140 | EA | 0.15 | 9.00 | 0.67 | 1.35 | 6.00 |
| WIP | 2Y | 1639002W | Hammer Head, Short | 17-4 CB7CU | EA | 0.28 | 17.00 | 1.28 | 4.76 | 21.76 |
| WIP | 2Y | 1768002W | Corner Detail | 0304 | EA | 0.05 | 29.00 | 1.14 | 1.45 | 33.02 |
| WIP | 2Y | 1768004W | Corner Detail | 0304 | EA | 0.02 | 7.00 | 1.13 | 0.14 | 7.94 |
| WIP | 2Y | 1795002W | Prop Edge, Small | 0316 | EA | 0.18 | 29.00 | 2.10 | 5.08 | 60.79 |
| WIP | 2Y | 3012002W | Lever,Feed Cam, Lh Side | 4340 | EA | 0.20 | 16.00 | 5.17 | 3.22 | 82.78 |
| WIP | 2Y | 3012005W | Body, Sight Adjustment | 4140 | EA | 0.50 | 15.00 | 3.11 | 7.50 | 46.64 |
| WIP | 2Y | 3012011W | Bracket, Carrying Handle | 4140 | EA | 0.30 | 353.00 | 1.77 | 105.90 | 625.01 |
| WIP | 2Y | 3012013W | Gas Block | X45-CRSI9 | EA | 1.56 | 63.00 | - | 98.28 | - |
| WIP | 2Y | 3040002W | Access Panel, Axis 1 | 8625 | EA | 2.81 | 36.00 | 11.17 | 101.16 | 402.08 |
| WIP | 2Y | 3080001W | Link, Cathode Washer | 17-4 CB7CU | EA | 1.32 | 357.00 | 5.19 | 471.24 | 1,853.73 |
| WIP | 2Y | 3140001W | Axe/Adz | 4150 | EA | 4.50 | 20.00 | 10.43 | 90.00 | 208.67 |
| WIP | 2Y | 3140002W | Axe/Adz P2s | 4150 | EA | 4.20 | 11.00 | - | 46.20 | - |
| WIP | 2Y | 3160002W | Sml Prmtr Blk-Tth Hld | 8620 | EA | 5.20 | 7.00 | 12.14 | 36.40 | 84.95 |
| WIP | 2Y | 3170002W | Square Part, Prototype | 0304 | EA | 0.01 | 96.00 | 24.00 | 0.96 | 2,304.00 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP | 2Y | 3300001W | Track, Fore | N/A | EA | 5.32 | 1.00 | 23.65 | 5.32 | 23.65 |
| WIP | 2Y | 3300002W | Track, Aft | 17-4 CB7CU | EA | 3.68 | 3.00 | 23.65 | 11.04 | 70.96 |
| WIP | 2Y | 3430006W | M-79 Sledge Hammer | 4140 | EA | 1.90 | 88.00 | 4.60 | 167.20 | 404.54 |
| WIP | 2Y | 3560002W | Roll Cylinder Casting | 4140 | EA | 7.12 | 13.00 | 15.38 | 92.56 | 199.99 |
| WIP | 2Y | 3570001W | 501 Pintle | 4140 | EA | 11.01 | 59.00 | 26.50 | 649.59 | 1,563.42 |
| WIP | 2Y | 3570002W | 502 Locking Bar | 4140 | EA | 1.10 | 454.00 | 5.18 | 499.40 | 2,352.89 |
| WIP | 2Y | 3570003W | 503 Release Lever | 4140 | EA | 1.06 | 677.00 | 3.64 | 717.62 | 2,466.54 |
| WIP | 2Y | 3580001CW | Mac Jaw Mount | 4140 | EA | 2.26 | 9.00 | | | 20.34 |
| WIP | 2Y | 3580001W | Mac Jaw Mount | 4140 | EA | 2.26 | 130.00 | 6.46 | 293.80 | 839.60 |
| WIP | 2Y | 3580002W | Engine Leg Casting | 4140 | EA | 2.48 | 250.00 | 3.67 | 620.00 | 918.55 |
| WIP | 2Y | 3580007W | Carrier Hanger | 17-4CB7CU1 | EA | 17.90 | 10.00 | | | 179.00 |
| WIP | 2Y | 3620001W | Coupler | 1025 | EA | 34.20 | 5.00 | 53.30 | 171.00 | 266.51 |
| WIP | 2Y | 3710001W | Fixed Plate Ss Casting | 4140 | EA | 1.31 | 193.00 | 16.17 | 252.83 | 3,120.81 |
| WIP | 2Y | 3710002W | Moving Plate Ss Casting | 4140 | EA | 1.41 | 209.00 | 15.15 | 294.69 | 3,166.35 |
| WIP | 2Y | 3720001W | Pulley 5-1/2 Dia-Mp-02, Ss Wip | 0304 | EA | 5.72 | 8.00 | | | 45.76 |
| WIP | 2Y | 9230001W | Impeller | 0316 | EA | 7.00 | 8.00 | 51.47 | 56.00 | 411.77 |
| WIP | 2Y | 9230002W | Impeller, Pump,Large | 17-4 CB7CU | EA | 3.90 | 4.00 | 7.75 | 15.60 | 31.00 |
| WIP | 2Y | 9230003W | Impeller, Pump,Small | 17-4 CB7CU | EA | 3.38 | 2.00 | 25.38 | 6.76 | 50.75 |
| WIP | 2Y | 9230007W | Impeller, Pump,Large | 17-4 CB7CU | EA | 3.90 | 2.00 | 20.08 | 7.80 | 40.16 |
| WIP | 2Y | 9230010-WIW | White Iron Impeller | N/A | EA | 13.40 | 2.00 | 22.87 | 26.80 | 45.74 |
| WIP | 2Y | N619014W | Wedge, Socket, 63" Dia | 1025 | EA | 0.45 | 9.00 | 1.70 | 4.05 | 15.34 |
| WIP | 2Y | N619022W | Die, Surewrench I,7.62-8 Pipe | 8620 | EA | 6.71 | 6.00 | 9.43 | 40.26 | 56.58 |
| WIP | 2Y | N619025W | Die,Surewrench I,9.25 Pipe | 8620 | EA | 4.72 | 96.00 | 12.55 | 453.12 | 1,204.66 |
| WIP | 2Y | N619050W | Jaw | | EA | 6.40 | 2.00 | | 12.80 | - |
| WH Total | | | | | | 184.24 | 3,566.00 | | 6,721.31 | 24,620.26 |
| WIP | 2Z | 1170012-S1 | Nqt, Dog, 2 Ton | N/A | EA | - | 248.00 | 0.67 | - | 165.00 |
| WIP | 2Z | 1179001-S1 | Norm/Temp, Pinion, 5 Ton | 8620 | EA | - | 90.00 | 5.97 | - | 537.35 |
| WIP | 2Z | 1179005-S1 | Aust & Temp,Adapter, Rope,3/8" | 4140 | EA | - | 155.00 | 0.71 | - | 110.71 |
| WIP | 2Z | 1768001S1 | Corner Detail,@ Heat Treat | 0304 | EA | 0.02 | 81.00 | 1.14 | 1.62 | 91.95 |
| WIP | 2Z | 1768002-S1 | Sol.Vac.Anneal,Corner Detail | 0304 | EA | - | 776.00 | 0.60 | - | 468.27 |
| WIP | 2Z | 1768003S1 | Corner Detail,@ Heat Treat | 0304 | EA | 0.03 | 162.00 | 1.13 | 4.86 | 183.82 |
| WIP | 2Z | 1768003-S1 | Sol.Vac.Anneal,Corner Detail | 0304 | EA | - | 388.00 | 0.66 | - | 256.22 |
| WIP | 2Z | 1768004S1 | Corner Detail,@ Heat Treat | 0304 | EA | 0.02 | 234.00 | 1.13 | 4.68 | 265.52 |
| WIP | 2Z | 1768004-S1 | Sol.Vac.Anneal,Corner Detail | 0304 | EA | - | 387.00 | 0.66 | - | 255.56 |
| WIP | 2Z | 3012005S1 | Body, Sight Adjust,@Heat Treat | 4140 | EA | 0.50 | 13.00 | 3.11 | 6.50 | 40.42 |
| WIP | 2Z | 3012005-S1 | Norm,Aust,Temp, Body,Sight Adj | 4140 | EA | - | 13.00 | 2.17 | - | 28.27 |
| WIP | 2Z | 3012011S1 | Bracket, Carry.Handle,@Heat Tr | 4140 | EA | 0.30 | 328.00 | 1.77 | 98.40 | 580.75 |
| WIP | 2Z | 3012011-S1 | Anneal,Brckt,Crry.Hndl | 4140 | EA | 0.30 | 328.00 | 0.68 | 98.40 | 223.70 |

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP | 2Z | 3017001-S2 | Machine, Kingpin Housing | N/A | EA | 6.90 | 8.00 | 80.00 | 55.20 | 640.00 |
| WIP | 2Z | 3023001-S1 | Solution Treat, Manifold | 4140 | EA | 10.10 | 4.00 | 40.00 | 40.40 | 160.00 |
| WIP | 2Z | 3023002-S1 | Solution Treat, Manifold | 4140 | EA | 10.10 | 4.00 | 40.00 | 40.40 | 160.00 |
| WIP | 2Z | 3040002S1 | Access Pnl, Axis 1,@Heat Treat | 8625 | EA | 0.89 | 6.00 | 11.17 | 5.34 | 67.01 |
| WIP | 2Z | 3040002-S1 | Norm,Aust,Temp,Acc Pnl,Axis 1 | 8625 | EA | - | 6.00 | 5.42 | | 32.54 |
| WIP | 2Z | 3080001S1 | Link, Cath.Wash.@Heat Treat | 17-4 CB7CU | EA | 1.32 | 1.00 | 5.19 | 1.32 | 5.19 |
| WIP | 2Z | 3080001-S1 | Homogenize Etc,Link,Cath.Wsh. | 17-4 CB7CU | EA | - | 4,074.00 | 7.85 | | 31,984.69 |
| WIP | 2Z | 3080001-S2 | Machine, Link,Cath.Wash. | 17-4 CB7CU | EA | 1.20 | 90.00 | 5.59 | 108.00 | 503.10 |
| WIP | 2Z | 3140001S0 | Axe/Adz @ Staging | 4150 | EA | 4.50 | 89.00 | 10.43 | 400.50 | 928.57 |
| WIP | 2Z | 3300004-S1 | Heat Treat, Cradle Opposite | 17-4 CB7CU | EA | 2.38 | 28.00 | 33.04 | 66.64 | 925.00 |
| WIP | 2Z | 3430006-S1 | Sub Anneal M-79 Sledge Hammer | 4140 | EA | 1.90 | 548.00 | 1.52 | 1,041.20 | 832.96 |
| WIP | 2Z | 3430006S2 | M79 Head - Drill Adn Tap@ Machine | 4140 | EA | 1.50 | 245.00 | 4.60 | 367.50 | 1,126.28 |
| WIP | 2Z | 3430006-S2 | Machine M79 Head | 4140 | EA | 1.50 | 291.00 | 14.09 | 436.50 | 4,101.00 |
| WIP | 2Z | 3430006-S3 | Quench And Temper M79-Head | 4140 | EA | 1.50 | 277.00 | 1.24 | 415.50 | 343.79 |
| WIP | 2Z | 3560002S1 | Roll Cylinder@ H.T. | 4140 | EA | 7.12 | 4.00 | 15.38 | 28.48 | 61.54 |
| WIP | 2Z | 3560002-S1 | N,Q,T, Roll Cylinder | 4140 | EA | - | 293.00 | 14.81 | | 4,338.55 |
| WIP | 2Z | 3570001S1 | Pintle@ H.T. | 4140 | EA | 11.23 | 180.00 | 26.50 | 2,021.40 | 4,769.76 |
| WIP | 2Z | 3570001-S1 | Anneal, Normalize,Quench, Temper Pintle | 4140 | EA | 11.00 | 597.00 | 52.14 | 6,567.00 | 31,127.58 |
| WIP | 2Z | 3570002S0 | Normalize Quench Temper, Locking Bar @ Staging | 4140 | EA | 2.00 | 233.00 | 5.18 | 466.00 | 1,207.54 |
| WIP | 2Z | 3570002-S1 | Normalize Quench Temper, Locking Bar | 4140 | EA | 2.00 | 187.00 | 3.49 | 374.00 | 652.80 |
| WIP | 2Z | 3580001CS1 | Mac Jaw Mount@ Ssf H.T. | 4140 | EA | 2.26 | 407.00 | 6.46 | 919.82 | 2,628.71 |
| WIP | 2Z | 3580001S1 | Mac Jaw Mount@ Ssf H.T. | 4140 | EA | 2.26 | 8.00 | - | 18.08 | - |
| WIP | 2Z | 3580001-S1 | N,Q,T, Mac Jaw Mount | 4140 | EA | 2.32 | 1,368.00 | 4.50 | 3,173.76 | 6,149.60 |
| WIP | 2Z | 3580002S1 | Engine Leg @ H.T. | 4140 | EA | 3.55 | 12.00 | - | 42.60 | - |
| WIP | 2Z | 3580002-S1 | N,Q,T, Engine Leg | 4140 | EA | - | 2,169.00 | 5.01 | | 10,859.90 |
| WIP | 2Z | 3660016S1 | 1 1/8 Inch Jaw Casting @ Heat Treat | 4130 | EA | 0.50 | 3.00 | 1.86 | 1.50 | 5.59 |
| WIP | 2Z | 4370007S1 | Handle,@ Heat Treat | 1025 | EA | 2.30 | 6.00 | 5.55 | 13.80 | 33.28 |
| WIP | 2Z | 9230001S1 | Impeller, @ Heat Treat | 0316 | EA | 7.00 | 31.00 | 51.47 | 217.00 | 1,595.60 |
| WIP | 2Z | 9230002S1 | Impeller, Pump,Large,@Heat Trt | 17-4 CB7CU | EA | 3.90 | 1.00 | 7.75 | 3.90 | 7.75 |
| WIP | 2Z | 9230002-S1 | Homo.To Cond A,Impeller, Pump | 17-4 CB7CU | EA | - | 101.00 | 18.71 | | 1,889.97 |
| WIP | 2Z | 9230003S1 | Impeller,Pump,Small,@ Heat Trt | 17-4 CB7CU | EA | 3.38 | 2.00 | 25.38 | 6.76 | 50.75 |
| WIP | 2Z | 9230003-S1 | Homo.To Cond A,Impeller, Pump | 17-4CB7CU1 | EA | - | 2.00 | 26.88 | | 53.75 |
| WIP | 2Z | 9230004S0 | Impeller, Pump,Large At Staging | 17-4 CB7CU | EA | 4.37 | 4.00 | 17.41 | 17.48 | 69.62 |
| WIP | 2Z | 9230004-S1 | Homo.To Cond.A, Impeller, Pump | 17-4 CB7CU | EA | - | 4.00 | 18.71 | | 74.85 |
| WIP | 2Z | 9230007S1 | Impeller, Pump,Large,@Heat Trt | 17-4 CB7CU | EA | 3.90 | 2.00 | 20.08 | 7.80 | 40.16 |
| WIP | 2Z | 9230007-S1 | Homo.To Cond A, Impeller, Pump | 17-4 CB7CU | EA | - | 1.00 | 22.24 | | 22.24 |
| WIP | 2Z | 9230011S1 | Impeller,Large,@Heat Treat | 17-4 CB7CU | EA | 10.95 | 2.00 | 36.61 | 21.90 | 73.22 |
| WIP | 2Z | 9230014-S1 | Solution Treat Cond A,Impeller | 17-4 CB7CU | EA | 3.53 | 60.00 | 21.02 | 211.80 | 1,261.00 |

## Perpetual Inventory - Bank Audit - SPC - 12-31-25

| Part Type | WH | Stock Code | Stock Code Description | Alloy | Units | Net Weight | Qty On Hand | Unit Cost | Curr Lbs | Curr Dollars |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP | 2Z | 9230015S0 | Impeller @ Staging | 17-4 CB7CU | EA | 3.51 | 2.00 | 18.57 | 7.02 | 37.14 |
| WIP | 2Z | 9520006S1 | Plate, Wear,@ Heat Treat | 4140 | EA | 0.50 | 5.00 | 1.70 | 2.50 | 8.48 |
| WIP | 2Z | 9520006-S1 | Norm,Aust,Temp,Plate, Wear, | 4140 | EA | - | 5.00 | 3.75 | - | 18.75 |
| WIP | 2Z | 9520006-S2 | Machine, Plate, Wear, | 4140 | EA | - | 5.00 | 8.58 | - | 42.92 |
| WIP | 2Z | N619004-S1 | Norm,Carburize .030-.040 Deep | 8620 | EA | - | 15.00 | 28.20 | - | 423.00 |
| WIP | 2Z | N619014S1 | Wedge, Socket,@ Heat Treat | 1025 | EA | 0.45 | 6.00 | 1.70 | 2.70 | 10.23 |
| WIP | 2Z | N619014-S1 | Normalize, Wedge, Socket | 1025 | EA | | 57.00 | 4.58 | | 261.25 |
| WIP | 2Z | N619019S1 | Die, Surewrench I,@Heat Treat | N/A | EA | 3.11 | 4.00 | 9.43 | 12.44 | 37.72 |
| WIP | 2Z | N619019-S1 | Norm,Carburize, .030-.040 Deep | N/A | EA | 3.11 | 10.00 | 12.10 | 31.10 | 121.02 |
| WIP | 2Z | N619025-S1 | Norm, Carburize .030-.040 Deep | N/A | EA | 4.72 | 30.00 | 12.10 | 141.60 | 363.05 |
| WH Total | | | | | | 143.93 | 14,690.00 | | 17,503.40 | 113,314.99 |
| Total | | | | | | 497.92 | 45,838.00 | | 52,738.51 | 198,722.67 |

| | |
|---|---|
| RM | 56,880.06 |
| FG | 3,638.36 |
| Wip | 137,935.25 |
| Supplies | #REF! |
| Total | #REF! |

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 42 of 142

## Inventory Detail as of 12/16/2025

| Inv Type | Gross Coll | Ineligible | Net Collateral | Adv Rate | Availability |
|---|---|---|---|---|---|
| SSF RM | $ 202,803.16 | | $ 202,803.16 | 50.00% | $ 101,401.58 |
| SSF FG | $ 1,478,723.79 | $ - | $ 1,478,723.79 | 50.00% | $ 739,361.90 |
| SPC RM | $ 67,251.86 | $ - | $ 67,251.86 | 50.00% | $ 33,625.93 |
| SPC FG | $ 3,613.04 | $ - | $ 3,613.04 | 50.00% | $ 1,806.52 |
| SSF WIP | $ 346,604.38 | | $ 346,604.38 | 50.00% | $ 173,302.19 |
| SPC WIP | $ 136,525.09 | $ - | $ 136,525.09 | 50.00% | $ 68,262.55 |
| **Total** | **$ 2,235,521.32** | **$ -** | **$ 2,235,521.32** | | **$ 1,117,760.66** |

**Other Ineligible**

| | | | | | |
|---|---|---|---|---|---|
| Manufacturing Supplies) SSF | $ 48,419.18 | | $ 48,419.18 | 0% | $ - |
| Manufacturing Supplies) SPC | 1930.98 | | $ 136,525.09 | 0% | $ - |
| **Total:** | **$ 50,350.16** | **$ -** | **$ 184,944.27** | | **$ -** |

Total Inventory     $ 2,285,871.48

$ 1,802,742.01

**Inventory Detail as of 12/31/2025**

| Inv Type | Gross Coll | Ineligible | Net Collateral | Adv Rate | Availability |
|---|---|---|---|---|---|
| SSF RM | $ 388,816.76 | | $ 388,816.76 | 50.00% | $ 194,408.38 |
| SSF FG | $ 1,307,184.02 | $ - | $ 1,307,184.02 | 50.00% | $ 653,592.01 |
| SPC RM | $ 56,880.06 | $ - | $ 56,880.06 | 50.00% | $ 28,440.03 |
| SPC FG | $ 3,638.36 | $ - | $ 3,638.36 | 50.00% | $ 1,819.18 |
| SSF WIP | $ 353,755.00 | | $ 353,755.00 | 50.00% | $ 176,877.50 |
| SPC WIP | $ 137,935.25 | $ - | $ 137,935.25 | 50.00% | $ 68,967.63 |
| **Total** | **$ 2,248,209.45** | **$ -** | **$ 2,248,209.45** | | **$ 1,124,104.73** |

**Other Ineligible**

| | | | | | |
|---|---|---|---|---|---|
| Manufacturing Supplies) SSF | $ 69.99 | | $ 69.99 | 0% | $ - |
| Manufacturing Supplies) SPC | 269.00 | | $ 137,935.25 | 0% | $ - |
| **Total:** | **$ 338.99** | **$ -** | **$ 138,005.24** | | **$ -** |

Total Inventory      $ 2,248,548.44

$ 1,756,858.19

**In re Spokane Industries, LLC**
**Attachment to Schedule B50**



**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY ASSESSMENT NOTICE

NOTICE DATE: October 21, 2025
LAST DATE TO APPEAL: November 21, 2025



10535***G51**4.75**1/19*********SNGLP
SPOKANE INDUSTRIES INC
PO BOX 3305
SPOKANE WA 99220

| | | | | |
|---|---|---|---|---|
| **ACCOUNT NO** | 50.190200 | **TAX CODE AREA** | 0146 | |
| **HEAD OF FAMILY EXEMPTION** | | YES [ ] | NO [XX] | |
| **STATE SCHOOL EXEMPTION** | | YES [ ] | NO [XX] | |
| **PERSONAL PROPERTY LOCATION** | 3808 N SULLIVAN RD | | | |
| **REAL ESTATE PARCEL** | | **CLASS CODE** | 34 | |

| TOTALS | |
|---|---|
| **ITEMS LISTED** | 745 |
| **TOTAL COST** | $17,998,602 |
| **ASSESSED VALUE** | $4,768,477 |

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

**- Assessed Value for 2026 tax year -**

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| LEAS 0120 | C | MISC IT EQUIPMENT (LEASED FROM DELL – ON ROLL) | 2014 | $20,717 | $0 |
| LEAS 0130 | 30 | MISC COPIERS ( LEASED FROM US BANK- ON ROLL) | 2016 | $4,669 | $0 |
| LHI 0010 | 16 | 12X14 430 SERIES DOOR W/REMOTES | 2022 | $9,211 | $6,061 |
| MANU 0010 | 8.5 | CRANE, BRIDGE & BRACK | 1977 | $1,168 | $175 |
| MANU 0020 | 8.5 | CRANE, BRIDGE SSFC | 1981 | $7,962 | $1,194 |
| MANU 0075 | 7.5 | M & E | 1985 | $605 | $91 |
| MANU 0095 | 14 | CNC VERT MILL MACHINE | 1988 | $17,725 | $2,659 |
| MANU 0105 | 14 | FILES PRINT | 1989 | $237 | $36 |
| MANU 0115 | 24 | FILM VIEWER | 1989 | $118 | $18 |
| MANU 0120 | 7.5 | M & E | 1989 | $58,276 | $8,741 |
| MANU 0140 | 7.5 | M & E | 1990 | $80,908 | $12,136 |
| MANU 0160 | 7.5 | M & E | 1992 | $31,677 | $4,783 |
| MANU 0165 | 12 | SHELVING | 1993 | $1,359 | $204 |
| MANU 0180 | 7.5 | M & E | 1993 | $108,904 | $17,751 |
| MANU 0185 | 12 | 3 DRYING RACKS | 1994 | $1,171 | $176 |
| MANU 0190 | 12 | 2 WORK TABLES | 1994 | $1,019 | $153 |
| MANU 0195 | 14 | LOCKING CABINET | 1994 | $601 | $90 |
| MANU 0205 | 7.5 | M & E | 1994 | $158,173 | $27,838 |
| MANU 0220 | 7.5 | M & E | 1995 | $521,717 | $99,126 |
| MANU 0225 | 7.5 | M & E | 1996 | $553,522 | $114,026 |
| MANU 0230 | 18 | 20 STEEL PALLETS | 1997 | $2,530 | $380 |
| MANU 0235 | 8.5 | 2 USED 3 TON CRANES SHOP | 1997 | $7,500 | $1,200 |
| MANU 0240 | 8.5 | TBL BLAST JIB CRANE | 1997 | $764 | $122 |
| MANU 0245 | 14 | PALLET JACK | 1997 | $450 | $68 |
| MANU 0250 | 7.5 | M & E | 1997 | $245,452 | $54,490 |
| MANU 0260 | 8.5 | CRANE HOOK | 1998 | $2,045 | $358 |
| MANU 0265 | 8.5 | JIB CRANE | 1998 | $1,328 | $232 |
| MANU 0270 | 8.5 | 2 TON CRANE | 1998 | $750 | $131 |
| MANU 0275 | 7.5 | M & E | 1998 | $298,543 | $71,650 |
| MANU 0280 50.190200 | 8.5 | 1 TON BRIDGE CRANE | 1999 | $11,583 | $2,212 |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08 050

10535 1/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

| THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING. |
| --- |

## – Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
| --- | --- | --- | --- | --- | --- |
| MANU 0290 | 8.5 | JIB CRANE | 1999 | $5,024 | $960 |
| MANU 0295 | 7.5 | M & E | 1999 | $4,281,146 | $1,113,098 |
| MANU 0300 | 8.5 | BRIDGE CRANE | 2000 | $3,647 | $759 |
| MANU 0305 | 7.5 | M & E | 2000 | $33,732 | $9,378 |
| MANU 0310 | 7.5 | M & E | 2001 | $55,160 | $16,438 |
| MANU 0315 | 7.5 | M & E | 2002 | $28,002 | $8,961 |
| MANU 0320 | 24 | PATTERNS/EQUIP | 1986 | $15,825 | $2,374 |
| MANU 0325 | 24 | PATTERNS/EQUIP | 1987 | $12,058 | $1,809 |
| MANU 0330 | 24 | PATTERNS/EQUIP | 1988 | $7,869 | $1,180 |
| MANU 0335 | 24 | PATTERNS/EQUIP | 1989 | $12,101 | $1,815 |
| MANU 0340 | 24 | PATTERNS/EQUIP | 1990 | $42,188 | $6,328 |
| MANU 0345 | 24 | PATTERNS/EQUIP | 1991 | $23,456 | $3,518 |
| MANU 0350 | 24 | PATTERNS/EQUIP | 1992 | $10,155 | $1,523 |
| MANU 0355 | 24 | PATTERNS/EQUIP | 1993 | $18,200 | $2,730 |
| MANU 0360 | 24 | PATTERNS/EQUIP | 1994 | $49,428 | $7,414 |
| MANU 0365 | 24 | PATTERNS/EQUIP | 1995 | $88,945 | $13,342 |
| MANU 0370 | 24 | PATTERNS/EQUIP | 1996 | $47,341 | $7,101 |
| MANU 0380 | 24 | PATTERNS/EQUIP | 1997 | $27,216 | $4,082 |
| MANU 0385 | 24 | PATTERNS/EQUIP | 1998 | $49,369 | $7,405 |
| MANU 0390 | 24 | PATTERNS/EQUIP | 1999 | $276,300 | $41,445 |
| MANU 0395 | 24 | PATTERNS/EQUIP | 2000 | $267,019 | $40,053 |
| MANU 0400 | 24 | PATTERNS/EQUIP | 1985 | $8,145 | $1,222 |
| MANU 0405 | 24 | PATTERNS/EQUIP | 2001 | $225,930 | $33,890 |
| MANU 0410 | 24 | PATTERNS/EQUIP | 2002 | $196,385 | $29,458 |
| MANU 0580 | 7.5 | TECH, BORON PLATING | 1999 | $4,800 | $1,248 |
| MANU 0585 | 7.5 | FOUNDRY EQUIP | 2003 | $5,732 | $1,960 |
| MANU 0595 | 24 | PATTERNS | 2003 | $193,690 | $29,054 |
| MANU 0600 | 12 | SHELVING | 1996 | $708 | $106 |
| MANU 0630 | 7.5 | M & E- COLEMAN OVEN GAS FIRED | 1961 | $750 | $113 |
| MANU 0640 | 7.5 | M & E | 1965 | $48,903 | $7,335 |
| MANU 0645 | 7.5 | M & E | 1966 | $10,044 | $1,507 |
| MANU 0650 | 7.5 | M & E | 1969 | $44,909 | $6,736 |
| MANU 0655 | 7.5 | M & E | 1970 | $10,998 | $1,650 |
| MANU 0670 | 7.5 | M & E | 1974 | $4,918 | $738 |
| MANU 0675 | 7.5 | M & E | 1975 | $135,067 | $20,260 |
| MANU 0680 | 7.5 | M & E | 1976 | $880,170 | $132,026 |
| MANU 0685 | 7.5 | M & E | 1977 | $210,677 | $31,602 |
| MANU 0690 | 7.5 | M & E | 1978 | $144,765 | $21,715 |
| MANU 0695 | 7.5 | M & E | 1979 | $200,066 | $30,010 |
| MANU 0700 | 7.5 | M & E | 1980 | $744,261 | $111,639 |
| 60.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 64.08 050

10835 2/19



26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 47 of 142



TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 0705 | 7.5 | M & E | 1981 | $83,611 | $12,542 |
| MANU 0710 | 7.5 | M & E | 1983 | $3,622 | $543 |
| MANU 0715 | 7.5 | M & E | 1984 | $18,953 | $2,843 |
| MANU 0730 | 24 | PATTERNS/EQUIP | 1983 | $8,512 | $1,277 |
| MANU 0735 | 24 | PATTERNS/EQUIP | 1984 | $6,379 | $957 |
| MANU 0750 | 16 | DISC SANDER/SAND MACHINE/SHAKER/LG PRESS | 1966 | $1,442 | $216 |
| MANU 0755 | 12 | ROCKWELL DRILL PRESS | 1968 | $1,030 | $155 |
| MANU 0760 | 24 | HARDNESS TESTER/REFLECTOSCOPE/ULTRASONIC SKAN | 1969 | $1,320 | $198 |
| MANU 0770 | 16 | FAN BANK - 6 UNIT | 1971 | $630 | $95 |
| MANU 0780 | 24 | TINIUS OLSEN UNIV TEST (LAB) | 1973 | $7,056 | $1,058 |
| MANU 0785 | 12 | RADIAL DRILL | 1973 | $5,560 | $834 |
| MANU 0790 | 24 | EXTENSOMETER (LAB) | 1973 | $1,110 | $167 |
| MANU 0810 | 24 | DYNA JET BOOSTER SYST | 1976 | $216 | $32 |
| MANU 0815 | 24 | BOOSTER SYST DYNA JET | 1976 | $200 | $30 |
| MANU 0835 | 12 | FOX STAND GRINDER/UN RT ANGLE/ARC BLOWER | 1977 | $1,157 | $174 |
| MANU 0865 | 12 | HYDR GEAR PULLER | 1979 | $1,474 | $221 |
| MANU 0920 | 12 | TOTYN PRESS | 1979 | $1,065 | $160 |
| MANU 0930 | 8.5 | JIB CRANE | 1979 | $5,229 | $784 |
| MANU 0940 | 12 | MASTER SPINDLE SANDER | 1980 | $5,822 | $873 |
| MANU 0945 | 7.5 | POWER HANDLING FLASK | 1980 | $1,921 | $288 |
| MANU 0960 | 14 | GRIZZLY LOADER | 1980 | $31,378 | $4,707 |
| MANU 0970 | 18 | RECTIFIER - LAB | 1981 | $368 | $55 |
| MANU 0975 | 18 | FILM VIEWER - LAB | 1981 | $624 | $94 |
| MANU 0980 | 18 | DIETERT INFRARED DRYER-LAB | 1981 | $340 | $51 |
| MANU 1000 | 18 | DEFORMATION & TOUGHNESS TESTER | 1981 | $483 | $72 |
| MANU 1010 | 18 | ULTRASONIC THICKNESS GAUGE | 1981 | $2,632 | $395 |
| MANU 1030 | 8.5 | CRANEWAY OVER CUTTING AREA | 1982 | $2,854 | $428 |
| MANU 1035 | 18 | DENSITOMETER- LAB | 1982 | $854 | $128 |
| MANU 1040 | 18 | ILLUMINATOR - LAB | 1982 | $801 | $120 |
| MANU 1045 | 24 | DOSIMETERS - LAB | 1982 | $930 | $140 |
| MANU 1060 | 24 | GAMMA MARSMKI AUD/VID ALARM | 1982 | $1,008 | $151 |
| MANU 1070 | 12 | X-RAY PENETRAMETERS | 1982 | $284 | $43 |
| MANU 1075 | 12 | X-RAY FILM IDENTIFICATION EQUIP | 1982 | $544 | $82 |
| MANU 1080 | 12 | X-RAY EQUIP METER | 1982 | $750 | $113 |
| MANU 1085 | 12 | 24 LEAD SHEETS - X-RAY | 1983 | $2,400 | $360 |
| MANU 1100 | 8.5 | CRANEWAY | 1983 | $1,774 | $266 |
| MANU 1130 | 18 | S&D SPOT VIEWER - LAB | 1984 | $90 | $14 |
| MANU 1155 | 18 | TINIUS OLSEN DIGITAL INDICATOR - LAB | 1984 | $1,916 | $287 |
| MANU 1160 | 12 | ROTARY TABLE | 1984 | $510 | $77 |
| MANU 1165 | 12 | WOOD LATHE | 1999 | $5,142 | $771 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 04.08.050

10535 3/19



26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 48 of 142



TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4767

# PERSONAL PROPERTY
## ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

> **THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

### Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 1170 | 12 | DRILL PRESS | 1999 | $10,825 | $1,624 |
| MANU 1175 | 12 | TABLE SAW | 1999 | $6,246 | $937 |
| MANU 1180 | 12 | JOINTER | 1999 | $8,312 | $1,247 |
| MANU 1185 | 12 | RADIAL ARM SAW | 1999 | $5,780 | $867 |
| MANU 1190 | 12 | WOOD PLANER | 1999 | $4,684 | $703 |
| MANU 1215 | 8.5 | JIB CRANE | 1999 | $580 | $111 |
| MANU 1220 | 16 | BLOW BAR LIFTING TOOL | 1999 | $890 | $134 |
| MANU 1230 | 12 | PATTERN STORAGE RACKS | 1999 | $3,282 | $492 |
| MANU 1235 | 8.5 | AIR HOIST | 1999 | $2,275 | $435 |
| MANU 1240 | 8.5 | MECH BRAKE OVERHEAD CRANE | 1999 | $21,188 | $4,047 |
| MANU 1245 | 8.5 | AIR HOIST | 1999 | $3,846 | $735 |
| MANU 1250 | 12 | PATTERN STORAGE RACKS | 1999 | $2,122 | $318 |
| MANU 1255 | 12 | PATTERN STORAGE RACKS BLD 2 | 1999 | $2,122 | $318 |
| MANU 1265 | 16 | SCALE/GRINDER/DISC SANDER/CHOP SAW | 1990 | $2,288 | $343 |
| MANU 1270 | 12 | DRYING RACKS | 1990 | $251 | $38 |
| MANU 1315 | 16 | 6 DUMPSTERS | 1989 | $1,520 | $228 |
| MANU 1330 | 18 | AMPLIFIER – LAB | 1989 | $738 | $111 |
| MANU 1340 | 12 | GOODWAY LATHE | 1985 | $9,892 | $1,484 |
| MANU 1365 | 12 | X-RAY EBERLINE RAD SURVEY | 1987 | $536 | $80 |
| MANU 1380 | 12 | CORE TESTING EQUIP | 1988 | $3,536 | $530 |
| MANU 1385 | 12 | HAAS INDEX/HYDRAULIC SYS JIG | 1988 | $5,434 | $815 |
| MANU 1395 | 12 | ORBITAL JIGSAW/SUPER MAX | 1991 | $8,759 | $1,314 |
| MANU 1405 | 16 | SANDBLASTER | 1991 | $652 | $98 |
| MANU 1415 | 16 | TENNANT SWEEPER | 1992 | $8,400 | $1,260 |
| MANU 1425 | 16 | WAS PAN/SCALE | 1992 | $329 | $49 |
| MANU 1435 | 16 | BENCH GRINDER/ELECT HAND SHAPER | 1993 | $554 | $83 |
| MANU 1440 | 12 | DRILL PRESS | 1993 | $789 | $118 |
| MANU 1465 | 8.5 | JIB CRANE TROLLEY | 1994 | $1,700 | $255 |
| MANU 1470 | 12 | CRT REVERSABLE BASE | 1994 | $1,478 | $222 |
| MANU 1475 | 12 | HELICAL MILLING OPTION | 1994 | $1,743 | $261 |
| MANU 1485 | 16 | WORKS MGR OFFICE | 1994 | $6,497 | $975 |
| MANU 1490 | 12 | BUCKNER PLANER | 1994 | $14,599 | $2,190 |
| MANU 1495 | 16 | PUCHASING OFFICE/AIR–HEAT UNIT | 1994 | $7,920 | $1,188 |
| MANU 1505 | 16 | CUT OFF SAW | 1994 | $2,724 | $409 |
| MANU 1510 | 16 | GRINDER/EMERG LIGHT | 1995 | $376 | $56 |
| MANU 1515 | 12 | AUTOCLAVE CARTS | 1995 | $828 | $124 |
| MANU 1520 | 12 | DIP ROOM CARTS | 1995 | $6,743 | $1,011 |
| MANU 1525 | 16 | 16 PERSON LOCKER | 1995 | $1,101 | $165 |
| MANU 1540 | 12 | STORAGE RACKS | 1996 | $1,266 | $190 |
| MANU 1545 | 16 | BEARING PULLER/ROTO MACHINE/TORQUE MULT | 1997 | $2,533 | $380 |
| 50,190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08 050

10535 4/19





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 1555 | 12 | CASING RACKS | 1997 | $959 | $144 |
| MANU 1600 | 16 | HEATTREAT OVEN FOR LAB | 2000 | $1,286 | $193 |
| MANU 1610 | 16 | CEMENT MIXER | 2000 | $3,142 | $471 |
| MANU 1625 | 8.5 | JIB CRANE W/HOIST | 2001 | $2,999 | $684 |
| MANU 1630 | 8.5 | HOIST, GARDENER DENVER | 2001 | $3,830 | $873 |
| MANU 1645 | 16 | DIGITAL PYROMETER | 2002 | $1,806 | $271 |
| MANU 1665 | 8.5 | 6 AIR HOISTS @ 3747.95 EA | 2003 | $22,488 | $6,072 |
| MANU 1670 | 16 | SCALE/NEEDLE SCALER KIT | 1997 | $720 | $108 |
| MANU 1675 | 8.5 | JIB CRANE | 2003 | $734 | $198 |
| MANU 1695 | 16 | 2 BURR KING GRINDERS @ 1693 EA | 1995 | $3,386 | $508 |
| MANU 1705 | 7.5 | VAULT TRANSMR #3 | 1981 | $13,320 | $1,998 |
| MANU 1735 | 7.5 | M & E | 2004 | $40,542 | $14,717 |
| MANU 1740 | 24 | PATTERNS | 2004 | $86,047 | $12,907 |
| MANU 1750 | 7.5 | MISC M & E | 2005 | $1,219 | $456 |
| MANU 1755 | 8.5 | AIR HOIST | 2005 | $7,912 | $2,382 |
| MANU 1765 | 7.5 | RADIOGRAPHIC SOURCE | 2005 | $17,629 | $6,593 |
| MANU 1770 | 12 | CORE ROOM CARTS 2 @ 3810 EA | 2005 | $7,620 | $1,143 |
| MANU 1775 | 24 | PATTERNS | 2005 | $29,869 | $4,480 |
| MANU 1780 | 7.5 | FURNACE | 2005 | $2,550 | $954 |
| MANU 1820 | 7.5 | BREAKER REPL | 2006 | $1,269 | $492 |
| MANU 1825 | 6.5 | HEATTREAT OVEN METER | 2006 | $3,181 | $1,514 |
| MANU 1830 | 6.5 | KLEENAIR TIP UP HEATTREAT OVEN | 2006 | $267,373 | $127,270 |
| MANU 1835 | 7.5 | COMPRESSED AIR METER | 2006 | $3,270 | $1,269 |
| MANU 1840 | 7.5 | POWER SUPPLY BREAKER BOX | 2006 | $4,713 | $1,829 |
| MANU 1845 | 7.5 | WELDING SETUP | 2006 | $6,934 | $2,690 |
| MANU 1860 | 7.5 | SCRUBBER FAN REPL | 2005 | $5,915 | $2,295 |
| MANU 1875 | 7.5 | BREAKER REPL | 2006 | $3,317 | $1,287 |
| MANU 1880 | 7.5 | SPERICAL VALVE REPL | 2006 | $7,830 | $3,038 |
| MANU 1885 | 7.5 | LADLE PLUG | 2006 | $1,249 | $485 |
| MANU 1890 | 7.5 | LADLE BOTTOM POUR | 2006 | $26,032 | $10,100 |
| MANU 1895 | 8.5 | AIR HIOIST & BUCKET | 2006 | $2,330 | $736 |
| MANU 1900 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,368 | $1,696 |
| MANU 1905 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,368 | $1,696 |
| MANU 1910 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,368 | $1,696 |
| MANU 1915 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,368 | $1,696 |
| MANU 1920 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,362 | $1,694 |
| MANU 1925 | 8.5 | AIR HOIST & BUCKET | 2006 | $5,362 | $1,694 |
| MANU 1930 | 8.5 | ARC AIR BOOTH | 2006 | $23,920 | $7,559 |
| MANU 1945 | 8.5 | JIB CRAND FREE STANDING | 2006 | $3,215 | $1,016 |
| MANU 1950 | 8.5 | JIB CRANE WITH HOIST | 2006 | $3,215 | $1,016 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.050

10505 5/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

| THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING. |
| --- |

## – Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
| --- | --- | --- | --- | --- | --- |
| MANU 1955 | 8.5 | JIB CRANE WITH HOIST | 2006 | $3,215 | $1,016 |
| MANU 1965 | 8.5 | JIB CRANE WITH HOIST | 2006 | $2,435 | $769 |
| MANU 1980 | 8.5 | TWO TON CHAIN HOIST | 2006 | $2,285 | $722 |
| MANU 1985 | 8.5 | TWO TON FLOOR CRANE | 2006 | $7,311 | $2,310 |
| MANU 1990 | 8.5 | MAGNETIC LIFTER | 2006 | $1,486 | $470 |
| MANU 2015 | 12 | WELDER MILLER | 2006 | $8,363 | $1,254 |
| MANU 2020 | 12 | WELDER MILLER | 2006 | $8,363 | $1,254 |
| MANU 2025 | 12 | WELDER MILLER | 2006 | $6,183 | $927 |
| MANU 2030 | 12 | WELDER MILLER | 2006 | $6,183 | $927 |
| MANU 2035 | 12 | WELDER MILLER | 2006 | $6,183 | $927 |
| MANU 2040 | 12 | WELDER MILLER | 2006 | $6,183 | $927 |
| MANU. 2045 | 12 | BANDSAW WELLSAW | 2006 | $8,343 | $1,251 |
| MANU 2055 | 12 | EMBOSSING PRESS | 2006 | $2,555 | $383 |
| MANU 2060 | 16 | DUMPSTER | 2006 | $1,120 | $168 |
| MANU 2070 | 12 | STORAGE RACKS | 2006 | $5,030 | $755 |
| MANU 2075 | 16 | SECURITY SYSTEM FOR XRAY | 2006 | $2,030 | $305 |
| MANU 2080 | 16 | GAS HEATER | 2006 | $925 | $139 |
| MANU 2085 | 16 | GAS HEATER | 2006 | $1,200 | $180 |
| MANU 2095 | 16 | EXHAUST FANS | 2006 | $5,216 | $782 |
| MANU 2100 | 16 | GAS HEATER | 2006 | $2,400 | $360 |
| MANU 2105 | 16 | POSITIVE PRESSURE FAN | 2006 | $4,950 | $743 |
| MANU 2110 | 24 | 003-1906 BLOW BAR | 2006 | $3,994 | $599 |
| MANU 2115 | 24 | IMPELLER SHOE | 2006 | $15,661 | $2,349 |
| MANU 2120 | 24 | IMPELLER SHOE | 2006 | $7,596 | $1,139 |
| MANU 2125 | 24 | FEED CONE PATTERN | 2006 | $5,406 | $811 |
| MANU 2130 | 24 | SHOE | 2006 | $3,412 | $512 |
| MANU 2135 | 24 | ANVIL BLOCK | 2006 | $7,129 | $1,069 |
| MANU 2140 | 24 | SHAKEOUT GRID PATTERN | 2006 | $19,289 | $2,893 |
| MANU 2150 | 16 | LIGHTING LONGWALL PROJECT | 2006 | $1,217 | $183 |
| MANU 2155 | 7.5 | FRIARABILITY TESTER | 2007 | $1,829 | $737 |
| MANU 2165 | 7.5 | FURNACE RINGS | 2007 | $4,634 | $1,868 |
| MANU 2170 | 7.5 | POURING LADLES | 2007 | $2,559 | $1,031 |
| MANU 2195 | 7.5 | WARMING OVEN | 2007 | $5,483 | $2,210 |
| MANU 2200 | 7.5 | SCALE DYNALINK 500# | 2007 | $1,325 | $534 |
| MANU 2210 | 7.5 | STEEL PALLETS (50) | 2007 | $10,419 | $4,199 |
| MANU 2215 | 7.5 | MAG TANK | 2007 | $3,309 | $1,334 |
| MANU 2240 | 14 | HOIST W/BUCKET | 2007 | $5,650 | $848 |
| MANU 2245 | 16 | AIR COMPRESSOR IMPROVEMENTS | 2007 | $46,336 | $6,950 |
| MANU 2250 | 7.5 | COMPRESSED AIR METERS | 2007 | $30,368 | $12,238 |
| MANU 2260 | 24 | 339 8115 IMPELLER SHOE MOD | 2007 | $4,761 | $714 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08 050

10535 6/19





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 2265 | 24 | 003 3035 BLOW BAR MOD | 2007 | $3,853 | $578 |
| MANU 2270 | 24 | 397 9314 CORE BOX | 2007 | $1,443 | $216 |
| MANU 2275 | 24 | 337 7115 IMPELLER SHOE MOD | 2007 | $5,510 | $827 |
| MANU 2280 | 24 | 003 1751 LINER MOD 003 1750 | 2007 | $6,573 | $986 |
| MANU 2285 | 24 | WMH 1805 HAMMER MOD | 2007 | $1,000 | $150 |
| MANU 2295 | 24 | 003 1906 BLOW BAR MOD | 2007 | $2,965 | $445 |
| MANU 2305 | 24 | 005 0164 OUTER TABLE LINER COR BOX | 2007 | $2,123 | $318 |
| MANU 2310 | 24 | 003 3605 BLOW BAR | 2007 | $5,519 | $828 |
| MANU 2315 | 24 | 00303623 IMPACT PLATE | 2007 | $3,528 | $529 |
| MANU 2320 | 24 | TABLE LINER | 2007 | $2,488 | $373 |
| MANU 2325 | 24 | 005 9149 BOLT PROTECTOR | 2007 | $2,440 | $366 |
| MANU 2330 | 24 | 005 9109 TABLE LINER | 2007 | $2,488 | $373 |
| MANU 2335 | 24 | A01 0020 TOP TABLE LINER | 2007 | $2,185 | $328 |
| MANU 2340 | 24 | 005 9320 ANVIL BRACKET | 2007 | $3,161 | $474 |
| MANU 2345 | 24 | A01 0040 BLOW BAR | 2007 | $6,512 | $977 |
| MANU 2410 | 14 | PORTABLE DOCK BLDG #128 | 2008 | $9,013 | $1,352 |
| MANU 2420 | 12 | MILLER WELDER W/FEEDER | 2008 | $10,332 | $1,808 |
| MANU 2430 | 7.5 | LATHE MANUAL | 2008 | $19,250 | $8,124 |
| MANU 2435 | 14 | SAFETY STORAGE LOCKERS | 2008 | $1,246 | $187 |
| MANU 2440 | 7.5 | SPECTROMETER | 2008 | $93,582 | $39,492 |
| MANU 2445 | 7.5 | SAND REMOVAL SYSTEM H VAC | 2008 | $38,235 | $16,135 |
| MANU 2450 | 7.5 | HOIST AIR | 2008 | $5,398 | $2,278 |
| MANU 2460 | 8.5 | CRANE SCALE | 2008 | $21,829 | $7,662 |
| MANU 2470 | 7.5 | HOIST 4400# COOPER | 2008 | $12,760 | $5,385 |
| MANU 2480 | 7.5 | COMPRESSED AIR LOOP | 2008 | $17,265 | $7,286 |
| MANU 2490 | 7.5 | CONFINED SPACE MONITORING SYSTEM | 2008 | $2,599 | $1,097 |
| MANU 2495 | 6.5 | KLEENAIR HT OVEN UPGRADE | 2008 | $24,689 | $12,517 |
| MANU 2500 | 24 | FEED DISC PATTERN | 2008 | $4,109 | $616 |
| MANU 2505 | 24 | A01-0030 IMPACT PLATE PATTERN | 2008 | $5,353 | $803 |
| MANU 2510 | 24 | BLOW BAR MOD PATTERN | 2008 | $4,526 | $679 |
| MANU 2520 | 24 | KEEL BLOCK PATTERN | 2008 | $3,450 | $518 |
| MANU 2525 | 24 | ANVIL PATTERN | 2008 | $1,135 | $170 |
| MANU 2530 | 24 | ANVIL BLOCK PATTERN | 2008 | $1,135 | $170 |
| MANU 2540 | 24 | HEATTREAT RACK DIE | 2008 | $2,450 | $368 |
| MANU 2560 | 24 | TOP TABLE LINER PATTERN | 2007 | $2,488 | $373 |
| MANU 2565 | 7.5 | BELT GRINDER | 2008 | $2,751 | $1,161 |
| MANU 2570 | 7.5 | BASKET BLASTER | 2008 | $6,769 | $2,857 |
| MANU 2575 | 7.5 | MPI WAS MACHINE | 2008 | $39,104 | $16,502 |
| MANU 2580 | 7.5 | BELT GRINDER TIMESAVER | 2008 | $6,261 | $2,642 |
| MANU 2585 50.190200 | 7.5 | SLURRY TANKS (2) | 2008 | $16,400 | $6,921 |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08 050

10535 7/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 2590 | 14 | WAX ROOM SHELVES | 2008 | $1,857 | $279 |
| MANU 2595 | 24 | SPRUE DIE | 2008 | $8,042 | $1,206 |
| MANU 2600 | 24 | RISER DIE | 2008 | $4,280 | $642 |
| MANU 2605 | 24 | IMP PADDLE DIE | 2008 | $5,000 | $750 |
| MANU 2610 | 24 | MACHINING TOOLING | 2008 | $1,300 | $195 |
| MANU 2615 | 24 | MACHINING TOOLING | 2008 | $3,200 | $480 |
| MANU 2695 | 6.5 | HEAT TREAT OVEN – FINAL CALIBRATION | 2009 | $5,536 | $2,906 |
| MANU 2700 | 6.5 | BRACKETS – HEAT TREAT OVEN | 2009 | $5,252 | $2,757 |
| MANU 2710 | 7.5 | TINIUS OLSEN UPGRADE | 2009 | $9,115 | $4,029 |
| MANU 2715 | 7.5 | HYBRID FLASKS IMF | 2009 | $3,591 | $1,587 |
| MANU 2720 | 12 | COMPRESSOR ROOM FANS | 2009 | $4,061 | $808 |
| MANU 2755 | 14 | FORKLIFT | 2009 | $14,267 | $2,140 |
| MANU 2770 | 24 | FEED DISC | 2009 | $7,476 | $1,121 |
| MANU 2775 | 24 | BLOW BAR | 2009 | $8,256 | $1,238 |
| MANU 2780 | 24 | BLOW BAR | 2009 | $1,200 | $180 |
| MANU 2835 | 12 | IMF PLATES (30) | 2010 | $74,988 | $16,797 |
| MANU 2840 | 12 | PORTABLE MAG MACHINE | 2010 | $2,605 | $584 |
| MANU 2850 | 12 | CNC MACHINE | 2010 | $115,534 | $25,880 |
| MANU 2855 | 16 | PATTERN SHOP OFFICE ADDITION | 2010 | $4,280 | $642 |
| MANU 2865 | 12 | FREEPORT CHUTE LINER | 2010 | $22,862 | $5,121 |
| MANU 2870 | 12 | FREEPORT CHUTE LINER | 2010 | $25,857 | $5,792 |
| MANU 2875 | 12 | FREEPORT CHUTE LINER | 2010 | $48,131 | $10,781 |
| MANU 2880 | 12 | FREEPORT CHUTE LINER | 2010 | $37,148 | $8,321 |
| MANU 2885 | 12 | 110-1104 | 2010 | $15,842 | $3,549 |
| MANU 2890 | 12 | LOAF LINER | 2010 | $16,388 | $3,671 |
| MANU 2895 | 12 | LOAF LINER | 2010 | $16,388 | $3,671 |
| MANU 2900 | 12 | LOAF LINER | 2010 | $15,510 | $3,474 |
| MANU 2905 | 24 | COMPOSITE WEARSHOE | 2010 | $10,096 | $1,514 |
| MANU 2910 | 24 | DOUBLE HELICOIL SHOE | 2010 | $11,705 | $1,756 |
| MANU 2915 | 12 | LINER REVISIONS | 2010 | $13,372 | $2,995 |
| MANU 2920 | 12 | LINER REVISIONS | 2010 | $11,463 | $2,568 |
| MANU 2925 | 12 | HAMMER | 2010 | $5,300 | $1,187 |
| MANU 2935 | 12 | COMPUTED RADIOGRAPHY PROCESSING SYSTEM | 2011 | $94,000 | $23,594 |
| MANU 2940 | 12 | FARO EDGE ARM W/LASER SCANNER | 2011 | $60,625 | $15,217 |
| MANU 2950 | 7.5 | CONVEYOR | 2011 | $14,571 | $7,344 |
| MANU 2990 | 12 | SCRATCH HARDNESS TESTER MOLDS & CORES | 2011 | $1,682 | $422 |
| MANU 2995 | 7.5 | IMF PLATES (15) | 2011 | $46,095 | $23,232 |
| MANU 3000 | 7.5 | ARC FURNACE POWER UPGRADE | 2011 | $35,024 | $17,652 |
| MANU 3015 | 7.5 | BOTTOM POUR MECHANISM | 2011 | $6,505 | $3,279 |
| MANU 3025 | 7.5 | WIRE STORAGE OVENS (4) | 2011 | $6,537 | $3,295 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08 050

10536 8/19



26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 53 of 142



TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 3030 | 7.5 | BREATHABLE AIR | 2011 | $14,988 | $7,554 |
| MANU 3035 | 7.5 | MATTISON SURFACE GRINDER | 2011 | $46,011 | $23,190 |
| MANU 3040 | 8.5 | HOIST KTH153-0922-11 1T | 2011 | $4,068 | $1,761 |
| MANU 3045 | 8.5 | HOIST KTH154-0922-11 1T | 2011 | $4,068 | $1,761 |
| MANU 3050 | 8.5 | HOIST KTH240-0929-11 1T | 2011 | $4,068 | $1,761 |
| MANU 3055 | 8.5 | HOIST KTH239-0929-11 1T | 2011 | $4,068 | $1,761 |
| MANU 3060 | 12 | YOKOGAWA RECORDER | 2011 | $8,570 | $2,151 |
| MANU 3065 | 12 | MULTIFUNCTION CALIBRATOR DOCUMENTIN | 2011 | $5,270 | $1,323 |
| MANU 3070 | 8.5 | ENVIROTECH WIRING | 2011 | $2,339 | $1,013 |
| MANU 3075 | 8.5 | HOIST KTH231-1027-11 1T | 2011 | $4,079 | $1,766 |
| MANU 3080 | 8.5 | HOIST KTH232-1027-12 1T | 2011 | $4,079 | $1,766 |
| MANU 3085 | 8.5 | HIOST KTH068-1115-11 1T | 2011 | $4,079 | $1,766 |
| MANU 3090 | 8.5 | HOIST-KTH069-1115-11 1T | 2011 | $4,079 | $1,766 |
| MANU 3095 | 8.5 | HOIST KTH106-1121-11 1T | 2011 | $4,083 | $1,768 |
| MANU 3100 | 8.5 | HOIST-KTH107-1121-11 1T | 2011 | $4,083 | $1,768 |
| MANU 3110 | 8.5 | HOIST KTH032-0204-11 2T | 2011 | $5,056 | $2,189 |
| MANU 3115 | 8.5 | HOIST KTH008-0202-11 2T | 2011 | $5,056 | $2,189 |
| MANU 3120 | 8.5 | HOIST KTH099-114-11 2T | 2011 | $5,056 | $2,189 |
| MANU 3125 | 8.5 | ROTARY ROOF VENTILATORS | 2011 | $11,700 | $5,066 |
| MANU 3130 | 8.5 | GROUND LEAD DETECTOR KIT | 2011 | $8,885 | $3,847 |
| MANU 3135 | 12 | SPECTOGRAPH | 2011 | $63,448 | $15,925 |
| MANU 3140 | 12 | SCALE | 2011 | $1,211 | $304 |
| MANU 3150 | 7.5 | POWER UPGRADE ADEC CELL | 2011 | $10,339 | $5,211 |
| MANU 3200 | 12 | 109-3002 TRANSFER CHUTE LINER D | 2011 | $13,941 | $3,499 |
| MANU 3205 | 12 | 110-0001 SKIRT BOARD LINER | 2011 | $6,445 | $1,618 |
| MANU 3210 | 12 | 109-3006 CHUTE LINER | 2011 | $9,072 | $2,277 |
| MANU 3215 | 12 | 109-3004 LINER F | 2011 | $12,409 | $3,115 |
| MANU 3220 | 12 | 109-3007 WEAR PLATE | 2011 | $4,390 | $1,102 |
| MANU 3225 | 12 | AD1-0022FE FEED DISK | 2011 | $12,145 | $3,048 |
| MANU 3230 | 12 | 110-0002FE LINER L7 | 2011 | $4,316 | $1,083 |
| MANU 3235 | 12 | 110-0002FE LINER 8 | 2011 | $4,316 | $1,083 |
| MANU 3240 | 12 | 110-0004FE LINER L9 | 2011 | $4,316 | $1,083 |
| MANU 3245 | 12 | 110-0004FE LINER L10 | 2011 | $3,146 | $790 |
| MANU 3250 | 12 | 108-007201 CERAMIC TEST PLATE | 2011 | $2,341 | $588 |
| MANU 3255 | 12 | 108-007271 CERAMIC TEST PLATE | 2011 | $2,341 | $588 |
| MANU 3260 | 12 | 170-200125 BLOW BAR | 2011 | $2,937 | $737 |
| MANU 3265 | 12 | 111-001FE BALLISTIC PLATE | 2011 | $3,512 | $882 |
| MANU 3280 | 12 | A01-006600 SIDE LINGER (@ TRAVIS) | 2011 | $2,250 | $565 |
| MANU 3285 | 12 | A01-006700 SIDE LINER (@ TRAVIS) | 2011 | $2,378 | $597 |
| MANU 3290 | 24 | 005-0101FE IMPELLER SHOE | 2011 | $10,242 | $1,536 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08.050

10535 9/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4767

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

| THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING. |
|---|

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 3295 | 24 | 005-0116FE 4 BOLT SHOE | 2011 | $1,317 | $198 |
| MANU 3305 | 12 | KING BRINNELL TESTER | 2012 | $4,070 | $1,127 |
| MANU 3310 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3315 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3320 | 7.5 | IMF PLATES (30) | 2012 | $92,184 | $48,858 |
| MANU 3340 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3345 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3355 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3360 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3365 | 16 | DIMENSIONAL LAB CART | 2012 | $1,935 | $290 |
| MANU 3380 | 8.5 | BRIDGE CRANE CORE ROOM | 2012 | $8,570 | $3,942 |
| MANU 3385 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3390 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3395 | 7.5 | HAND HELD TEM GUN | 2012 | $1,995 | $1,057 |
| MANU 3400 | 7.5 | EMI BOTTOM BOARDS (50) | 2012 | $9,540 | $5,056 |
| MANU 3405 | 7.5 | CORE ROOM CONVEYOR SYSTEM | 2012 | $3,504 | $1,857 |
| MANU 3410 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3415 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3420 | 7.5 | GREENLEE CONDUIT BENDER | 2012 | $5,500 | $2,915 |
| MANU 3425 | 8.5 | BRIDGE CRANE TROLLEY | 2012 | $1,401 | $644 |
| MANU 3430 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3435 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3440 | 12 | ULTRASONIC FLAW DETECTOR | 2012 | $8,041 | $2,227 |
| MANU 3445 | 8.5 | BLDG#2A SHIPPING HOIST W/INSTALLATION | 2012 | $7,086 | $3,260 |
| MANU 3450 | 8.5 | BLDG#2A SHIPPING HOIST W/INSTALLATION | 2012 | $5,748 | $2,644 |
| MANU 3455 | 7.5 | CORE ROOM SAND MIXER | 2012 | $27,662 | $14,661 |
| MANU 3460 | 16 | KOMATSU USED | 2012 | $14,662 | $2,199 |
| MANU 3465 | 16 | KOMATSU USED | 2012 | $14,662 | $2,199 |
| MANU 3470 | 16 | KOMATSU USED | 2012 | $16,662 | $2,499 |
| MANU 3475 | 16 | KOMATSU USED | 2012 | $17,495 | $2,624 |
| MANU 3480 | 6.5 | HYDROGEN BAKE HEATTREAT OVEN | 2012 | $23,745 | $14,484 |
| MANU 3485 | 7.5 | VERTICAL MILLING MACHINE | 2012 | $15,215 | $8,064 |
| MANU 3490 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3495 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3500 | 7.5 | PNEUMATIC VIBRATOR | 2012 | $1,684 | $893 |
| MANU 3505 | 12 | STORAGE RACKS BLDG #2A | 2012 | $26,436 | $7,323 |
| MANU 3510 | 8.5 | HOIST | 2012 | $4,136 | $1,903 |
| MANU 3515 | 8.5 | HOIST | 2012 | $4,136 | $1,903 |
| MANU 3525 | 18 | PALLETS (18) FOR HYDROGEN BAKE | 2012 | $7,994 | $1,199 |
| MANU 3530 | 12 | MAGNETIC PARTICLE TESTER | 2012 | $52,123 | $14,438 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.050

10535 10/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property  (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

| THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING. |
|---|

## – Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 3535 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3540 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3545 | 14 | EZ GO KART | 2012 | $4,450 | $917 |
| MANU 3550 | 7.5 | BLDG #2A DOCK PLATES | 2012 | $6,288 | $3,333 |
| MANU 3555 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3560 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3565 | 12 | PORTABLE PATTERN RACKS | 2012 | $1,587 | $440 |
| MANU 3570 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3580 | 8.5 | HOIST | 2012 | $4,079 | $1,876 |
| MANU 3585 | 7.5 | BULK FLAMAL TANK | 2012 | $29,013 | $15,377 |
| MANU 3595 | 18 | DIETERT SPLITTER – LAB | 1981 | $253 | $38 |
| MANU 3605 | 24 | SPOUT DIE | 2012 | $3,800 | $570 |
| MANU 3610 | 24 | 109-3007 12 CAVITY WEAR PLATE | 2012 | $10,681 | $1,602 |
| MANU 3615 | 24 | 005-0613FET IMPELLER SHOE | 2012 | $31,239 | $4,686 |
| MANU 3620 | 24 | 109-3009FET FEED CHUTE LINER | 2012 | $17,742 | $2,661 |
| MANU 3625 | 24 | 109-3008FET LOWER CHUTE LINER | 2012 | $22,602 | $3,390 |
| MANU 3630 | 12 | MILLING HEAD | 2013 | $3,109 | $964 |
| MANU 3635 | 24 | 109-3012FET 7X18X1.5 LINER | 2012 | $8,400 | $1,260 |
| MANU 3640 | 24 | 108-019992 GENERIC DUMP BOX | 2012 | $7,040 | $1,056 |
| MANU 3645 | 24 | 110-0006FET BAR | 2012 | $8,320 | $1,248 |
| MANU 3650 | 24 | 003-4849FET BLOW BAR | 2012 | $4,800 | $720 |
| MANU 3655 | 24 | 003-3500FET HAMMER | 2012 | $14,400 | $2,160 |
| MANU 3660 | 24 | 003-4848FET BLOW BAR | 2012 | $6,400 | $960 |
| MANU 3665 | 24 | 003-3035FET BLOW BAR | 2012 | $7,520 | $1,128 |
| MANU 3670 | 24 | 109-3012FET LINER MOD | 2012 | $4,720 | $708 |
| MANU 3675 | 24 | 109-3014FET FEED CHUTE LINER | 2012 | $21,175 | $3,176 |
| MANU 3680 | 16 | RAIN GUTTERS BLDG #1&4 | 2012 | $5,100 | $765 |
| MANU 3685 | 16 | HEATER UNIT BLDG 1 | 2012 | $4,330 | $650 |
| MANU 3690 | 16 | SERVER ROOM AIR CONDITIONER | 2012 | $6,450 | $968 |
| MANU 3695 | 12 | PLATEFORM SCALE/TERMINAL | 2012 | $3,290 | $911 |
| MANU 3705 | 7.5 | ELECTRICAL DUST COLLECTION | 2012 | $18,836 | $9,983 |
| MANU 3710 | 7.5 | DUST COLLECTION & VENTILATION | 2012 | $163,359 | $86,580 |
| MANU 3715 | 7.5 | KALAMAZOO CHOP SAW | 2012 | $13,030 | $6,906 |
| MANU 3720 | 16 | SHELL ROOM FANS | 2012 | $4,388 | $658 |
| MANU 3725 | 16 | WAX ROOM AC UNIT/DUCTING | 2012 | $8,950 | $1,343 |
| MANU 3730 | 16 | ABOVE LAB OFFICE HEATING/AC UNIT | 2012 | $7,395 | $1,109 |
| MANU 3735 | 16 | HEATING UNIT BLDG #2 SHOP AREA | 2012 | $3,560 | $534 |
| MANU 3740 | 16 | ROOFTOP HEATING/AC UNIT W/DUCTWORK | 2012 | $25,890 | $3,884 |
| MANU 3745 | 16 | ROOFTOP HEATING UNIT/DUCTWORK | 2012 | $6,995 | $1,049 |
| MANU 3850 | 16 | COMPRESSOR | 2009 | $73,318 | $10,998 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.050

10636 11/19

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 56 of 142





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 3855 | 16 | COMPRESSOR | 2009 | $73,318 | $10,998 |
| MANU 3870 | 8.5 | ELECTRONIC DIGITAL CRANE SCALE | 2013 | $8,649 | $4,281 |
| MANU 3880 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 3885 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 3895 | 7.5 | SPREADER BEAM | 2013 | $1,957 | $1,104 |
| MANU 3900 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 3905 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 3925 | 8.5 | HOIST | 2013 | $5,081 | $2,515 |
| MANU 3930 | 8.5 | HOIST | 2013 | $2,952 | $1,461 |
| MANU 3935 | 8.5 | TEMPERATURE PROBE | 2013 | $2,008 | $994 |
| MANU 3940 | 12 | WELDER SET UP | 2013 | $2,480 | $769 |
| MANU 3945 | 8.5 | HOIST | 2013 | $2,980 | $1,475 |
| MANU 3955 | 8.5 | HOIST | 2013 | $5,053 | $2,501 |
| MANU 3960 | 7.5 | SIMPSON MULLER MULL ALL | 2013 | $17,649 | $9,954 |
| MANU 3965 | 16 | USED KOMATSU FORKLIFT | 2013 | $16,900 | $2,958 |
| MANU 3970 | 12 | DIMENSION 1000 WELDER | 2013 | $7,993 | $2,478 |
| MANU 3975 | 7.5 | QUENCH WATER FILTRATION SYSTEM | 2013 | $41,921 | $23,643 |
| MANU 3980 | 8.5 | LADLE AREA JIB CRANE | 2013 | $4,429 | $2,192 |
| MANU 3990 | 8.5 | HOIST | 2013 | $2,952 | $1,461 |
| MANU 3995 | 8.5 | HOIST | 2013 | $5,081 | $2,515 |
| MANU 4000 | 7.5 | BULL TEAPOT LADLE 12000LB CAPACITY | 2013 | $33,606 | $18,954 |
| MANU 4005 | 16 | AIR COMPRESSOR–BLDG 4 | 2013 | $162,858 | $28,500 |
| MANU 4010 | 7.5 | MSO OLXD CONTINUOUS MIXER | 2013 | $68,394 | $38,574 |
| MANU 4015 | 12 | RACKING BLDG 2A | 2013 | $12,963 | $4,019 |
| MANU 4020 | 8.5 | HOIST | 2013 | $5,081 | $2,515 |
| MANU 4025 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 4030 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 4035 | 12 | MAGNET SAVAGE LOADER | 2013 | $4,182 | $1,296 |
| MANU 4045 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| MANU 4050 | 7.5 | SUPERSACK RACK | 2013 | $3,951 | $2,228 |
| MANU 4055 | 16 | A/C UNIT–LAB | 2013 | $5,795 | $1,014 |
| MANU 4060 | 16 | FOX SWING GRINDER | 2013 | $3,563 | $624 |
| MANU 4070 | 7.5 | CHOP SAW INSTALLATION | 2013 | $2,786 | $1,571 |
| MANU 4075 | 12 | LINCOLN TIG 375 WELDER | 2013 | $5,729 | $1,776 |
| MANU 4080 | 7.5 | WELD BOOTH POWER | 2013 | $3,226 | $1,819 |
| MANU 4085 | 7.5 | WAX PLATTENS | 2013 | $6,150 | $3,469 |
| MANU 4090 | 16 | FANS–FINISHING AREA | 2013 | $1,439 | $252 |
| MANU 4095 | 7.5 | KWIKMARK MARKING SYSTEM | 2013 | $7,911 | $4,462 |
| MANU 4100 | 7.5 | FINISHING CUSTOM HOODS | 2013 | $9,474 | $5,343 |
| MANU 4105 | 8.5 | HOIST | 2013 | $4,079 | $2,019 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.060

10935 12/19





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

## – Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 4180 | 24 | PATTERNS 109-3013FET | 2013 | $24,290 | $3,644 |
| MANU 4185 | 24 | PATTERNS 109-4006FET | 2013 | $26,620 | $3,993 |
| MANU 4190 | 24 | PATTERNS 109-4004FET | 2013 | $26,620 | $3,993 |
| MANU 4195 | 24 | PATTERNS-109-4005FET | 2013 | $24,840 | $3,726 |
| MANU 4200 | 24 | PATTERN-109-4007FET | 2013 | $25,938 | $3,891 |
| MANU 4205 | 24 | PATTERN 109-4001FET | 2013 | $25,938 | $3,891 |
| MANU 4215 | 24 | PATTERN 109-4002FET | 2013 | $24,198 | $3,630 |
| MANU 4225 | 24 | PATTERN 109-4003FET | 2013 | $23,780 | $3,567 |
| MANU 4230 | 24 | PATTERN 109-4008FET | 2013 | $24,198 | $3,630 |
| MANU 4235 | 24 | PATTERN 109-4009FET | 2013 | $23,780 | $3,567 |
| MANU 4240 | 24 | PATTERN 109-3011FET | 2013 | $5,600 | $840 |
| MANU 4245 | 24 | PATTERN 109-4000FET | 2013 | $18,174 | $2,726 |
| MANU 4255 | 24 | PATTERN 00S-0647 FEED DISC | 2013 | $5,280 | $792 |
| MANU 4260 | 24 | PATTERN 109-3010FET | 2013 | $4,560 | $684 |
| MANU 4265 | 24 | PATTERN 109 3016FET | 2013 | $3,440 | $516 |
| MANU 4270 | 24 | PATTERN 109-3017FET | 2013 | $4,040 | $606 |
| MANU 4275 | 24 | SPRUE DIE PATTERN | 2013 | $3,403 | $510 |
| MANU 4280 | 12 | POURING LADLE W/GEAR ASSEMBLY | 2014 | $6,933 | $2,413 |
| MANU 4285 | 12 | ADJ HGT WELDING TABLES (3) | 2014 | $2,518 | $876 |
| MANU 4290 | 12 | MILLER WELDER, DIM 652 | 2014 | $4,279 | $1,489 |
| MANU 4295 | 8.5 | SHIPPING HOIST- 1T ELEC | 2014 | $9,013 | $4,813 |
| MANU 4300 | 12 | MILLER WELDER DIM 652 | 2014 | $4,397 | $1,530 |
| MANU 4305 | 12 | ELECTRODE LIFT PLUG | 2014 | $2,537 | $883 |
| MANU 4310 | 12 | POWER HAMMER | 2014 | $55,396 | $19,278 |
| MANU 4315 | 12 | MAGNETIC SAND SEPARATOR | 2014 | $6,809 | $2,370 |
| MANU 4320 | 8.5 | 1 TON JIB CRANE | 2014 | $6,995 | $3,735 |
| MANU 4325 | 12 | IMF PLATES (9) | 2014 | $34,530 | $12,016 |
| MANU 4340 | 12 | MILLER WELDER DIM 652 | 2014 | $4,397 | $1,530 |
| MANU 4345 | 12 | MILLER WELDER DIM 1000 | 2014 | $8,576 | $2,984 |
| MANU 4350 | 12 | MILLER WELDER DIM 1000 | 2014 | $8,576 | $2,984 |
| MANU 4355 | 12 | STEEL PARTS TOTES (20) | 2014 | $13,100 | $4,559 |
| MANU 4360 | 8.5 | HOIST INSTALL | 2014 | $2,643 | $1,411 |
| MANU 4365 | 8.5 | STEEL FLASKS- 30X36 (24) | 2014 | $48,840 | $26,081 |
| MANU 4370 | 12 | MILLER WELDER DIM 652 | 2014 | $4,397 | $1,530 |
| MANU 4385 | 16 | SOUTH END CUTTING AREA LIGHTS | 2014 | $3,875 | $810 |
| MANU 4390 | 12 | HEAT TREAT BASKETS | 2014 | $2,587 | $900 |
| MANU 4395 | 12 | SHOP PRESS | 2014 | $5,749 | $2,001 |
| MANU 4400 | 8.5 | THREADING DEVICE | 2014 | $9,044 | $4,830 |
| MANU 4405 | 8.5 | AUTOCLAVE | 2014 | $26,906 | $14,368 |
| MANU 4410 | 8.5 | 650# FURNACE | 2014 | $26,809 | $14,316 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08 050

10595 13/19





**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

| THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING. |
|---|

### – Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 4420 | 8.5 | 1/2 TON HOIST | 2014 | $3,303 | $1,764 |
| MANU 4425 | 8.5 | BRIDGE CRANE DUCTWORK | 2014 | $9,000 | $4,806 |
| MANU 4430 | 12 | MAINTENANCE CART | 2014 | $3,805 | $1,324 |
| MANU 4435 | 8.5 | 1/2 TON HOIST | 2014 | $3,303 | $1,764 |
| MANU 4440 | 16 | BURR KING BELT GRINDER | 2014 | $4,032 | $843 |
| MANU 4445 | 12 | WAREHOUSE PALLET RACKING | 2014 | $6,071 | $2,113 |
| MANU 4450 | 12 | MESH BASKETS | 2014 | $13,350 | $4,646 |
| MANU 4455 | 8.5 | 65' SPAN CRANE – 2T | 2014 | $36,900 | $19,731 |
| MANU 4460 | 16 | USED KOMATSU FORKLIFT | 2014 | $9,800 | $2,048 |
| MANU 4480 | 16 | SERVER ROOM A/C UNIT | 2014 | $6,294 | $1,315 |
| MANU 4510 | 24 | PATTERNS/EQUIPMENT | 2014 | $22,980 | $3,447 |
| MANU 4520 | 8.5 | 13V INCOMING ELECTRICAL UPGRADE | 2015 | $119,748 | $69,095 |
| MANU 4525 | 8.5 | BOTTOM POUR 10,000# LADLE | 2015 | $3,642 | $2,101 |
| MANU 4530 | 8.5 | BOTTOM POUR 3,000# LADLE/TEAPOT | 2015 | $4,246 | $2,450 |
| MANU 4535 | 8.5 | ELECTRODE LIFT PLUG | 2015 | $3,963 | $2,287 |
| MANU 4540 | 12 | IMF PLATES (9) | 2015 | $31,379 | $12,269 |
| MANU 4545 | 12 | KING BRINELL TESTER | 2015 | $4,293 | $1,679 |
| MANU 4620 | 24 | 109-3021FET | 2015 | $7,720 | $1,158 |
| MANU 4625 | 24 | 109-3023FET | 2015 | $5,120 | $768 |
| MANU 4630 | 24 | 005-9311FET | 2015 | $6,920 | $1,038 |
| MANU 4635 | 24 | 005-6311FET | 2015 | $6,720 | $1,008 |
| MANU 4640 | 24 | 005-9155FET | 2015 | $5,680 | $852 |
| MANU 4645 | 24 | 109-3024FET | 2015 | $4,040 | $606 |
| MANU 4650 | 24 | 109-3022FET | 2015 | $5,280 | $792 |
| MANU 4655 | 24 | 109 3025FET | 2015 | $3,320 | $498 |
| MANU 4660 | 24 | 109-3027FET | 2015 | $4,960 | $744 |
| MANU 4665 | 24 | 109-3027FET | 2015 | $4,960 | $744 |
| MANU 4670 | 24 | 005-3311 | 2015 | $8,160 | $1,224 |
| MANU 4675 | 24 | 003-1752FET | 2015 | $7,440 | $1,116 |
| MANU 4680 | 24 | 003-4554 | 2015 | $7,760 | $1,164 |
| MANU 4685 | 24 | 003-4544 | 2015 | $8,640 | $1,296 |
| MANU 4690 | 24 | A01-0042 | 2015 | $6,340 | $951 |
| MANU 4695 | 24 | 003-1907 | 2015 | $11,400 | $1,710 |
| MANU 4700 | 24 | 003-1352 | 2015 | $6,440 | $966 |
| MANU 4705 | 24 | 109-3020FET | 2015 | $3,680 | $552 |
| MANU 4710 | 24 | 003-4554 | 2015 | $7,760 | $1,164 |
| MANU 4720 | 24 | 003-1760 | 2015 | $2,720 | $408 |
| MANU 4725 | 24 | 003-1715 | 2015 | $10,360 | $1,554 |
| MANU 4730 | 24 | A01-0032 | 2015 | $3,120 | $468 |
| MANU 4735 | 24 | 003-1716 | 2015 | $10,020 | $1,503 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84 08 060

10535 14/19





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 4740 | 24 | 003-1919 | 2015 | $4,040 | $606 |
| MANU 4745 | 24 | 005-9535 | 2015 | $4,060 | $609 |
| MANU 4750 | 24 | 005-9522 | 2015 | $6,880 | $1,032 |
| MANU 4755 | 24 | 003-1795 | 2015 | $4,240 | $636 |
| MANU 4765 | 24 | 003-4637 | 2015 | $7,580 | $1,137 |
| MANU 4770 | 8.5 | CR404 OVEN–POWDER COAT | 2016 | $11,175 | $7,040 |
| MANU 4780 | 12 | ME998 FURNACE RACK | 2016 | $3,620 | $1,607 |
| MANU 4790 | 12 | NE0102 IMF PLATES | 2016 | $28,603 | $12,700 |
| MANU 4800 | 16 | F404 CATERPILLAR FORKLIFT–2012 | 2016 | $10,000 | $2,920 |
| MANU 4810 | 16 | F405 CATERPILLAR FORKLIFT–2012 | 2016 | $10,000 | $2,920 |
| MANU 4820 | 16 | F406 CATERPILLAR FORKLIFT–2012 | 2016 | $10,000 | $2,920 |
| MANU 4830 | 16 | F408 CATERPILLAR FORKLIFT–2012 | 2016 | $10,000 | $2,920 |
| MANU 4840 | 16 | F410 CATERPILLAR FORKLIFT–2012 | 2016 | $10,000 | $2,920 |
| MANU 4880 | 24 | 003-4619 HAMMER | 2016 | $8,000 | $1,200 |
| MANU 4890 | 24 | 003-4927 BLOW BAR | 2016 | $11,680 | $1,752 |
| MANU 4900 | 24 | 003-3001 BLOW BAR | 2016 | $10,800 | $1,620 |
| MANU 4910 | 24 | 003-3702 BLOW BAR | 2016 | $12,140 | $1,821 |
| MANU 4930 | 24 | 003-1717 BLOW BAR | 2016 | $11,100 | $1,665 |
| MANU 4940 | 24 | 108-0040 PIG METAL POT | 2016 | $9,200 | $1,380 |
| MANU 4950 | 24 | 005-9114 IMPELLER SHOE–IMF | 2016 | $12,320 | $1,848 |
| MANU 4960 | 24 | 005-9450 FEED DISC | 2016 | $12,400 | $1,860 |
| MANU 4970 | 24 | 005-9414 IMPELLER SHOE | 2016 | $14,960 | $2,244 |
| MANU 4980 | 24 | F93-0013 HOUSING UNIT LINER | 2016 | $5,760 | $864 |
| MANU 4990 | 24 | G63 COREBOX | 2016 | $5,360 | $804 |
| MANU 5000 | 24 | 005-9410 ANVIL | 2016 | $21,680 | $3,252 |
| MANU 5010 | 24 | 005-9524 LID LINER | 2016 | $5,920 | $888 |
| MANU 5020 | 24 | 337-7115 IMPELLER SHOE | 2016 | $3,520 | $528 |
| MANU 5030 | 24 | 005-9432 OUTER TABLE LINER | 2016 | $8,320 | $1,248 |
| MANU 5040 | 24 | 005-9430 TOP TABLE LINER | 2016 | $7,760 | $1,164 |
| MANU 5050 | 24 | 005-9713 INNER LID LINER | 2016 | $10,560 | $1,584 |
| MANU 5060 | 24 | 005-9712 INNER MIDDLE LID LINER | 2016 | $7,120 | $1,068 |
| MANU 5070 | 24 | 109-3028 CHUTE LINER | 2016 | $4,020 | $603 |
| MANU 5080 | 24 | 005-9711 OUTER MIDDLE LID LINER | 2016 | $8,600 | $1,290 |
| MANU 5090 | 24 | 005-7340 TUB LINER | 2016 | $7,680 | $1,152 |
| MANU 5100 | 12 | PORTABLE SCALE 30K | 2017 | $10,150 | $5,055 |
| MANU 5110 | 7.5 | POWER HAMMER MDL255 | 2017 | $32,821 | $24,353 |
| MANU 5120 | 12 | COBALT PROJECTOR SENTRY 110 | 2017 | $55,939 | $27,858 |
| MANU 5200 | 24 | 003 3036 BLOW BAR | 2017 | $12,100 | $1,827 |
| MANU 5210 | 24 | 337 8114 SHOE | 2017 | $8,000 | $1,208 |
| MANU 5220 | 24 | 337 7121 SHOE BRACKET | 2017 | $8,640 | $1,305 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.050

10535 16/19



**TOM KONIS**
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
## ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 5230 | 24 | 003 4220 BLOW BAR | 2017 | $8,920 | $1,347 |
| MANU 5240 | 24 | 1120 035 WEAR BUTTON | 2017 | $7,760 | $1,172 |
| MANU 5250 | 24 | 003 3035 | 2017 | $4,360 | $658 |
| MANU 5260 | 24 | 005 8111FE SHOE | 2017 | $4,440 | $670 |
| MANU 5270 | 24 | 337 6310 ANVIL | 2017 | $8,480 | $1,280 |
| MANU 5280 | 24 | 009 9830 TABLE LINER | 2017 | $2,760 | $417 |
| MANU 5290 | 24 | 005 0116 SHOE | 2017 | $5,920 | $894 |
| MANU 5340 | 16 | KOMATSU FORKLIFT | 2014 | $15,900 | $3,323 |
| MANU 5360 | 7.5 | 250W FURNACE POWER UNIT | 2018 | $92,691 | $72,762 |
| MANU 5370 | 16 | PYROMETER | 2018 | $2,995 | $1,198 |
| MANU 5380 | 12 | SS HOLDING RESERVOIR-FURNACES | 2018 | $2,589 | $1,432 |
| MANU 5390 | 8.5 | BOILER | 2018 | $51,925 | $37,749 |
| MANU 5470 | 12 | SPILL CONTAINMENT CONTAINERS (6) | 2018 | $6,896 | $3,813 |
| MANU 5480 | 12 | LIMEBINS (9) | 2018 | $16,194 | $8,955 |
| MANU 5490 | 16 | USED SKIDSTEER | 2018 | $35,725 | $14,290 |
| MANU 5500 | 12 | STEEL FLASKS (24) | 2018 | $49,970 | $27,633 |
| MANU 5510 | 12 | KOMATSU FLOOR MOLD FLASK | 2018 | $5,814 | $3,215 |
| MANU 5520 | 8.5 | SLAG TUB-FURNACE #3 PIT | 2018 | $2,763 | $2,009 |
| MANU 5530 | 8.5- | AUTOCLOSER LASE LIGHT CURTAIN | 2018 | $3,428 | $2,492 |
| MANU 5540 | 12 | HANDHELD ALLOY ANALYSER | 2018 | $15,235 | $8,425 |
| MANU 5550 | 16 | SWING FRAME GRINDER | 2018 | $45,300 | $18,120 |
| MANU 5560 | 24 | 005-9173 OUTER TABLE LINER | 2018 | $3,280 | $649 |
| MANU 5570 | 24 | 003-3930 IMPACT PLATE | 2018 | $3,680 | $729 |
| MANU 5580 | 24 | 003-4615 BLOW BAR | 2018 | $4,280 | $847 |
| MANU 5590 | 24 | 337-8317 ANVIL BLOCK | 2018 | $3,280 | $649 |
| MANU 5600 | 24 | 005-0112HS SHOE | 2018 | $4,200 | $832 |
| MANU 5610 | 24 | 875-3950 BLOW BAR | 2018 | $4,750 | $941 |
| MANU 5620 | 24 | 003-1301 BLOW BAR | 2018 | $5,680 | $1,125 |
| MANU 5630 | 24 | 337-6120 SHOE BRACKET | 2018 | $8,400 | $1,663 |
| MANU 5640 | 24 | 337-9125 MACHINED SHOE BRACKET | 2018 | $3,800 | $752 |
| MANU 5650 | 7.5 | FOUNDRY EQUIPMENT (LEASE COMPLETED) | 2013 | $49,668 | $28,013 |
| MANU 5790 | 12 | LASER LINE PROBE | 2019 | $20,893 | $12,787 |
| MANU 5800 | 24 | 005-9173 ANVIL | 2019 | $4,080 | $1,036 |
| MANU 5810 | 24 | 005-0104 IMPELLER SHOE | 2019 | $2,720 | $691 |
| MANU 5820 | 24 | 113-0001 TURTLE | 2019 | $4,880 | $1,240 |
| MANU 5830 | 24 | 005-2717 SHOE | 2019 | $6,640 | $1,687 |
| MANU 5840 | 24 | 005-9169 EDGE LINER | 2019 | $2,560 | $650 |
| MANU 5850 | 24 | 005-7340AH TUB LINER | 2019 | $3,930 | $998 |
| MANU 5860 | 24 | 337-5320 ANVIL BRACKET | 2019 | $3,440 | $874 |
| MANU 5870 | 7.5 | COMPLETE BOILER INSTALLATION | 2019 | $49,349 | $40,713 |
| 50.190200 | | | | | |

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUD-T BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.050





TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
## ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 5880 | 16 | WATER SOFTENER FOR BOILER | 2019 | $2,995 | $1,387 |
| MANU 5890 | 12 | PEEN STAMPING MACHINE/SOFTWARE | 2019 | $7,572 | $4,634 |
| MANU 5900 | 7.5 | PNEUMATIC GATES–BAG HOUSE | 2019 | $5,414 | $4,467 |
| MANU 5910 | 12 | CORE MACH BUSHINGS REPL | 2020 | $5,705 | $3,897 |
| MANU 5920 | 12 | ETS AUTOMATION INC, POURING LINE | 2020 | $4,725 | $3,227 |
| MANU 5930 | 12 | 005-9114 | 2020 | $7,520 | $5,136 |
| MANU 5940 | 16 | KOMATSU FORKLIFT | 2020 | $18,500 | $10,009 |
| MANU 5950 | 18 | 0050319 4 CAVITY IMF MOLD | 2020 | $5,840 | $2,803 |
| MANU 5960 | 12 | 1740009 | 2020 | $6,400 | $4,371 |
| MANU 5970 | 12 | 005-9311 | 2020 | $7,680 | $5,245 |
| MANU 5990 | 16 | MOTOR, EDERER BRIDGE CRANE 15 HP | 2020 | $5,099 | $2,759 |
| MANU 6000 | 12 | 5RPX6 LIFELINE (GRAINGER) | 2020 | $2,528 | $1,727 |
| MANU 6010 | 12 | 005-0319 VAULTED ANVIL | 2020 | $4,800 | $3,278 |
| MANU 6020 | 12 | 005-9311 ANVIL | 2020 | $6,640 | $4,535 |
| MANU 6030 | 18 | 3378114 18 CAVITY IMF MOLD | 2020 | $10,880 | $5,222 |
| MANU 6040 | 12 | HAMMER AND SEAL KIT | 2020 | $8,175 | $5,584 |
| MANU 6050 | 12 | 5RPX6 LIFELINE (GRAINGER) | 2020 | $2,528 | $1,727 |
| MANU 6060 | 12 | 003-3551 LIST GRINDING | 2020 | $3,040 | $2,076 |
| MANU 6070 | 12 | 005-9311 ANVIL | 2020 | $4,480 | $3,060 |
| MANU 6080 | 12 | 3378317 ANVIL BLOCK | 2020 | $3,200 | $2,186 |
| MANU 6090 | 12 | 003-3500 HAMMER | 2020 | $2,880 | $1,967 |
| MANU 6190 | 7.5 | 003-4940 IMPACT PLATE | 2021 | $3,200 | $2,883 |
| MANU 6200 | 7.5 | 109-3019 EDGE LINER | 2021 | $6,400 | $5,766 |
| MANU 6210 | 7.5 | 109-3053 LINER-XXS3 | 2021 | $5,200 | $4,685 |
| MANU 6220 | 7.5 | 109-3054 LINER XX–54 | 2021 | $2,800 | $2,523 |
| MANU 6230 | 7.5 | 113-0007 BASE | 2021 | $10,400 | $9,370 |
| MANU 6240 | 7.5 | 003-3550 STROKE PLATE | 2021 | $4,800 | $4,325 |
| MANU 6250 | 7.5 | 337-8114 SHOE, EMI | 2021 | $3,560 | $3,208 |
| MANU 6260 | 7.5 | 108-0038 CLAMP, FLASK | 2021 | $3,040 | $2,739 |
| MANU 6270 | 7.5 | 337-7115 IMPELLER SHOE, EMI | 2021 | $4,480 | $4,036 |
| MANU 6280 | 7.5 | 005-9113 IMPELLER SHOE | 2021 | $6,400 | $5,766 |
| MANU 6290 | 16 | FINISHING EVAPORATIVE COOLER | 2021 | $3,139 | $1,924 |
| MANU 6300 | 7.5 | 005-0315 ONE WAY ANVIL | 2021 | $6,800 | $6,127 |
| MANU 6310 | 14 | DIDION | 2022 | $80,724 | $56,991 |
| MANU 6320 | 7.5 | COBALT SOURCE | 2022 | $43,315 | $38,031 |
| MANU 6330 | 12 | XMT-350 CC/CB WELDER MILLER | 2022 | $6,189 | $4,679 |
| MANU 6340 | 7.5 | 005-0113 SHOE, CERAMIC | 2022 | $10,120 | $8,885 |
| MANU 6350 | 7.5 | 005-0319 ANVIL, VAULTED SINGLE | 2022 | $3,440 | $3,020 |
| MANU 6360 | 7.5 | 003-1751 BAR, BLOW | 2022 | $3,040 | $2,669 |
| MANU 6370 | 7.5 | 005-2717HS SHOE, IMPELLER CERAMIC | 2022 | $2,560 | $2,248 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.060

10535  17/19






TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MANU 6380 | 7.5 | 0050612MLDS01 SHOE, IMPELLER IMF HALF 6-CAR | 2022 | $2,560 | $2,248 |
| MANU 6390 | 7.5 | 337-8143H DISC, FEED | 2022 | $3,600 | $3,161 |
| MANU 6400 | 7.5 | 003-4852 BAR, BLOW 2-SLOT | 2022 | $3,920 | $3,442 |
| MEFT 0030 | 14 | 1984 & PRIOR F & F (LESS SALES TAX) | 1984 | $6,579 | $987 |
| MEFT 0240 | N | FIBER OPTICS TO SHOP | 1996 | $4,728 | $236 |
| MEFT 0245 | 24 | LIGHTING MACHINE SHOP | 1980 | $1,258 | $189 |
| MEFT 0250 | 16 | AIR CONDITIONER | 1993 | $5,299 | $795 |
| MEFT 0305 | 14 | FURNITURE & FIXTURES | 1994 | $628 | $94 |
| MEFT 0315 | 14 | OFFICE TRACOUSTICS | 1978 | $8,729 | $1,309 |
| MEFT 0325 | 14 | 9 LUNCHROOM TABLES | 2003 | $4,145 | $622 |
| MEFT 0335 | 14 | SCIZZOR LIFT | 2005 | $9,440 | $1,416 |
| MEFT 0340 | 14 | WORKSTATIONS | 2005 | $3,257 | $489 |
| MEFT 0345 | C | COMPUTER & HOUSING | 2006 | $26,133 | $523 |
| MEFT 0350 | 30 | FIBER OPTICS TO PLANT | 2006 | $2,781 | $417 |
| MEFT 0370 | C | FIBER OPTICS TO SPC | 2007 | $2,795 | $56 |
| MEFT 0420 | 14 | LOBBY FURNITURE | 2008 | $1,300 | $195 |
| MEFT 0535 | 19 | PLASMA TV SAMSUNG 50" TD | 2011 | $1,295 | $194 |
| MEFT 0540 | 14 | IT FURNITURE | 2011 | $4,912 | $894 |
| MEFT 0545 | 16 | PORTABLE OFFICE | 2011 | $10,457 | $1,569 |
| MEFT 0550 | 19 | CONFERENCE ROOM TV/ACCESSORIES | 2011 | $1,574 | $236 |
| MEFT 0560 | 14 | OFFICE FURNITURE FOR PORTABLE OFFICE | 2011 | $3,229 | $588 |
| MEFT 0630 | 30 | FIBER OPTICS SERVER | 2012 | $3,575 | $536 |
| MEFT 0635 | 16 | SERVER ROOM ELECTRICAL | 2012 | $9,141 | $1,371 |
| MEFT 0655 | 30 | FIBER OPTICS TO SPC SERVER | 2012 | $3,536 | $530 |
| MEFT 0680 | N | ZEBRA ZM400DT/TT ENET | 2012 | $1,394 | $70 |
| MEFT 0715 | 14 | TRAINING TABLE/CHARS | 2012 | $7,344 | $1,513 |
| MEFT 0720 | 14 | PR OFFICE FURNITURE | 2012 | $1,417 | $292 |
| MEFT 0770 | 14 | BLDG 2A CONFERENCE ROOM FURNITURE | 2012 | $10,613 | $2,186 |
| MEFT 0775 | 14 | BLDG 2A CONFERENCE ROOM AV SYSTEM | 2012 | $9,556 | $1,969 |
| MEFT 0820 | 14 | BLDG#2A KITCHEN APPLIANCES | 2012 | $1,596 | $329 |
| MEFT 0825 | 24 | TRAINING ROOM VIDEO EQUIPMENT | 2012 | $1,722 | $258 |
| MEFT 0830 | 14 | LOBBY TV/ACCESSORIES | 2012 | $1,400 | $288 |
| MEFT 0835 | 14 | LOBBY CHAIRS | 2012 | $1,290 | $266 |
| MEFT 0840 | 14 | LOBBY TABLES | 2012 | $2,693 | $555 |
| MEFT 0845 | 14 | BLDG #2A OFFICE FURNITURE | 2012 | $18,324 | $3,775 |
| MEFT 0850 | 24 | ZEBRA ZM400 PRINTER | 2012 | $2,944 | $442 |
| MEFT 0860 | 14 | BICYCLE RACKS | 2012 | $1,838 | $379 |
| MEFT 0865 | 14 | PRODUCTION OFFICE FURNITURE | 2012 | $1,958 | $403 |
| MEFT 0870 | 16 | WELDING AREA LIGHTS | 2013 | $9,113 | $1,595 |
| MEFT 0885 | 30 | PATTERN SHOP ALARM SYSTEM | 2013 | $2,089 | $313 |

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.08.060

10535 18/19 



TOM KONIS
Spokane County Assessor
1116 W Broadway Ave
Spokane, Washington 99260
Personal Property (509) 477-4787

# PERSONAL PROPERTY
# ASSESSMENT NOTICE

THIS IS NOT A TAX STATEMENT BUT A COPY OF YOUR PERSONAL PROPERTY ASSESSMENT FOR YOUR RECORDS

This assessed value affects your 2026 taxes. If you believe this total assessed value does not represent true and fair market value, please contact the Spokane County Assessor's Office. You may petition the Spokane County Board of Equalization by July 1st or 30 days from the date of this notice, whichever is later.

**THE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

– Assessed Value for 2026 tax year –

| Asset or Line No. | Schedule | Description | Purch Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| MEFT 0890 | 24 | AED UNITS (4) | 2013 | $6,016 | $902 |
| MEFT 0895 | 30 | SECURITY CAMERA SYSTEM | 2013 | $18,977 | $2,847 |
| MEFT 0900 | 14 | SAND BLAST CABINET | 2013 | $1,756 | $413 |
| MEFT 3340 | 14 | OFFICE FURNITURE | 2013 | $943 | $222 |
| MEFT 3350 | 16 | EMERGENCY LIGHTING | 2013 | $4,600 | $805 |
| MEFT 3380 | 24 | EVACUATION ALARM/PAGING SYSTEM | 2013 | $1,493 | $224 |
| MEFT 3530 | N | ENGINEERING OFFICE NETWORK STORAGE UPGRADE | 2014 | $8,032 | $402 |
| MEFT 3540 | N | SSF SERVER ROOM NETWORK STORAGE UPGRADE | 2014 | $5,308 | $265 |
| MEFT 3550 | 24 | EVACUATION SIREN | 2014 | $5,561 | $834 |
| MEFT 3580 | 16 | NETWORK SERVER ROOM –SPC | 2014 | $12,476 | $2,607 |
| MEFT 3590 | 16 | NETWORK SERVER ROOM–SSF | 2014 | $11,602 | $2,425 |
| MEFT 3600 | 24 | SPC PAGING SYSTEM | 2014 | $1,723 | $258 |
| MEFT 3630 | C | CISCO SWITCH OPTICS | 2015 | $5,720 | $223 |
| MEFT 3640 | C | CISCO 3650 SWITCH 48 PORT W/ STACKING MODULE (6 @ 5803) | 2015 | $34,818 | $1,358 |
| MEFT 3650 | C | CISCO 3650 SWITCH 48 PORT (3 @ 5110) | 2015 | $15,330 | $598 |
| MEFT 3655 | C | CISCO 3650 SWITCH 24 PORT | 2015 | $3,585 | $140 |
| MEFT 3660 | C | NEXUS 3172 SWITCH | 2015 | $12,735 | $497 |
| MEFT 3670 | C | NEXUS 3172 SWITCH | 2015 | $12,735 | $497 |
| MEFT 3680 | 16 | FURNACE–OFFICE | 2016 | $3,534 | $1,032 |
| MEFT 3690 | 16 | HOT WATER HEATING SYSTEM | 2016 | $15,483 | $4,521 |
| MEFT 3700 | 16 | AIR CONDITIONER 6000 BTU | 2017 | $2,375 | $815 |
| MEFT 3710 | N | POWEREDGE R640 SERVER | 2017 | $9,627 | $943 |
| MEFT 3720 | N | POWEREDGE R640 SERVER | 2017 | $9,300 | $911 |
| MEFT 3730 | N | POWEREDGE R40 SERVER | 2017 | $9,300 | $911 |
| MEFT 3740 | C | POWERVAULT TL2000 TAPE LIBRARY | 2017 | $11,840 | $935 |
| MEFT 3750 | N | POWEREDGE R640 SERVER | 2017 | $6,218 | $609 |
| MEFT 3760 | N | POWEREDGE R740 SERVER | 2017 | $8,537 | $837 |
| MEFT 3770 | 14 | ICESTATION RACK LUNCHROOM NETWORK CAB | 2017 | $5,946 | $2,462 |
| MEFT 3780 | 30 | FIBER OPTICS TO LUNCH ROOM | 2018 | $5,777 | $867 |
| MEFT 3790 | 30 | FIBER OPTICS TO IMF/SAND LAB/MOLD OFFICE | 2018 | $5,323 | $798 |
| MEFT 3800 | N | SERVER ROOM BACKUP POWER | 2018 | $4,688 | $624 |
| MEFT 3810 | C | STORAGE ARRAY | 2018 | $33,716 | $3,709 |
| MEFT 3820 | 30 | STOCK CORE PRINT CABINET | 2019 | $3,040 | $471 |
| MEFT 3830 | N | CISCO SWITCH–LUNCHROOM | 2021 | $5,077 | $1,726 |
| SUPP 0010 | 00 | SUPPLIES | 2022 | $118,235 | $118,235 |

(End of Report)

50.190200

PERSONAL PROPERTY LISTINGS AND ACCOUNT INFORMATION ARE SUBJECT TO AUDIT BY THE WASHINGTON DEPARTMENT OF REVENUE
RCW 84.04.050

10535 19/19



**Fill in this information to identify the case:**

Debtor name    **Spokane Industries, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1    CNC Associates, Inc.**
Creditor's Name

**2900 Challenger Place
Oxnard, CA 93030**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Haas Vertical Machining Center, Model VF-8/40
Haas Vertical Machining Center, VF-2YT
Haas Rotary Table, Model HRT210**

Describe the lien
**UCC or Equipment Lease - See Schedule G**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$53,289.90 | $0.00

**2.2    Dell Financial Services**
Creditor's Name
**Mail stp-PS2DF-23, One Dell Way
Round Rock, TX 78682**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Equipment described in Master Lease Agreement**

Describe the lien
**UCC or Equipment Lease - See Schedule G**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$29,056.81 | $0.00

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 65 of 142

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Joy Global** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

Creditor's Name

**Notice Only**

**PO Box 507**
**Morningside QLD, AU 4170**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Joy Global/Komatsu** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

Creditor's Name

**Notice Only**

**5410 W Loop 281**
**Longview, TX 75603**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Marlin Leasing** | Describe debtor's property that is subject to a lien | **$110,432.25** | **$0.00** |

Creditor's Name

**3D Printer**

**PO Box 13604**
**Philadelphia, PA**
**19101-3604**

Creditor's mailing address

**Describe the lien**
**UCC or Equipment Lease - See Schedule G**

**dbattista@peacsolutions.c**
**om**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
�■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Pathward National Association** | **Describe debtor's property that is subject to a lien** | **$3,596,176.42** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5480 Corporate Drive, Suite 350**
**Spokane, WA 99216**
Creditor's mailing address

**Personal Property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Patrick Turner** | **Describe debtor's property that is subject to a lien** | **$3,119,269.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**19809 E Twin Bridges Lane**
**Spokane Valley, WA 99016**
Creditor's mailing address

**Personal Property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Rogers Machinery Company, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**14650 SW 72nd Ave
Portland, OR 97224**

Creditor's mailing address

**Notice Only**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Spokane Stainless Technologies Inc.** | Describe debtor's property that is subject to a lien | $4,623,978.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**3808 N Sullivan Rd., Bldg. 4
Spokane Valley, WA 99216**

Creditor's mailing address

**Personal Property**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**ap@spokanestainless.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,532,202.38 |
| --- | --- | --- |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Fill in this information to identify the case:

Debtor name **Spokane Industries, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**3D SYSTEMS**
**333 Three D Circle**
**Rock Hill, SC 29730**

Date(s) debt was incurred  _7/29/2024_

Last 4 digits of account number  _3490_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Services_

Is the claim subject to offset? ■ No ☐ Yes

**$6,499.38**

---

**3.2** | Nonpriority creditor's name and mailing address
**A DO GOOD CLEANING**
**10620 W 12th Ave, Apt. 239**
**Spokane, WA 99224**

Date(s) debt was incurred  _12/1/2025_

Last 4 digits of account
number  _Spokane Industries LLC_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Services_

Is the claim subject to offset? ■ No ☐ Yes

**$5,082.60**

---

**3.3** | Nonpriority creditor's name and mailing address
**A DRUG FREE ALLIANCE INC**
**10905 E Montgomery #4**
**Spokane, WA 99206**

Date(s) debt was incurred  _7/31/2024_

Last 4 digits of account
number  _Spokane Industries LLC_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Services_

Is the claim subject to offset? ■ No ☐ Yes

**$2,650.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**A-L COMPRESSED GASES INC**
**110 W 7th #1400**
**Tulsa, OK 74119**

Date(s) debt was incurred  _5/20/2025_

Last 4 digits of account number  _6175,7210,7210_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _Material_

Is the claim subject to offset? ■ No ☐ Yes

**$161,780.94**

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64,765.00 |
|---|---|---|---|

**ADANAC PATTERN SHOP LTD**
**14-1850 Kinsway Ave**
**Port Coquitlam, BC V3C 1S6**
**CANADA**

Date(s) debt was incurred  **8/6/2024**

Last 4 digits of account
number **Spokane Industries LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**ADVANCED TECHNICAL PRODUCTS**
   **SUPPLY CO, INC**
**6186 Centre Park Dr**
**West Chester, OH 45069**

Date(s) debt was incurred  **5/15/2024**

Last 4 digits of account
number **Spokane Industries LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,325.97 |
|---|---|---|---|

**AIRGAS USA LLC**
**PO Box 102289**
**Pasadena, CA 91189-2289**

Date(s) debt was incurred  **11/10/2025**

Last 4 digits of account number  **6175,7210,7210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52,918.00 |
|---|---|---|---|

**ALEXANDER TURNER**
**3808 N. Sullivan Rd. Building 1**
**Spokane Valley, WA 99216**

Date(s) debt was incurred  **August 2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $943.09 |
|---|---|---|---|

**ALL WESTERN INDUSTRIAL SUPPLY**
**18225 East Euclid Rd**
**Spokane, WA 99216**

Date(s) debt was incurred  **9/30/2025**

Last 4 digits of account
number  **Spokane Industries LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68,015.98 |
|---|---|---|---|

**AMERICAN MFG SOLUTIONS**
**6021 E Mansfield Ave #500**
**Spokane Valley, WA 99212**

Date(s) debt was incurred  **8/13/2024**

Last 4 digits of account number  **6060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,038.65 |
|---|---|---|---|

**AMERICAN ON-SITE SERVICES LLC**
**3808 N Sullivan Rd, Bldg 107**
**Spokane Valley, WA 99216**

Date(s) debt was incurred  **7/25/2025**

Last 4 digits of account number  **4213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**AMERICAN RECYCLING CORP**
**6203 E Mission Ave**
**Spokane Valley, WA 99212**

Date(s) debt was incurred **12/1/2025**

Last 4 digits of account number **1402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$19,302.00**

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**ARAMARK REFRESHMENT**
**1097 Andover Park E**
**Tukwila, WA 98188**

Date(s) debt was incurred **2/3/2025**

Last 4 digits of account number **8365**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,585.82**

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**AVALARA INC**
**Dept CH 16781**
**Palatine, IL 60055**

Date(s) debt was incurred **4/6/2025**

Last 4 digits of account number **3299**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,748.02**

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**AVISTA UTILITIES**
**PO Box 3727 MCS 34**
**Spokane, WA 99220**

Date(s) debt was incurred **9/3/2024**

Last 4 digits of account number **0000;0000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,571,399.49**

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**BARNHART**
**PO Box 2153, Dept. 1906**
**Birmingham, AL 35287**

Date(s) debt was incurred **9/12/2024**

Last 4 digits of account number **3354**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$9,284.99**

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**BATTERY SYSTEMS INC**
**PO Box 735568**
**Dallas, TX 75373**

Date(s) debt was incurred **8/16/2023**

Last 4 digits of account number **2554**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$2,094.08**

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**BECHERINI SCALE**
**317 E Sprague Ave**
**Spokane, WA 99202**

Date(s) debt was incurred **9/26/2023**

Last 4 digits of account number **OK09**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,797.87**

---

26-00116-FPC11     Doc 1     Filed 01/23/26     Entered 01/23/26 12:29:24     Pg 71 of 142

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,621.32** |
|------|------|------|------|

**BIG SKY INDUSTRIAL SERVICES**
PO Box 585
Colbert, WA 99005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/17/2025

**Basis for the claim:**  Services

Last 4 digits of account
number  Spokane Industries LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179,174.01** |
|------|------|------|------|

**BOBS METALS INC**
9000 N Interstate Ave
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/2025

**Basis for the claim:**  Material

Last 4 digits of account
number  Spokane Industries LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,613.32** |
|------|------|------|------|

**BUCHANAN AUTOMATION INC**
PO Box 1249
Snohomish, WA 98291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/9/2023

**Basis for the claim:**  Material

Last 4 digits of account number  1508

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,357.26** |
|------|------|------|------|

**CANON FINACIAL SERVICES**
14904 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2025

**Basis for the claim:**  Services

Last 4 digits of account number  4171

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,164.35** |
|------|------|------|------|

**CARRIER CORPORATION**
PO Box 93844
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2023

**Basis for the claim:**  Material

Last 4 digits of account number  5831

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,808.84** |
|------|------|------|------|

**CASCADE COLUMBIA DISTR**
6900 Fox Ave S
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/18/2023

**Basis for the claim:**  Services

Last 4 digits of account number  1758

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.30** |
|------|------|------|------|

**CASCADE FRICTION MATERIALS**
314 E Puyallup Ave
Tacoma, WA 98421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/6/2024

**Basis for the claim:**  Material

Last 4 digits of account number  869

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,643.78 |

**CDW COMPUTER CENTERS INC**
200 N Milwaukee Ave
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/3/2024__

Basis for the claim: __Services__

Last 4 digits of account number __3408__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.36 |

**CENTURYLINK**
PO Box 91155
Seattle, WA 98111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/17/2025__

Basis for the claim: __Services__

Last 4 digits of account number __0639__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,282.80 |

**CERAM TECH**
4875 E La Palma Ave #609
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2/2025__

Basis for the claim: __Material__

Last 4 digits of account number __0440__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.00 |

**CHAVEZ CALIBRATIONS INTL INC**
2770 Arapahoe Rd #132-191
Lafayette, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/13/2024__

Basis for the claim: __Material__

Last 4 digits of account
number __Spokane Industries LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,558.10 |

**CHICAGO FLAME HARDENING CO**
5200 Railroad Ave
East Chicago, IN 46312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/19/2025__

Basis for the claim: __Services__

Last 4 digits of account
number __Spokane Industries LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,751.08 |

**CHRYSLER CAPITAL**
PO Box 961275
Fort Worth, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/28/2024__

Basis for the claim: __Services__

Last 4 digits of account number __4916__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,667.48 |

**CLEARWATER SPRINGS**
10356 N Taryne St
Hayden, ID 83835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/29/2024__

Basis for the claim: __Material__

Last 4 digits of account number __4275,4192__

Is the claim subject to offset? ■ No ☐ Yes

---

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 73 of 142

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,593.38 |

**CM ROUTING LLC**
2137 Roosevelt Ave
Racine, WI 53406

Date(s) debt was incurred __7/29/2025__

Last 4 digits of account number __4799__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,677.92 |

**CNC Associates, Inc**
PO Box 51160
Los Angeles, CA 90074-1160

Date(s) debt was incurred __3/3/2025__

Last 4 digits of account number __2222__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.22 |

**CO-ENERGY**
PO Box 15361
Spokane Valley, WA 99216

Date(s) debt was incurred __1/2/2025__

Last 4 digits of account number __1807__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |

**COFFMAN ENGINEERS INC**
10 N Post St #500
Spokane, WA 99201

Date(s) debt was incurred __12/12/2025__

Last 4 digits of account number __3726__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,197.06 |

**COLUMBIA ELECTRIC SUPPLY**
PO Box 888855
Los Angeles, CA 90088

Date(s) debt was incurred __9/5/2025__

Last 4 digits of account number __0415__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,271.47 |

**COMCAST**
PO Box 8587
Philadelphia, PA 19101

Date(s) debt was incurred __11/15/2025__

Last 4 digits of account number __3206__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115.00 |

**CONCENTRA MEDICAL CENTERS**
PO Box 4300
Rancho Cucamonga, CA 91729

Date(s) debt was incurred __7/11/2024__

Last 4 digits of account number __3668__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.55 |
|---|---|---|---|

**CRANETECH INC**
4213 Technology Dr
Modesto, CA 95356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/19/2024**

Basis for the claim:  **Material**

Last 4 digits of account number  **4721**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,855.82 |
|---|---|---|---|

**CUTTING EDGE SUPPLY**
234 East O St
Colton, CA 92324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2025**

Basis for the claim:  **Material**

Last 4 digits of account number  **7027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.97 |
|---|---|---|---|

**D & D INDUSTRIAL COATINGS**
1640 Racine St
Racine, WI 53403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2025**

Basis for the claim:  **Services**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,022.91 |
|---|---|---|---|

**DAMCO CUSTOMS SERVICES INC**
180 Park Ave
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2025**

Basis for the claim:  **Services**

Last 4 digits of account number  **2703**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,433.80 |
|---|---|---|---|

**DAVIS ALLOYS HOLDCO, INC**
295 E High St
Sharpville, PA 16150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/2025**

Basis for the claim:  **Material**

Last 4 digits of account number  **SPOKANE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,365.77 |
|---|---|---|---|

**DAY WIRELESS SYSTEMS**
PO Box 22169
Milwaukie, OR 97269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2023**

Basis for the claim:  **Services**

Last 4 digits of account number  **8572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,056.81 |
|---|---|---|---|

**DELL FINANCIAL SERVICES LLC**
PO Box 5292
Carol Stream, IL 60197-8292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2025**

Basis for the claim:  **Material**

Last 4 digits of account number  **9169**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |

**DEPARTMENT OF ECOLOGY**
PO Box 34050
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/2/2024**

Last 4 digits of account
number **Spokane Industries LLC**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,659.00 |

**DEPARTMENT OF HEALTH**
PO Box 1099
Olympia, WA 98507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/13/2024**

Last 4 digits of account
number **Spokane Industries LLC**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,823.92 |

**DEPT OF LABOR AND INDUSTRIES**
901 N Monroe St #100
Spokane, WA 99201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2025**

Last 4 digits of account number **6090**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,646.60 |

**DEPT OF REVENUE-ST OF WA**
PO Box 9034
Olympia, WA 98507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/19/2025**

Last 4 digits of account
number **Spokane Industries LLC**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $983.50 |

**DIAMOND LINE DELIVERY SYS INC**
PO Box 93844
Meridian, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/14/2025**

Last 4 digits of account number **5010**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.59 |

**DIETERT FOUNDRY TESTING EQUIP**
9190 Roselawn Ave
Detroit, MI 48204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2025**

Last 4 digits of account
number **Spokane Industries LLC**

Basis for the claim: **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,170.94 |

**DISTRIBUTION SOLUTION**
460 Mountain Circle
Buckley, WA 97321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/19/2025**

Last 4 digits of account number **384**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 76 of 142

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,510.06 |
|---|---|---|---|

**DIVCO ENERGY CONTROL CO**
PO Box 3245
Spokane, WA 99220

Date(s) debt was incurred  6/1/2024

Last 4 digits of account
number  Spokane Industries LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,921.20 |
|---|---|---|---|

**DORSH & KAHL CO INC**
PO Box 13362
Spokane Valley, WA 99213

Date(s) debt was incurred  2/24/2024

Last 4 digits of account number  2962

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,009.20 |
|---|---|---|---|

**DYNAMIC AIR INC**
1125 Willow Lake Blvd
St Paul, MN 55110

Date(s) debt was incurred  1/9/2025

Last 4 digits of account number  3388

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.75 |
|---|---|---|---|

**ECOLUBE RECOVERY**
PO Box 94421
Seattle, WA 98124

Date(s) debt was incurred  10/30/2025

Last 4 digits of account
number  Spokane Industries LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.01 |
|---|---|---|---|

**EIRICH MACHINES INC**
4033 Ryan Rd
Gurnee, IL 60031

Date(s) debt was incurred  8/21/2023

Last 4 digits of account number  0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,215.80 |
|---|---|---|---|

**ELECTRICAL SERVICE PRODS INC**
110 N Greene St
Spokane, WA 99202

Date(s) debt was incurred  3/20/2025

Last 4 digits of account
number  SPOKANEINDUSTRIES

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.09 |
|---|---|---|---|

**ELITE TRANSPORTATION INC**
PO Box 265
West Salem, OH 44287

Date(s) debt was incurred  8/4/2023

Last 4 digits of account
number  Spokane Industries LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,292.63 |

**ELJAY OIL CO INC**
7815 E Valleyway
Spokane, WA 99212

Date(s) debt was incurred  **11/10/2025**

Last 4 digits of account number  **7914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.31 |

**EMPLOYMENT SCREENING SERVICES**
627 E Sprague Ave #100
Spokane, WA 99202

Date(s) debt was incurred  **10/31/2024**

Last 4 digits of account number  **0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,631.00 |

**EQUIPMENT MANUFACTURERS**
 **INTERNATIONAL INC**
16151 Puritas Ave
Cleveland, OH 44135

Date(s) debt was incurred  **12/30/2025**

Last 4 digits of account number  **2585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,781.10 |

**EXECUTECH**
3808 N Sullivan, Bldg N15 #109
Spokane Valley, WA 99216

Date(s) debt was incurred  **11/9/2025**

Last 4 digits of account number  **97v1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,768.36 |

**EXPRESS EMPLOYMENT PROFESSNLS**
PO Box 844277
Los Angeles, CA 90084

Date(s) debt was incurred  **6/18/2025**

Last 4 digits of account number  **0445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,044.50 |

**FARO TECHNOLOGIES INC**
PO Box 116908
Atlanta, GA 30368

Date(s) debt was incurred  **3/28/2024**

Last 4 digits of account number  **1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,522.90 |

**FARWEST STEEL CORP**
PO Box 889
Eugene, OR 97440

Date(s) debt was incurred  **8/27/2025**

Last 4 digits of account number  **5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 78 of 142

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,183.31 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**FASTENAL**
3808 N Sullivan, Bldg 100; Ste A
Spokane Valley, WA 99216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/20/2025**

**Basis for the claim:  Material**

Last 4 digits of account number  **0081**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $858.74 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**FEDEX FREIGHT**
Dept CH PO Box 10306
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **7075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,461.01 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**FERRELLGAS**
PO Box 173940
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/2025**

**Basis for the claim:  Material**

Last 4 digits of account number  **2259**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**FINITE SOLUTIONS INC**
2931 Hamilton New London Rd
Hamilton, OH 45013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2025**

**Basis for the claim:  Services**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**FIRST CHOICE NDE, INC**
16503 NE 250th St
Battle Ground, WA 98604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/2025**

**Basis for the claim:  Services**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**FORREST TECHNICAL COATINGS**
PO Box 22110
Eugene, OR 97402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/2024**

**Basis for the claim:  Services**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,291.38 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**FREEMAN MFG & SUPPLY CO**
PO Box 72523
Cleveland, OH 44192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/2025**

**Basis for the claim:  Material**

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**GEOCORP INC**<br>**9010 River Rd**<br>**Huron, OH 44839**<br><br>Date(s) debt was incurred __10/18/2024__<br><br>Last 4 digits of account number __0158__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$313.24** |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**GLOBAL EQUIPMENT CO**<br>**29833 Network Pl**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __3/21/2024__<br><br>Last 4 digits of account<br>number __Spokane Industries LLC__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$161.71** |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**GOLF CARS ETC**<br>**14902 E Sprague Ave**<br>**Spokane Valley, WA 99216**<br><br>Date(s) debt was incurred __1/25/2023__<br><br>Last 4 digits of account number __7893__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,070.61** |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**H & E EQUIPMENT SERVICES INC**<br>**PO Box 849850**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred __8/15/2023__<br><br>Last 4 digits of account number __9212__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,632.47** |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**H&H BUSINESS SYSTEMS INC**<br>**PO Box 846**<br>**Veradale, WA 99037**<br><br>Date(s) debt was incurred __6/2/2025__<br><br>Last 4 digits of account number __I937__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,777.03** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**H&O CYLINDRICAL PRECISION**<br>**45 Bathurst Dr**<br>**Waterloo, Ontario N2V 1N2**<br>**CANADA**<br><br>Date(s) debt was incurred __10/25/2023__<br><br>Last 4 digits of account<br>number __Spokane Industries LLC__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,287.33** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**HARBISON-WALKER INTERNATIONAL**<br>**24074 Network Pl**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __12/19/2023__<br><br>Last 4 digits of account number __7597__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,501.21** |

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 80 of 142

Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.82**

Nonpriority creditor's name and mailing address
**IAN TURNER**
**3808 N. Sullivan Rd. Building 1**
**Spokane Valley, WA 99216**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83**

Nonpriority creditor's name and mailing address
**IGI RESOURCES INC**
**1290 W Myrtle St #400**
**Boise, ID 83702**

Date(s) debt was incurred  **8/2/2024**

Last 4 digits of account number  **6217**

As of the petition filing date, the claim is: Check all that apply.          $110,612.39
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84**

Nonpriority creditor's name and mailing address
**IIA LAB SERVICES**
**3500 Lenox Rd NE #1050**
**Atlanta, GA 30326**

Date(s) debt was incurred  **7/11/2025**

Last 4 digits of account number  **0788**

As of the petition filing date, the claim is: Check all that apply.          $7,029.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85**

Nonpriority creditor's name and mailing address
**INCAST**
**1 Paragon Dr #110**
**Montvale, NJ 07645**

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number  **3860**

As of the petition filing date, the claim is: Check all that apply.          $3,453.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86**

Nonpriority creditor's name and mailing address
**INDUSTRIAL REPAIR SERVICE**
**2650 Business Dr**
**Cumming, GA 30028**

Date(s) debt was incurred  **1/31/2025**

Last 4 digits of account
number  **Spokane Industries LLC**

As of the petition filing date, the claim is: Check all that apply.          $7,142.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87**

Nonpriority creditor's name and mailing address
**INDUSTRIAL SCIENTIFIC**
**PO Box 645449**
**Pittsburgh, PA 15264**

Date(s) debt was incurred  **2/21/2024**

Last 4 digits of account number  **4480**

As of the petition filing date, the claim is: Check all that apply.          $1,349.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88**

Nonpriority creditor's name and mailing address
**INGERSOLL RAND CO**
**15768 Collections Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred  **8/14/2023**

Last 4 digits of account number  **0722**

As of the petition filing date, the claim is: Check all that apply.          $9,586.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,430.00 |
|---|---|---|---|

**INLAND EMPIRE DISTRIB SYSTEMS**
3808 M Sullivan Rd, Bldg 32
Spokane Valley, WA 99216

Date(s) debt was incurred __1/3/2024__

Last 4 digits of account number __O010__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**INLAND EMPIRE DISTRIB SYSTEMS**
3808 N Sullivan Rd, Bldg 2S
Spokane Valley, WA 99216

Date(s) debt was incurred __1/22/2024__

Last 4 digits of account number __3362__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,817.26 |
|---|---|---|---|

**INLAND NW METALLURGICAL SERV**
16203 E Marietta
Spokane, WA 99216

Date(s) debt was incurred __12/15/2025__

Last 4 digits of account number __1256__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,470.53 |
|---|---|---|---|

**JOHNSON CONTROLS SECURITY**
PO Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred __7/22/2024__

Last 4 digits of account number __2553__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,595.00 |
|---|---|---|---|

**JUSTUS BAG CO INC**
11205 E Trent Ave
Spokane, WA 99206

Date(s) debt was incurred __1/9/2025__

Last 4 digits of account number __9098__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,282.02 |
|---|---|---|---|

**KLEENAIR PRODUCTS CO INC**
PO Box 1669
Clackamas, OR 97015

Date(s) debt was incurred __10/31/2024__

Last 4 digits of account number __STE1__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.60 |
|---|---|---|---|

**LEAVITT MACHINERY**
PO Box 24782
Seattle, WA 98124

Date(s) debt was incurred __12/8/2025__

Last 4 digits of account number __3128__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 82 of 142

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,561.99 |
|---|---|---|---|

**LEE & HAYES PC**
601 W Riverside Ave #1400
Spokane, WA 99201

Date(s) debt was incurred  **3/31/2025**

Last 4 digits of account number  **S035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,800.00 |
|---|---|---|---|

**Lietzau Patterns Inc.**
8321 Secura Way
Santa Fe Springs, CA 90670

Date(s) debt was incurred  **6/11/2025**

Last 4 digits of account number  **2507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,168.75 |
|---|---|---|---|

**MALLORY SAFETY & SUPPLY**
PO Box 2068
Longview, WA 98632

Date(s) debt was incurred  **8/15/2023**

Last 4 digits of account number  **1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,432.25 |
|---|---|---|---|

**MARLIN LEASING CORP**
PO Box 13604
Philadelphia, PA 19101-3604

Date(s) debt was incurred  **11/13/2024**

Last 4 digits of account number  **4400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**MARTZ, WILLIAM AND CHRISTINE**
5211, N Salida del Sol Dr.
Tucson, AZ 85718

Date(s) debt was incurred  **November 2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,949.02 |
|---|---|---|---|

**MCGUIRE BEARING CO**
947 SE Market St
Portland, OR 97214

Date(s) debt was incurred  **3/21/2025**

Last 4 digits of account number  **9110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,829.90 |
|---|---|---|---|

**MCMASTER-CARR**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred  **7/13/2023**

Last 4 digits of account number  **3100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**MID VALLEY INDUSTRIES, LLC**
1151 DelAnglade St
Kaukauna, WI 54130

Date(s) debt was incurred  9/15/2025

Last 4 digits of account number  2FA1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,128.71 |

**MILLBANK MATERIALS USA LTD**
15540 North Columbia Blvd
Portland, OR 97203

Date(s) debt was incurred  6/25/2024

Last 4 digits of account
number  Spokane Industries LLC

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471,818.00 |

**MILLER AND COMPANY**
9700 W Higgins Rd
Rosemont, IL 60018

Date(s) debt was incurred  10/15/2025

Last 4 digits of account
number  Spokane Industries LLC

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,748.15 |

**MODERN MACHINERY CO INC**
PO Box 16660
Missoula, MT 59808

Date(s) debt was incurred  10/30/2025

Last 4 digits of account number  3899

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.00 |

**MOREHOUSE COWLES LLC**
1050 Cindy Lane
Carpinteria, CA 93013

Date(s) debt was incurred  3/25/2024

Last 4 digits of account number  3924

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653.99 |

**MOTION INDUSTRIES INC**
PO Box 98412
Chicago, IL 60693

Date(s) debt was incurred  6/6/2024

Last 4 digits of account number  5401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,234.26 |

**MP INDUSTRIAL**
4713 S Washington St
Tacoma, WA 98409

Date(s) debt was incurred  7/23/2024

Last 4 digits of account number  O100

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.32 |
|---|---|---|---|

**MPI INC**
165 Smith St
Poughkeepsie, NY 12601

Date(s) debt was incurred  1/15/2024

Last 4 digits of account number  8561

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,647.22 |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO**
PO Box 953635
St Louis, MO 63195

Date(s) debt was incurred  1/17/2023

Last 4 digits of account number  2176

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.95 |
|---|---|---|---|

**MULTIFAB**
3808 N Sullivan Rd, Bldg 6
Spokane Valley, WA 99216

Date(s) debt was incurred  7/23/2024

Last 4 digits of account number  SPOSTE

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.96 |
|---|---|---|---|

**NAPA**
15823 E Sprague Ave
Spokane Valley, WA 99212

Date(s) debt was incurred  9/12/2024

Last 4 digits of account number  458

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,887.66 |
|---|---|---|---|

**NDT SUPPLY.COM INC**
PO Box 7350
Shawnee Mission, KS 66207

Date(s) debt was incurred  3/24/2023

Last 4 digits of account number  96R1

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.84 |
|---|---|---|---|

**NEW PIG CORPORATION**
PO Box 304
Tipton, PA 16684

Date(s) debt was incurred  5/30/2024

Last 4 digits of account number  1226

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,717.07 |
|---|---|---|---|

**NEXTIVA INC**
8800 E Chaparral Rd #300
Scottsdale, AZ 85250

Date(s) debt was incurred  11/1/2025

Last 4 digits of account number  5283

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 85 of 142

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141,421.60 |
|---|---|---|---|

**NORCO INC**
1125 W Amity Rd
Boise, ID 83705

Date(s) debt was incurred **9/5/2023**

Last 4 digits of account number **EHV7,Q507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,439.17 |
|---|---|---|---|

**NORLIFT**
PO Box 11006
Spokane, WA 99211

Date(s) debt was incurred **12/22/2025**

Last 4 digits of account number **6437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**NORTHERN SAFETY CO INC**
PO Box 4250
Utica, NY 13504

Date(s) debt was incurred **11/25/2024**

Last 4 digits of account number **1486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,706.05 |
|---|---|---|---|

**NORTHWEST HANDLING
SYSTEMS INC**
PO Box 749861
Los Angeles, CA 90074

Date(s) debt was incurred **1/31/2024**

Last 4 digits of account number **4201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309,910.51 |
|---|---|---|---|

**NORTHWEST INDUSTRIAL
& FOUNDRY**
10771 N Lombard St
Portland, OR 97203

Date(s) debt was incurred **10/6/2025**

Last 4 digits of account number **6400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,793.79 |
|---|---|---|---|

**NOVATION INC**
2616 N Locust Rd
Spokane, WA 99206

Date(s) debt was incurred **4/1/2024**

Last 4 digits of account number **SPOIND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,997.50 |
|---|---|---|---|

**OCCUPATIONAL HEALTH SOLUTIONS**
101 W Cataldo #100
Spokane, WA 99201

Date(s) debt was incurred **12/11/2025**

Last 4 digits of account
number **Spokane Industries LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649,117.29 |
|---|---|---|---|

**OCL FOUNDRY & ABRASIVE SUPPLY**
PO Box 713274
Chicago, IL 60677-1274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2025

Basis for the claim:  **Material**

Last 4 digits of account number  8753,8754

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,141.56 |
|---|---|---|---|

**OXARC INC**
PO Box 2605
Spokane, WA 99220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2024

Basis for the claim:  **Material**

Last 4 digits of account number  7320

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,989.00 |
|---|---|---|---|

**PALLET PLACE INC, THE**
PO Box 6547
Spokane, WA 99217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/24/2025

Basis for the claim:  **Material**

Last 4 digits of account number  1242

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,996.02 |
|---|---|---|---|

**PAR SYSTEMS INC**
PO Box 1414
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/19/2023

Basis for the claim:  **Services**

Last 4 digits of account number  OIN1

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,217,448.69 |
|---|---|---|---|

**PARK SPE LLC**
3808 N Sullivan, N15 #202
Spokane Valley, WA 99216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/12/2024

Basis for the claim:  **Rent**

Last 4 digits of account number  3780,3778,3779,3781

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.98 |
|---|---|---|---|

**Parker Smith Feek**
PO Box 102833
Pasadena, CA 91189-2833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2025

Basis for the claim:  **Services**

Last 4 digits of account number  ND01

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,838.13 |
|---|---|---|---|

**PATRIOT FIRE PROTECTION INC**
2707 70th Ave
Tacoma, WA 98424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/30/2024

Basis for the claim:  **Services**

Last 4 digits of account number  O100

Is the claim subject to offset? ■ No  ☐ Yes

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 87 of 142

| 3.131 | **Nonpriority creditor's name and mailing address**<br>**PATTERSON FAN CO INC**<br>**1120 Northpoint Blvd**<br>**Blythewood, SC 29016**<br>Date(s) debt was incurred __9/8/2023__<br>Last 4 digits of account<br>number __Spokane Industries LLC__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $307.71 |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address**<br>**PILOT FREIGHT SERVICES**<br>**PO Box 654058**<br>**Dallas, TX 75265**<br>Date(s) debt was incurred __12/12/2025__<br>Last 4 digits of account number __5609__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,336.13 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br>**POWER TRANSMISSION EQUIP**<br>**7797 N First St #327**<br>**Fresno, CA 93720**<br>Date(s) debt was incurred __9/22/2025__<br>Last 4 digits of account number __9163__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,571.15 |
| 3.134 | **Nonpriority creditor's name and mailing address**<br>**POWERHAMMER CO**<br>**PO Box 80275**<br>**Portland, OR 97280**<br>Date(s) debt was incurred __8/1/2024__<br>Last 4 digits of account<br>number __Spokane Industries LLC__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,935.82 |
| 3.135 | **Nonpriority creditor's name and mailing address**<br>**QUADIENT LEASING USA, INC.**<br>**Dept 3682 PO Box 123682**<br>**Dallas, TX 75312**<br>Date(s) debt was incurred __2/1/2023__<br>Last 4 digits of account number __1027__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Services__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,293.04 |
| 3.136 | **Nonpriority creditor's name and mailing address**<br>**RADWELL INTERNATIONAL LLC**<br>**PO Box 419343**<br>**Boston, MA 02241-9343**<br>Date(s) debt was incurred __3/18/2025__<br>Last 4 digits of account number __3876__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,126.10 |
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**RAINBOW ELECTRIC**<br>**809 N Sullivan Rd**<br>**Spokane Valley, WA 99216**<br>Date(s) debt was incurred __11/3/2024__<br>Last 4 digits of account number __1569__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Material__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $313.09 |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,481.03 |
|---|---|---|---|

**RED WING SHOE STORE**
PO Box 844329
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/2024**

Basis for the claim:  **Material**

Last 4 digits of account number  **3602**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,213.35 |
|---|---|---|---|

**RELIANCE STANDARD LIFE INS**
1700 Market St #1200
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2024**

Basis for the claim:  **Services**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,716.14 |
|---|---|---|---|

**REMELT SOURCES INC**
27151 Tungsten Rd
Cleveland, OH 44132-2940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2023**

Basis for the claim:  **Material**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,909.10 |
|---|---|---|---|

**REMET CORPORATION**
210 Commons Rd
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2025**

Basis for the claim:  **Material**

Last 4 digits of account number  **440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,811.25 |
|---|---|---|---|

**ROBERT HALF**
PO Box 743295
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2025**

Basis for the claim:  **Services**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,038.39 |
|---|---|---|---|

**RPM INDUCTION SERVICES LLC**
15137 Brucite Rd
Victorville, CA 92394

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/10/2025**

Basis for the claim:  **Services**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,992.17 |
|---|---|---|---|

**SAIA MOTOR FREIGHT LINE INC**
104 E Woodlawn Ranch Rd
Houma, LA 70363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2025**

Basis for the claim:  **Services**

Last 4 digits of account number  **3876**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,703.30 |
|---|---|---|---|

**SEATTLE HEAT TREATERS**
521 S Holden St
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **568**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,100.80 |
|---|---|---|---|

**SELWAY MACHINE TOOL CO**
29250 Union City Blvd
Union City, CA 94587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2024**

**Basis for the claim:  Material**

Last 4 digits of account
number  **Spokane Industries LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,980.99 |
|---|---|---|---|

**SHERWIN-WILLIAMS COMPANY**
3200 E Trent Ave, Bldg 2S
Spokane, WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14/2025**

**Basis for the claim:  Material**

Last 4 digits of account number  **9292**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,193.55 |
|---|---|---|---|

**SIMPLIFY COMPLIANCE LLC**
PO Box 5094
Brentwood, TN 37024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **6976**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,959.25 |
|---|---|---|---|

**SPOKANE CNTY PUBLIC WORKS**
PO Box 2355
Spokane, WA 99210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **79XX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,408.25 |
|---|---|---|---|

**SPOKANE COUNTY TREASURER**
PO Box 199
Spokane, WA 99210-0199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/30/2024**

**Basis for the claim:  Services**

Last 4 digits of account number  **ode0**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,455.00 |
|---|---|---|---|

**SPOKANE HOUSE OF HOSE**
5520 E Sprague
Spokane, WA 99212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/2024**

**Basis for the claim:  Material**

Last 4 digits of account number  **8612**

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |

**SPOKANE PUMP**
**3626 E Trent**
**Spokane, WA 99202**

Date(s) debt was incurred  **10/3/2024**

Last 4 digits of account number  **5355**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$8,753.31**

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**SPOKANE STAINLESS TECH**
**3808 N Sullivan Rd, Bldg 4**
**Spokane Valley, WA 99220**

Date(s) debt was incurred  **10/15/2024**

Last 4 digits of account
number  **Spokane Industries LLC**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$740.00**

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**STAPLES BUSINESS ADVANTAGE**
**PO Box 105638**
**Atlanta, GA 30348**

Date(s) debt was incurred  **10/25/2023**

Last 4 digits of account number  **8987**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$1,911.15**

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**STEEL FOUNDERS SOCIETY**
**780 MC Ardle DR, Unit G**
**Crystal Lake, IL 60014**

Date(s) debt was incurred  **1/5/2024**

Last 4 digits of account
number  **Spokane Industries LLC**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,008.34**

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**STONER INCORPORATED**
**PO Box 65**
**Quarryville, PA 17566**

Date(s) debt was incurred  **8/23/2023**

Last 4 digits of account number  **0593**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$1,316.77**

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**SUBSEA COATING TECHNOLOGIES**
**PO Box 35535**
**Houston, TX 77235**

Date(s) debt was incurred  **9/25/2024**

Last 4 digits of account
number  **Spokane Industries LLC**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,689.50**

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**SWIFT TOOL CO INC**
**PO Box 1184**
**Kent, WA 98035**

Date(s) debt was incurred  **11/2/2023**

Last 4 digits of account
number  **Spokane Industries LLC**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Material**

Is the claim subject to offset? ■ No ☐ Yes

**$16,720.87**

| | |
|---|---|
| **3.159** | |

**Nonpriority creditor's name and mailing address**
**SYSPRO IMPACT SOFTWARE INC**
**1775 Flight Way #150**
**Tustin, CA 92782**

Date(s) debt was incurred __12/5/2024__

Last 4 digits of account number __K001__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$40,924.08

---

| | |
|---|---|
| **3.160** | |

**Nonpriority creditor's name and mailing address**
**TANNER LLC**
**3300 Triumph Blvd #410**
**Lehi, UT 84043**

Date(s) debt was incurred __9/24/2024__

Last 4 digits of account number __4864__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$78,140.43

---

| | |
|---|---|
| **3.161** | |

**Nonpriority creditor's name and mailing address**
**THE M E WEAVER CO**
**2724 S Hayford Rd**
**Airway Heights, WA 99001**

Date(s) debt was incurred __10/28/2025__

Last 4 digits of account number __Spokane Industries LLC__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

$581.60

---

| | |
|---|---|
| **3.162** | |

**Nonpriority creditor's name and mailing address**
**THE SHANAFELT MFG CO**
**PO Box 7040**
**Canton, OH 44705**

Date(s) debt was incurred __5/28/2025__

Last 4 digits of account number __0200__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

$3,959.44

---

| | |
|---|---|
| **3.163** | |

**Nonpriority creditor's name and mailing address**
**TOMMER EQUIPMENT CO INC**
**PO Box 1150**
**Ephrata, WA 98823**

Date(s) debt was incurred __2/27/2024__

Last 4 digits of account number __Spokane Industries LLC__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Material__

Is the claim subject to offset? ■ No ☐ Yes

$259,113.87

---

| | |
|---|---|
| **3.164** | |

**Nonpriority creditor's name and mailing address**
**TRUK TMS**
**4412 Riverbend Dr**
**Post Falls, ID 83854**

Date(s) debt was incurred __7/11/2025__

Last 4 digits of account number __0334__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$81,829.35

---

| | |
|---|---|
| **3.165** | |

**Nonpriority creditor's name and mailing address**
**ULINE**
**PO Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred __9/9/2024__

Last 4 digits of account number __0556__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

$3,414.38

---

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 92 of 142

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,172.30 |
|---|---|---|---|

**UNIFIRST CORPORATION**
3200 E Trent Ave Bldg 5
Spokane, WA 99202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/6/2025**

Basis for the claim: **Services**

Last 4 digits of account number **6798**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $85,416.07 |
|---|---|---|---|

**UNITED STEELWORKERS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/22/2025**

Basis for the claim: **Services**

Last 4 digits of account number **Spokane Industries LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $493.15 |
|---|---|---|---|

**UPS FREIGHT**
23013 Network Pl
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2025**

Basis for the claim: **Services**

Last 4 digits of account number **1870**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $7,243.24 |
|---|---|---|---|

**VEGA HOME VALUES**
3877 Mason Research Pkwy
Mason, OH 45036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/27/2024**

Basis for the claim: **Material**

Last 4 digits of account number **0018**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $120,004.67 |
|---|---|---|---|

**VEGA INDUSTRIES LTD. USA**
330 Franklin Rd #135-180
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/27/2025**

Basis for the claim: **Material**

Last 4 digits of account number **4991,5040**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $423.98 |
|---|---|---|---|

**VERIZON WIRELESS**
PO Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/12/2025**

Basis for the claim: **Services**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $41,765.89 |
|---|---|---|---|

**VIGILANT**
6825 SW Sandburg St
Tigard, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/13/2024**

Basis for the claim: **Services**

Last 4 digits of account number **SPOSPO**

Is the claim subject to offset? ■ No ☐ Yes

26-00116-FPC11   Doc 1   Filed 01/23/26   Entered 01/23/26 12:29:24   Pg 93 of 142

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,309.68 |
|---|---|---|---|

**WARDEN FLUID DYNAMICS**
PO Box 74007453
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/8/2024

**Basis for the claim:**  Material

Last 4 digits of account number  1800

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504.63 |
|---|---|---|---|

**WASHINGTON EQUIPMENT MANUFACTURING COMPA**
5510 W Thorpe Rd
Spokane, WA 99224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2025

**Basis for the claim:**  Material

Last 4 digits of account number  4470

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,709.84 |
|---|---|---|---|

**WEST COAST WIRE ROPE &   RIGGING**
2900 NW 29th Ave
Portland, OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15/2025

**Basis for the claim:**  Material

Last 4 digits of account number  2629

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,597.08 |
|---|---|---|---|

**WESTECH PRODUCTS INC**
1242 Enterprise Ct
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2025

**Basis for the claim:**  Material

Last 4 digits of account number  SPOK

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.47 |
|---|---|---|---|

**WESTERN STATES EQUIP**
PO Box 38
Boise, ID 83707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2025

**Basis for the claim:**  Material

Last 4 digits of account number  2760

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,771.61 |
|---|---|---|---|

**WHEELABRATOR**
PO Box 73987
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/16/2023

**Basis for the claim:**  Material

Last 4 digits of account number  1222

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.96 |
|---|---|---|---|

**WILCOX-FLEGEL**
95 Panel Way
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/6/2024

**Basis for the claim:**  Services

Last 4 digits of account number  3668

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,957.16** |

**WORLDWIDE EXPRESS**
**PO Box 101903**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2025**

**Basis for the claim:  Services**

Last 4 digits of account number  **1V49**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,501.17** |

**XPO LOGISTICS FREIGHT INC**
**29559 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/2025**

**Basis for the claim:  Services**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 8,322,549.94 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,322,549.94 |

**Fill in this information to identify the case:**

Debtor name    **Spokane Industries, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **HAAS CNC Machines** | |
|     State the term remaining    **48 Months** | **CNC Associates** |
|     List the contract number of any government contract | **PO Box 51160** **Los Angeles, CA 90074** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Dell Computers Contract# 001-6705516-534** | |
|     State the term remaining    **19 Months** | **Dell Financial Services** |
|     List the contract number of any government contract | **PO Box 5292** **Carol Stream, IL 60197** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Dell Computers Contract# 001-6705516-536** | |
|     State the term remaining    **25 Months** | **Dell Financial Services** |
|     List the contract number of any government contract | **PO Box 5292** **Carol Stream, IL 60197** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Dell Computers Contract# 001-6705516-537** | |
|     State the term remaining    **28 Months** | **Dell Financial Services** |
|     List the contract number of any government contract | **PO Box 5292** **Carol Stream, IL 60197** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Dell Computers Contract# 001-6705516-538** | |
| --- | --- | --- | --- |
| | State the term remaining | **30 Months** | **Dell Financial Services** |
| | List the contract number of any government contract | | **PO Box 5292** |
| | | | **Carol Stream, IL 60197** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Dell Computers Contract# 001-6705516-535** | |
| --- | --- | --- | --- |
| | State the term remaining | **31 Months** | **Dell Financial Services** |
| | List the contract number of any government contract | | **PO Box 5292** |
| | | | **Carol Stream, IL 60197** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Dell Computers Contract# 001-6705516-539** | |
| --- | --- | --- | --- |
| | State the term remaining | **34 Months** | **Dell Financial Services** |
| | List the contract number of any government contract | | **PO Box 5292** |
| | | | **Carol Stream, IL 60197** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Titan 3D Printer** | |
| --- | --- | --- | --- |
| | State the term remaining | **24 Months** | **Marlin Leasing/PEAC Solutions** |
| | List the contract number of any government contract | | **PO Box 13604** |
| | | | **Philadelphia, PA 19101** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease** | |
| --- | --- | --- | --- |
| | State the term remaining | **59 months** | **The Park/Crown West Realty** |
| | List the contract number of any government contract | | **3808 N Sullivan, N15 #202** |
| | | | **Spokane Valley, WA 99216** |

Debtor name **Spokane Industries, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Patrick Turner** | **3808 N Sullivan Rd. Bdg 1** **Spokane Valley, WA 99216** | **MARLIN LEASING CORP** | ☐ D _____ ☑ E/F __3.99__ ☐ G _____ |
| 2.2 **Patrick Turner** | **3808 North Sullivan Road, Building** **Spokane Valley, WA 99216** | **Pathward National Association** | ☑ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Patrick Turner** | **3808 North Sullivan Road, Building** **Spokane Valley, WA 99216** | **CNC Associates, Inc.** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name **Spokane Industries, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$957,127.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$20,922,485.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$24,637,736.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 99 of 142

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached** | | **$4,449,120.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Response to SOFA 30** | | **$0.00** | |
| 4.2.   **Pathward National Association**<br>**5480 Corporate Drive, Suite 350**<br>**Spokane, WA 99216** | | **$0.00** | **Pathward funds the Debtor on a revolving line of credit against which Pathward applies the Debtor's receipts on a daily basis, reducing the line and then re-loaning.  Patrick Turner is a guarantor of the Pathward loan.** |
| 4.3.   **Patrick Turner**<br>**3808 North Sullivan Road, Bdg. 1**<br>**Spokane Valley, WA 99216** | **UCC-1 Filing to secure obligation (Schedule D) filed 12-07-25** | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Chrysler Capital**<br>**PO Box 961275**<br>**Fort Worth, TX 76161** | **2022 Dodge Ram 2500** | | **Unknown** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dorsch & Kahl Co, Inc. v. Spokane Industries, LLC**<br>**25-007578** | **Breach of Contract/Collection** | **Spokane District Court**<br>**1100 W Mallon Ave**<br>**Spokane, WA 99260** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Davis Alloys Manufacturing LLC v. Spokane Industries LLC**<br>**2025-03844** | **Breach of Contract/Collection** | **Court of Common Pleas of Mercer County**<br>**PO Box 17913**<br>**Seattle, WA 98127** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **On August 17, 2025 a structural beam in the Debtor's primary manufacturing facility collapsed, shutting down operations for 5 weeks.** | **$450,000** | **08/17/25** | **$1,480,000.00** |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **01/22/26** | **$35,000.00** |
| | **Email or website address**<br>**bskd.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| __Northwest Foundry Worker Pension Trust__ | EIN: __91-0572717__ |

Has the plan been terminated?

■ No

☐ Yes

---

<table><tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr></table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

<table><tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr></table>

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

<table><tr><td>**Part 12:**</td><td>**Details About Environment Information**</td></tr></table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 103 of 142

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Nick Babyak**<br>        **13211 N. Tanner Robert Dr**<br>        **Oro Valley, AZ 85755** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Tanner Accountants & Advisors**<br>**36 S State Street, Suite 600**<br>**Salt Lake City, UT 84111-1400** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Nick Babyek**<br>**3808 N Sullivan Rd, Bdg 1**<br>**Spokane Valley, WA 99216** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Banc of California**<br>**19820 N 7th Ave, Suite100**<br>**Phoenix, AZ 85027** |
| 26d.2.   **Pathward**<br>**5480 Corporate Drive, Suite 350**<br>**Troy, MI 48098** |
| 26d.3.   **Nexseer Capital**<br>**2211 Michelson Dr #1110**<br>**Irvine, CA 92612** |
| 26d.4.   **Equinox Funding**<br>**5950 S Willow Dr. #225**<br>**Greenwood Village, CO 80111** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick Turner | 3808 North Sullivan Road, Building #1<br>Spokane, WA 99216 | Manager and Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lisa Turner | 3808 North Sullivan Road, Building #1<br>Spokane, WA 99216 | Manager and Member | 51% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

26-00116-FPC11    Doc 1    Filed 01/23/26    Entered 01/23/26 12:29:24    Pg 105 of 142

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Northwest Foundry Worker Pension Trust | EIN:    91-0572717 |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2026**

**/s/ Patrick Turner**                                    **Patrick Turner**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**In re Spokane Industries, LLC**
**Attachment to Statement of Financial Affairs #3**

| Name | Address | City | State | Zip | Amount |
|------|---------|------|-------|-----|--------|
| A Do Good | 10620 W 12th Ave Apt 239 | Spokane | WA | 99224 | $ 10,800.00 |
| ADP Taxes | One ADP Blvd | Roseland | NJ | 7068 | $ 479,372.36 |
| ADP Wages | One ADP Blvd | Roseland | NJ | 7069 | $ 1,069,892.52 |
| ADP Payroll Fees | One ADP Blvd | Roseland | NJ | 7070 | $ 9,487.70 |
| Airgas | PO Box 102289 | Pasadena | CA | 91189 | $ 37,215.23 |
| ALLIED MINERALPRODUC | 2700 Scioto Pkwy | Columbus | OH | 43221 | $ 13,721.40 |
| American Express | PO Box 60189 | City Of Industry | CA | 99216 | $ 15,053.00 |
| American Recycling | 6203 E Mission Ave | Spokane Valley | WA | 99212 | $ 53,256.00 |
| Applied Control | 13705 Compark Blvd | Englewood | CO | 80112 | $ 13,376.78 |
| Avista | PO Box 3727 MCS - 34 | Spokane | WA | 99220 | $ 145,435.78 |
| Bobs Metal | 9000 N Interstate Ave | Portland | OR | 97217 | $ 196,000.00 |
| Chase Manhattan Bank USA NA | 201 N Walnut Street | Wilmington | DE | 19801 | $ 26,000.00 |
| CM ROUTING | 2137 Roosevelt Ave | Racine | WI | 53406 | $ 23,357.38 |
| CNC | PO Box 51160 | Los Angeles | CA | 90074 | $ 9,915.98 |
| DAMCO | 180 Park Ave | Florham Park | NJ | 7932 | $ 7,022.91 |
| Dell Financial | PO Box 5292 | Carol Stream | IL | 60197 | $ 15,000.00 |
| Dependable | 737 Se Market St | Portland | OR | 94534 | $ 11,150.00 |
| ELECTRIC MELTING SVC | 1000 Nave Road SE | Massillon | OH | 44646 | $ 11,120.25 |
| ELJAY OIL | 7815 E Valleyway | Spokane | WA | 99212 | $ 10,210.51 |
| FASTENAL | 3808 N Sullivan, Bldg 100; Ste A | Spokane Valley | WA | 99216 | $ 60,110.83 |
| FERRELLGAS | PO Box 173940 | Denver | CO | 80217 | $ 13,719.46 |
| Fidelity 401K | PO Box 770001 | Cincinnati | OH | 45277 | $ 79,492.77 |
| First Insurance | PO Box 7000 | Carol Stream | Il | 60197 | $ 347,053.00 |
| H and O | 45 Bathurst Dr | Waterloo | Ontario | N2V 1N2 | $ 16,000.00 |
| Ian Turner | 3808 N Sullivan Rd | Spokane | WA | 99216 | $ 18,968.36 |
| Inland NW Metallurgical | 16203 E Marietta | Spokane | WA | 99216 | $ 17,000.00 |
| Labor and Industries | PO Box 44261 | Olympia | WA | 98504 | $ 18,150.00 |
| MAERSK CUSTOMS | 180 Park Avenue | Florham Park | NJ | 7932 | $ 17,172.91 |
| Miller | 9700 W Higgins Rd | Rosemont | IL | 60018 | $ 489,192.21 |
| Miquel Rosendo | 3808 N Sullivan Rd | Spokane | WA | 99202 | $ 18,709.00 |
| MOTION INDUSTRIES | PO Box 98412 | Chicago | IL | 60693 | $ 8,841.48 |
| NORTHWEST INDUSTRIAL | 10771 N Lombard St | Portland | OR | 97203 | $ 339,981.82 |
| OCL | PO Box 713274 | Chicago | IL | 60677 | $ 243,936.78 |
| Pacific Steel | 7448 Aqua Circle | Hayden | ID | 83835 | $ 8,756.20 |
| Pallet Place | PO Box 6547 | Spokane | WA | 99217 | $ 30,099.00 |
| PARK SPE LLC | 3808 N Sullivan N15 #202 | Spokane Valley | WA | 99216 | $ 180,910.18 |
| Parker Smith and Feek | PO Box 102833 | Pasadena | CA | 91189 | $ 8,333.32 |
| Patrick Woods | 3808 N Sullivan Rd | Spokane | WA | 99202 | $ 10,299.88 |
| SAIA LTL Freight | 104 E Woodlawn Ranch Rd | Houma | LA | 70363 | $ 33,000.00 |
| SI BofA Visa | PO Box 15019 | Wilmington | DE | 19850 | $ 10,000.00 |
| Tanner | 3300 Triumph Blvd Ste 410 | Lehi | UT | 84043 | $ 20,926.83 |
| Trade Tech Inc | 2231 Constitution Ave | Hartford | Wi | 53027 | $ 28,448.00 |
| Travis Pattern | 3808 N Sullivan Rd 8Q | Spokane | WA | 99202 | $ 8,288.00 |
| United Healthcare | 1 Health Dr | Eden Prairie | MN | 55344 | $ 137,097.80 |
| UNITED STEELWORKERS | 60Boulevard Of the Allies | Pittsburgh | PA | 15222 | $ 8,478.48 |
| Washington Department of Revenue | PO Box 47478 | Olympus | WA | 98504 | $ 40,050.63 |
| Waste Management | PO Box 3020 | Monroe | WI | 53566 | $ 42,574.64 |
| WESTECH PRODUCTS INC | 1242 Enterprise Ct | Corona | CA | 92882 | $ 36,140.68 |
| **Total Payments** | | | | | **$ 4,449,120.06** |

**In re Spokane Industries, LLC**
**Attachment to SOFA 30-1 Insider Compensation**

| 02/01/2025-01/21/2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Payroll Dates | Pat Turner | | Lisa Turner | | Alex Turner | | Ian Turner |
| 2/14/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 2/28/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 3/14/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 3/28/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 4/11/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 4/25/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 5/9/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 5/23/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 6/6/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 6/20/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 7/3/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 7/18/2025 | $ | 1,923.00 | $ | 4,615.38 | | | $ | 6,730.77 |
| 8/1/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 13,461.54 | $ | 6,730.77 |
| 8/15/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 8/29/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 9/12/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 9/26/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 10/10/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 10/24/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 11/7/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 7,476.88 | $ | 6,730.77 |
| 11/21/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 4,730.77 | $ | 6,730.77 |
| 12/5/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 8,730.77 | $ | 6,730.77 |
| 12/19/2025 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 1/2/2026 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| 1/16/2026 | $ | 1,923.00 | $ | 4,615.38 | $ | 6,730.77 | $ | 6,730.77 |
| Total Gross | $ | 49,998.00 | $ | 119,999.88 | $ | 94,976.89 | $ | 175,000.02 |
| Total Net | $ | 41,460.38 | $ | 69,870.84 | $ | 63,466.39 | $ | 110,077.24 |

**In re Spokane Industries, LLC**
**Attachment to SOFA 30-2 Insider Reimbursements**

**Spokane Industries - Outgoing Payments to Insiders - February 2025 to January 2026**

| Details | Posting Date | Description | Amount | | Type | What For |
|---------|-------------|-------------|--------|---|------|----------|
| DEBIT | 3/4/2025 | Pat Turner | $ | (36,496.84) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 3/13/2025 | Pat Turner | $ | (10,433.25) | ACH_PAYMENT | Reimbursement |
| DEBIT | 3/20/2025 | Pat Turner | $ | (14,000.00) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 3/25/2025 | Pat Turner | $ | (9,655.47) | ACH_PAYMENT | Reimbursement |
| DEBIT | 4/7/2025 | Pat Turner | $ | (36,543.54) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 3/14/2025 | Alex Turner | $ | (30,000.00) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 4/14/2025 | Alex Turner | $ | (29,463.95) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 6/23/2025 | Alex Turner | $ | (41,000.00) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 6/20/2025 | Ian Turner | $ | (20,787.00) | ACH_PAYMENT | Reimbursement |
| DEBIT | 7/11/2025 | Ian Turner | $ | (22,282.84) | WIRE_OUTGOING | Reimbursement |
| DEBIT | 11/12/2025 | Ian Turner | $ | (18,968.36) | WIRE_OUTGOING | Reimbursement |

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2026**

_____
Signature of individual signing on behalf of the debtor

**Patrick Turner**
Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Spokane Industries, LLC**                    Case No. _____

Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lisa Turner**<br>**3808 North Sullivan Road, Bdg 1**<br>**Spokane, WA 99216** | | **51%** | **LLC Member** |
| **Patrick Turner**<br>**3808 North Sullivan Road, Bdg 1**<br>**Spokane, WA 99216** | | **49%** | **LLC Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 23, 2026** _____      Signature   **/s/ Patrick Turner** _____

                                                   **Patrick Turner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Spokane Industries, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 23, 2026**

Signature

Patrick Turner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re **Spokane Industries, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 23, 2026**

**/s/ Patrick Turner**

**Patrick Turner**/**Managing Member**
Signer/Title

**United States Bankruptcy Court**
**Eastern District of Washington**

In re    **Spokane Industries, LLC**

                     Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 23, 2026**

*President*

**Patrick Turner/Managing Member**
Signer/Title

Spokane Industries, LLC
3808 North Sullivan Road, Building #1
Spokane Valley, WA 99216


Thomas A. Buford
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


3D SYSTEMS
333 Three D Circle
Rock Hill, SC 29730


A DO GOOD CLEANING
10620 W 12th Ave, Apt. 239
Spokane, WA 99224


A DRUG FREE ALLIANCE INC
10905 E Montgomery #4
Spokane, WA 99206

A-L COMPRESSED GASES INC
110 W 7th #1400
Tulsa, OK 74119


ADANAC PATTERN SHOP LTD
14-1850 Kinsway Ave
Port Coquitlam, BC V3C 1S6
CANADA


ADVANCED TECHNICAL PRODUCTS
  SUPPLY CO, INC
6186 Centre Park Dr
West Chester, OH 45069


AIRGAS USA LLC
PO Box 102289
Pasadena, CA 91189-2289


ALEXANDER TURNER
3808 N. Sullivan Rd. Building 1
Spokane Valley, WA 99216


ALL WESTERN INDUSTRIAL SUPPLY
18225 East Euclid Rd
Spokane, WA 99216


AMERICAN MFG SOLUTIONS
6021 E Mansfield Ave #500
Spokane Valley, WA 99212


AMERICAN ON-SITE SERVICES LLC
3808 N Sullivan Rd, Bldg 107
Spokane Valley, WA 99216

AMERICAN RECYCLING CORP
6203 E Mission Ave
Spokane Valley, WA 99212


ARAMARK REFRESHMENT
1097 Andover Park E
Tukwila, WA 98188


AVALARA INC
Dept CH 16781
Palatine, IL 60055


AVISTA UTILITIES
PO Box 3727 MCS 34
Spokane, WA 99220


BARNHART
PO Box 2153, Dept. 1906
Birmingham, AL 35287


BATTERY SYSTEMS INC
PO Box 735568
Dallas, TX 75373


BECHERINI SCALE
317 E Sprague Ave
Spokane, WA 99202


BIG SKY INDUSTRIAL SERVICES
PO Box 585
Colbert, WA 99005


BOBS METALS INC
9000 N Interstate Ave
Portland, OR 97217

BUCHANAN AUTOMATION INC
PO Box 1249
Snohomish, WA 98291


CANON FINACIAL SERVICES
14904 Collections Center Dr
Chicago, IL 60693


CARRIER CORPORATION
PO Box 93844
Chicago, IL 60673


CASCADE COLUMBIA DISTR
6900 Fox Ave S
Seattle, WA 98108


CASCADE FRICTION MATERIALS
314 E Puyallup Ave
Tacoma, WA 98421


CDW COMPUTER CENTERS INC
200 N Milwaukee Ave
Vernon Hills, IL 60061


CENTURYLINK
PO Box 91155
Seattle, WA 98111


CERAM TECH
4875 E La Palma Ave #609
Anaheim, CA 92807


CHAVEZ CALIBRATIONS INTL INC
2770 Arapahoe Rd #132-191
Lafayette, CO 80026

```
CHICAGO FLAME HARDENING CO
5200 Railroad Ave
East Chicago, IN 46312


CHRYSLER CAPITAL
PO Box 961275
Fort Worth, TX 76161


CLEARWATER SPRINGS
10356 N Taryne St
Hayden, ID 83835


CM ROUTING LLC
2137 Roosevelt Ave
Racine, WI 53406


CNC Associates
PO Box 51160
Los Angeles, CA 90074


CNC Associates, Inc
PO Box 51160
Los Angeles, CA 90074-1160


CNC Associates, Inc.
2900 Challenger Place
Oxnard, CA 93030


CO-ENERGY
PO Box 15361
Spokane Valley, WA 99216


COFFMAN ENGINEERS INC
10 N Post St #500
Spokane, WA 99201
```

COLUMBIA ELECTRIC SUPPLY
PO Box 888855
Los Angeles, CA 90088


COMCAST
PO Box 8587
Philadelphia, PA 19101


CONCENTRA MEDICAL CENTERS
PO Box 4300
Rancho Cucamonga, CA 91729


CRANETECH INC
4213 Technology Dr
Modesto, CA 95356


CUTTING EDGE SUPPLY
234 East O St
Colton, CA 92324


D & D INDUSTRIAL COATINGS
1640 Racine St
Racine, WI 53403


DAMCO CUSTOMS SERVICES INC
180 Park Ave
Florham Park, NJ 07932


DAVIS ALLOYS HOLDCO, INC
295 E High St
Sharpville, PA 16150


DAY WIRELESS SYSTEMS
PO Box 22169
Milwaukie, OR 97269

```
Dell Financial Services
Mail stp-PS2DF-23, One Dell Way
Round Rock, TX 78682


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


DELL FINANCIAL SERVICES LLC
PO Box 5292
Carol Stream, IL 60197-8292


DEPARTMENT OF ECOLOGY
PO Box 34050
Seattle, WA 98124


DEPARTMENT OF HEALTH
PO Box 1099
Olympia, WA 98507


DEPT OF LABOR AND INDUSTRIES
901 N Monroe St #100
Spokane, WA 99201


DEPT OF REVENUE-ST OF WA
PO Box 9034
Olympia, WA 98507


DIAMOND LINE DELIVERY SYS INC
PO Box 93844
Meridian, ID 83680


DIETERT FOUNDRY TESTING EQUIP
9190 Roselawn Ave
Detroit, MI 48204
```

DISTRIBUTION SOLUTION
460 Mountain Circle
Buckley, WA 97321


DIVCO ENERGY CONTROL CO
PO Box 3245
Spokane, WA 99220


DORSH & KAHL CO INC
PO Box 13362
Spokane Valley, WA 99213


DYNAMIC AIR INC
1125 Willow Lake Blvd
St Paul, MN 55110


ECOLUBE RECOVERY
PO Box 94421
Seattle, WA 98124


EIRICH MACHINES INC
4033 Ryan Rd
Gurnee, IL 60031


ELECTRICAL SERVICE PRODS INC
110 N Greene St
Spokane, WA 99202


ELITE TRANSPORTATION INC
PO Box 265
West Salem, OH 44287


ELJAY OIL CO INC
7815 E Valleyway
Spokane, WA 99212

EMPLOYMENT SCREENING SERVICES
627 E Sprague Ave #100
Spokane, WA 99202


EQUIPMENT MANUFACTURERS
   INTERNATIONAL INC
16151 Puritas Ave
Cleveland, OH 44135


EXECUTECH
3808 N Sullivan, Bldg N15 #109
Spokane Valley, WA 99216


EXPRESS EMPLOYMENT PROFESSNLS
PO Box 844277
Los Angeles, CA 90084


FARO TECHNOLOGIES INC
PO Box 116908
Atlanta, GA 30368


FARWEST STEEL CORP
PO Box 889
Eugene, OR 97440


FASTENAL
3808 N Sullivan, Bldg 100; Ste A
Spokane Valley, WA 99216


FEDEX FREIGHT
Dept CH PO Box 10306
Palatine, IL 60055


FERRELLGAS
PO Box 173940
Denver, CO 80217

FINITE SOLUTIONS INC
2931 Hamilton New London Rd
Hamilton, OH 45013


FIRST CHOICE NDE, INC
16503 NE 250th St
Battle Ground, WA 98604


FORREST TECHNICAL COATINGS
PO Box 22110
Eugene, OR 97402


FREEMAN MFG & SUPPLY CO
PO Box 72523
Cleveland, OH 44192


GEOCORP INC
9010 River Rd
Huron, OH 44839


GLOBAL EQUIPMENT CO
29833 Network Pl
Chicago, IL 60673


GOLF CARS ETC
14902 E Sprague Ave
Spokane Valley, WA 99216


H & E EQUIPMENT SERVICES INC
PO Box 849850
Dallas, TX 75284


H&H BUSINESS SYSTEMS INC
PO Box 846
Veradale, WA 99037

H&O CYLINDRICAL PRECISION
45 Bathurst Dr
Waterloo, Ontario N2V 1N2
CANADA


HARBISON-WALKER INTERNATIONAL
24074 Network Pl
Chicago, IL 60673


IAN TURNER
3808 N. Sullivan Rd. Building 1
Spokane Valley, WA 99216


IGI RESOURCES INC
1290 W Myrtle St #400
Boise, ID 83702


IIA LAB SERVICES
3500 Lenox Rd NE #1050
Atlanta, GA 30326


INCAST
1 Paragon Dr #110
Montvale, NJ 07645


INDUSTRIAL REPAIR SERVICE
2650 Business Dr
Cumming, GA 30028


INDUSTRIAL SCIENTIFIC
PO Box 645449
Pittsburgh, PA 15264


INGERSOLL RAND CO
15768 Collections Center Dr
Chicago, IL 60693

```
INLAND EMPIRE DISTRIB SYSTEMS
3808 M Sullivan Rd, Bldg 32
Spokane Valley, WA 99216


INLAND EMPIRE DISTRIB SYSTEMS
3808 N Sullivan Rd, Bldg 2S
Spokane Valley, WA 99216


INLAND NW METALLURGICAL SERV
16203 E Marietta
Spokane, WA 99216


JOHNSON CONTROLS SECURITY
PO Box 371967
Pittsburgh, PA 15250


Joy Global
PO Box 507
Morningside QLD, AU 4170


Joy Global/Komatsu
5410 W Loop 281
Longview, TX 75603


JUSTUS BAG CO INC
11205 E Trent Ave
Spokane, WA 99206


KLEENAIR PRODUCTS CO INC
PO Box 1669
Clackamas, OR 97015


LEAVITT MACHINERY
PO Box 24782
Seattle, WA 98124
```

LEE & HAYES PC
601 W Riverside Ave #1400
Spokane, WA 99201


Lietzau Patterns Inc.
8321 Secura Way
Santa Fe Springs, CA 90670


MALLORY SAFETY & SUPPLY
PO Box 2068
Longview, WA 98632


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604


MARLIN LEASING CORP
PO Box 13604
Philadelphia, PA 19101-3604


Marlin Leasing/PEAC Solutions
PO Box 13604
Philadelphia, PA 19101


MARTZ, WILLIAM AND CHRISTINE
5211, N Salida del Sol Dr.
Tucson, AZ 85718


MCGUIRE BEARING CO
947 SE Market St
Portland, OR 97214


MCMASTER-CARR
PO Box 7690
Chicago, IL 60680

MID VALLEY INDUSTRIES, LLC
1151 DelAnglade St
Kaukauna, WI 54130


MILLBANK MATERIALS USA LTD
15540 North Columbia Blvd
Portland, OR 97203


MILLER AND COMPANY
9700 W Higgins Rd
Rosemont, IL 60018


MODERN MACHINERY CO INC
PO Box 16660
Missoula, MT 59808


MOREHOUSE COWLES LLC
1050 Cindy Lane
Carpinteria, CA 93013


MOTION INDUSTRIES INC
PO Box 98412
Chicago, IL 60693


MP INDUSTRIAL
4713 S Washington St
Tacoma, WA 98409


MPI INC
165 Smith St
Poughkeepsie, NY 12601


MSC INDUSTRIAL SUPPLY CO
PO Box 953635
St Louis, MO 63195

MULTIFAB
3808 N Sullivan Rd, Bldg 6
Spokane Valley, WA 99216


NAPA
15823 E Sprague Ave
Spokane Valley, WA 99212


NDT SUPPLY.COM INC
PO Box 7350
Shawnee Mission, KS 66207


NEW PIG CORPORATION
PO Box 304
Tipton, PA 16684


NEXTIVA INC
8800 E Chaparral Rd #300
Scottsdale, AZ 85250


NORCO INC
1125 W Amity Rd
Boise, ID 83705


NORLIFT
PO Box 11006
Spokane, WA 99211


NORTHERN SAFETY CO INC
PO Box 4250
Utica, NY 13504


NORTHWEST HANDLING
  SYSTEMS INC
PO Box 749861
Los Angeles, CA 90074

```
NORTHWEST INDUSTRIAL
   & FOUNDRY
10771 N Lombard St
Portland, OR 97203


NOVATION INC
2616 N Locust Rd
Spokane, WA 99206


OCCUPATIONAL HEALTH SOLUTIONS
101 W Cataldo #100
Spokane, WA 99201


OCL FOUNDRY & ABRASIVE SUPPLY
PO Box 713274
Chicago, IL 60677-1274


OXARC INC
PO Box 2605
Spokane, WA 99220


PALLET PLACE INC, THE
PO Box 6547
Spokane, WA 99217


PAR SYSTEMS INC
PO Box 1414
Minneapolis, MN 55480


PARK SPE LLC
3808 N Sullivan, N15 #202
Spokane Valley, WA 99216


Parker Smith Feek
PO Box 102833
Pasadena, CA 91189-2833
```

Pathward National Association
5480 Corporate Drive, Suite 350
Spokane, WA 99216


Patrick Turner
19809 E Twin Bridges Lane
Spokane Valley, WA 99016


Patrick Turner
3808 N Sullivan Rd. Bdg 1
Spokane Valley, WA 99216


Patrick Turner
3808 North Sullivan Road, Building
Spokane Valley, WA 99216


PATRIOT FIRE PROTECTION INC
2707 70th Ave
Tacoma, WA 98424


PATTERSON FAN CO INC
1120 Northpoint Blvd
Blythewood, SC 29016


PILOT FREIGHT SERVICES
PO Box 654058
Dallas, TX 75265


POWER TRANSMISSION EQUIP
7797 N First St #327
Fresno, CA 93720


POWERHAMMER CO
PO Box 80275
Portland, OR 97280

QUADIENT LEASING USA, INC.
Dept 3682 PO Box 123682
Dallas, TX 75312


RADWELL INTERNATIONAL LLC
PO Box 419343
Boston, MA 02241-9343


RAINBOW ELECTRIC
809 N Sullivan Rd
Spokane Valley, WA 99216


RED WING SHOE STORE
PO Box 844329
Dallas, TX 75284


RELIANCE STANDARD LIFE INS
1700 Market St #1200
Philadelphia, PA 19103


REMELT SOURCES INC
27151 Tungsten Rd
Cleveland, OH 44132-2940


REMET CORPORATION
210 Commons Rd
Utica, NY 13502


ROBERT HALF
PO Box 743295
Los Angeles, CA 90074


Rogers Machinery Company, Inc.
14650 SW 72nd Ave
Portland, OR 97224

RPM INDUCTION SERVICES LLC
15137 Brucite Rd
Victorville, CA 92394


SAIA MOTOR FREIGHT LINE INC
104 E Woodlawn Ranch Rd
Houma, LA 70363


SEATTLE HEAT TREATERS
521 S Holden St
Seattle, WA 98108


SELWAY MACHINE TOOL CO
29250 Union City Blvd
Union City, CA 94587


SHERWIN-WILLIAMS COMPANY
3200 E Trent Ave, Bldg 2S
Spokane, WA 99202


SIMPLIFY COMPLIANCE LLC
PO Box 5094
Brentwood, TN 37024


SPOKANE CNTY PUBLIC WORKS
PO Box 2355
Spokane, WA 99210


SPOKANE COUNTY TREASURER
PO Box 199
Spokane, WA 99210-0199


SPOKANE HOUSE OF HOSE
5520 E Sprague
Spokane, WA 99212

SPOKANE PUMP
3626 E Trent
Spokane, WA 99202


SPOKANE STAINLESS TECH
3808 N Sullivan Rd, Bldg 4
Spokane Valley, WA 99220


Spokane Stainless Technologies Inc.
3808 N Sullivan Rd., Bldg. 4
Spokane Valley, WA 99216


STAPLES BUSINESS ADVANTAGE
PO Box 105638
Atlanta, GA 30348


STEEL FOUNDERS SOCIETY
780 MC Ardle DR, Unit G
Crystal Lake, IL 60014


STONER INCORPORATED
PO Box 65
Quarryville, PA 17566


SUBSEA COATING TECHNOLOGIES
PO Box 35535
Houston, TX 77235


SWIFT TOOL CO INC
PO Box 1184
Kent, WA 98035


SYSPRO IMPACT SOFTWARE INC
1775 Fllight Way #150
Tustin, CA 92782

TANNER LLC
3300 Triumph Blvd #410
Lehi, UT 84043


THE M E WEAVER CO
2724 S Hayford Rd
Airway Heights, WA 99001


The Park/Crown West Realty
3808 N Sullivan, N15 #202
Spokane Valley, WA 99216


THE SHANAFELT MFG CO
PO Box 7040
Canton, OH 44705


TOMMER EQUIPMENT CO INC
PO Box 1150
Ephrata, WA 98823


TRUK TMS
4412 Riverbend Dr
Post Falls, ID 83854


ULINE
PO Box 88741
Chicago, IL 60680


UNIFIRST CORPORATION
3200 E Trent Ave Bldg 5
Spokane, WA 99202


UNITED STEELWORKERS

```
UPS FREIGHT
23013 Network Pl
Chicago, IL 60673


VEGA HOME VALUES
3877 Mason Research Pkwy
Mason, OH 45036


VEGA INDUSTRIES LTD. USA
330 Franklin Rd #135-180
Brentwood, TN 37027


VERIZON WIRELESS
PO Box 660108
Dallas, TX 75266


VIGILANT
6825 SW Sandburg St
Tigard, OR 97208


WARDEN FLUID DYNAMICS
PO Box 74007453
Chicago, IL 60674


WASHINGTON EQUIPMENT MANUFACTURING COMPA
5510 W Thorpe Rd
Spokane, WA 99224


WEST COAST WIRE ROPE &    RIGGING
2900 NW 29th Ave
Portland, OR 97210


WESTECH PRODUCTS INC
1242 Enterprise Ct
Corona, CA 92882
```

```
WESTERN STATES EQUIP
PO Box 38
Boise, ID 83707


WHEELABRATOR
PO Box 73987
Chicago, IL 60673


WILCOX-FLEGEL
95 Panel Way
Longview, WA 98632


WORLDWIDE EXPRESS
PO Box 101903
Pasadena, CA 91189


XPO LOGISTICS FREIGHT INC
29559 Network Pl
Chicago, IL 60673
```

# United States Bankruptcy Court
## Eastern District of Washington

In re **Spokane Industries, LLC** _____

_____
Debtor(s)

Case No. _____

Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Spokane Industries, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2026** _____
Date

**/s/ Thomas A. Buford** _____
**Thomas A. Buford**
Signature of Attorney or Litigant
Counsel for **Spokane Industries, LLC** _____
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**tbuford@bskd.com**