| | |
|---|---|
| In re | Chapter 11 |
| SPOKANE INDUSTRIES LLC, | Case No. 26-00116-FPC11 |
| Debtor. | ORDER EXTENDING (1) DEADLINE TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASE AND (2) EXCLUSIVITY PERIODS FOR FILING AND CONFIRMING PLAN |

This matter came before the court on the Motion of the above-captioned debtor and debtor in possession to Extend (1) Deadline to Assume or Reject Non-Residential Real Property Lease; and (2) Exclusivity Periods for Filing and Confirming Plan (the "Motion").[1] Upon review of the pleadings, the Turner Declaration, and the record, the Court finds that cause exists to extend the deadline to assume or reject the Debtor's non-residential real property leases under § 365(d)(4)(B)(i), and to extend the

[1] Capitalized terms not defined in this Order have their meaning as set forth in the Motion.

ORDER EXTENDING (1) DEADLINE TO ASSUME OR
REJECT NON-RESIDENTIAL REAL PROPERTY LEASE
AND (2) EXCLUSIVITY PERIODS FOR FILING AND
CONFIRMING PLAN – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

exclusivity periods for filing and confirming the plan under § 1121(d)(2). Accordingly, it is

**ORDERED as follows:**

1.      The Motion [ECF No. 128] is granted.

2.      The Lease Deadline is extended by 90 days to August 21, 2026.

3.      The Plan Deadlines are each extended by 90 days. The Debtor has the exclusive right to file a plan until August 21, 2026, and to obtain confirmation of a plan until October 20, 2026.

///End of Order///

Presented by:


BUSH KORNFELD LLP

By___/s/ Shane E. Creason_____
    Christine M. Tobin-Presser, WSBA #27628
    Thomas A. Buford, WSBA #52969
    Shane E. Creason, WSBA #63865
Attorneys for Spokane Industries LLC, Debtor

ORDER EXTENDING (1) DEADLINE TO ASSUME OR
REJECT NON-RESIDENTIAL REAL PROPERTY LEASE
AND (2) EXCLUSIVITY PERIODS FOR FILING AND
CONFIRMING PLAN – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

26-00116-FPC11   Doc 135   Filed 05/18/26   Entered 05/18/26 09:00:05   Pg 2 of 2