CHRISTINE M. TOBIN-PRESSER (WSBA #27628)
THOMAS A. BUFORD (WSBA # 52969)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Email: ctobin@bskd.com; tbuford@bskd.com;
screason@bskd.com

HONORABLE FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| SPOKANE INDUSTRIES LLC, | Case No. 26-00116-FPC11 |
| Debtor. | NOTICE OF HEARING ON DEBTOR'S MOTION (I) AUTHORIZING CONTINUED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND (II) APPROVING POSTPETITION LOAN FACILITY |

**PLEASE TAKE NOTICE** that Spokane Industries LLC ("Debtor"), debtor-in-possession in the above-captioned bankruptcy case (the "Bankruptcy Case"), has filed its *Motion (I) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection and (II) Approving Postpetition Loan Facility* (the "Motion"). Through the Motion, the Debtor seeks the continued use of cash collateral through September 27, 2026, and approval of a post-petition loan from Patrick Turner, the proceeds of which would be used to fund the purchase of a thermal reclamation unit, on the following material terms:

| | |
|---|---|
| **Loan Amount:** | Up to $500,000 |
| **Maturity Date:** | The earlier of: (a) December 31, 2030; (b) confirmation of a Chapter 11 Plan proposed by a party other than the Debtor; (c) sale of all or substantially all of the Debtor's assets; (d) appointment of a Trustee in this Case; or (e) conversion of this case to a case under Chapter 7. |

NOTICE OF HEARING AND TIME TO OBJECT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2943 je28f001d6

26-00116-FPC11    Doc 140    Filed 06/09/26    Entered 06/09/26 20:40:06    Pg 1 of 2

| | |
|---|---|
| **Interest Rate:** | The Federal Judgment Interest Rate. |
| **Payments:** | None for the 12 months following approval; principal and interest repaid in 48 monthly payments thereafter. |
| **Fees:** | None. |
| **Collateral:** | None. |
| **Advances:** | Single Advance (non-revolving). |
| **Priority:** | Claim under § 503(b), but subordinate to all other claims entitled to priority under § 507(a)(2). |
| **Prepayment:** | No penalty |

**PLEASE TAKE FURTHER NOTICE** that the Court has set a hearing on approval of the Motion as follows:

> **Hearing Date: Tuesday, June 30, 2026**
> **Time: 1:30 p.m.**
> **Via ZoomGov at:**
>
> **https://www.zoomgov.com/j/1606922376**
> (Telephone: (669) 254-5252)
> Meeting ID: 1606922376

**See also: https://www.waeb.uscourts.gov/judge/judge-frederick-p-corbit**
The Motion, together with supporting documents, is on file with the above-captioned Court. If you desire a copy of the Motion and supporting documents, you may request the same from the undersigned counsel.

IF YOU OPPOSE the relief requested in the Motion, you must file your written response with the Court Clerk and deliver copies to the undersigned counsel no later than June 29, 2026.

DATED this 9th day of June, 2026.

BUSH KORNFELD LLP

By    /s/ Shane E. Creason
    Christine M. Tobin-Presser, WSBA #27628
    Thomas A. Buford, WSBA #52969
    Shane E. Creason, WSBA #63865
Attorneys for Spokane Industries LLC, Debtor

NOTICE OF HEARING AND TIME TO OBJECT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2943 je128bf001d6