*Frederick P. Corbit*

**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| SPOKANE INDUSTRIES LLC, | Case No. 26-00116-FPC11 |
| Debtor. | SECOND AGREED ORDER (I) AUTHORIZING CONTINUED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND (II) APPROVING POSTPETITION LOAN FACILITY |

This matter came before the Court on the Debtor's Motion (i) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection and (ii) Approving Postpetition Loan Facility [ECF No. 139] (the "Motion")[1], filed by Spokane Industries LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned Bankruptcy Case. On July 1, 2026, and upon the agreement of the Debtor and Pathward N.A. ("Pathward"), the Court entered the Agreed Order (I) Authorizing Continued Use of Cash Collateral and Granting Adequate Protection and (II) Approving Postpetition Loan Facility (the "First Agreed Order") extending the Debtor's use of cash collateral

---

[1] Capitalized terms not otherwise defined in this Order have the same meanings ascribed in the Motion.

AGREED ORDER (I) AUTHORIZING CONTINUED USE OF
CASH COLLATERAL AND GRANTING ADEQUATE
PROTECTION AND (II) APPROVING POSTPETITION
LOAN FACILITY – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

je19dv01yy

to July 14, 2026 (the "Termination Date"). The Debtor and Pathward have agreed to a further extension to July 28, 2026, upon the terms of this order (the "Second Agreed Order"). The Court finds that good cause exists to grant the contemplated relief. Accordingly, it is

**ORDERED:**

1. The Debtor is authorized to continue using Cash Collateral for the categories of expenditures identified in the Extended Budget attached as Exhibit A to the Declaration of Patrick Turner in Support of first Day Motions at ECF 7 and on the same terms and conditions set forth in the Final Order (1) Authorizing Use of Cash Collateral and Granting Adequate Protection, (2) Approving Post-Petition Loan Facility, and (3) Setting a Final Hearing Cash Collateral Order (ECF 87) (the "Final Cash Collateral Order"), as modified by this Order.

2. The Termination Date in the First Agreed Order set forth in paragraph 8.a of the Final Cash Collateral Order, as modified by the First Agreed Order, is extended to July 28, 2026, subject to extension to September 27, 2026 upon agreement by Pathward and the Debtor and submitted to the Court in the form of an agreed order. All other terms and conditions of the Final Cash Collateral Order and the First Agreed Order remain in full force and effect and apply to the Debtor's continued use of Cash Collateral authorized by this Order. Notwithstanding the foregoing, Pathward shall not terminate the Debtor's use of Cash Collateral prior to the July 28, 2026 Termination Date on the basis of an asserted failure of the Debtor to comply with paragraph 8.g of the Final Cash Collateral Order.

AGREED ORDER (I) AUTHORIZING CONTINUED USE OF
CASH COLLATERAL AND GRANTING ADEQUATE
PROTECTION AND (II) APPROVING POSTPETITION
LOAN FACILITY – Page 2

je19dv01yy

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

26-00116-FPC11   Doc 152   Filed 07/14/26   Entered 07/14/26 14:30:45   Pg 2 of 4

3. To the extent of any inconsistency between this Order, the First Agreed Order, and the Final Cash Collateral Order, this Second Agreed Order shall control.

///End of Order///

Presented by:

BUSH KORNFELD LLP

By    /s/ Christine M. Tobin-Presser
    Christine M. Tobin-Presser, WSBA #27628
    Thomas A. Buford, WSBA #52969
    Shane E. Creason, WSBA #63865
Attorneys for Spokane Industries LLC, Debtor

HAWLEY TROXELL

By    See attached
    Sheila R. Schwager, WSBA #55769
Attorneys for Pathward, N.A.

TAFT STETTINIUS & HOLLISTER LLP


By    /s/ Kimberly Clayson
    Kimberly Clayson
Attorneys for Pathward, N.A.
*Admitted Pro Hac Vice*

AGREED ORDER (I) AUTHORIZING CONTINUED USE OF
CASH COLLATERAL AND GRANTING ADEQUATE
PROTECTION AND (II) APPROVING POSTPETITION
LOAN FACILITY – Page 3

je19dv01yy

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

3.  To the extent of any inconsistency between this Order, the First Agreed Order, and the Final Cash Collateral Order, this Second Agreed Order shall control.

///End of Order///

Presented by:

BUSH KORNFELD LLP

By_____
    Christine M. Tobin-Presser, WSBA #27628
    Thomas A. Buford, WSBA #52969
    Shane E. Creason, WSBA #63865
Attorneys for Spokane Industries LLC, Debtor

HAWLEY TROXELL

By_____
    Sheila R. Schwager, WSBA #55769
Attorneys for Pathward, N.A.

TAFT STETTINIUS & HOLLISTER LLP

By_____
    Kimberly Clayson
Attorneys for Pathward, N.A.
*Admitted Pro Hac Vice*

AGREED ORDER (I) AUTHORIZING CONTINUED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND (II) APPROVING POSTPETITION LOAN FACILITY – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104