Laurie M. Thornton, WSBA #35030
Daniel R. Kubitz, WSBA #55512
Davis Leigh, WSBA #58825
Kathryn G.S. Clavere, WSBA #64626
Schwabe, Williamson & Wyatt, P.C.
1420 5th Ave, Suite 3400
Seattle WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

The Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re<br><br>SPOKANE INDUSTRIES, LLC,<br><br>Debtor. | Case No. 26-00116-FPC11<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS TO OBJECT TO DISCLOSURE STATEMENT |

The Official Committee of Unsecured Creditors (the "Committee") has been in discussions with the Debtor as to the terms of the proposed Plan of Reorganization, and the related Disclosure Statement (ECF Nos. 172, 173), and understands the Debtor has also been in discussions with other creditors. Today is the deadline for objections to the currently proposed pleadings, but the Committee further understands that the Debtor will be filing amended documents at some point in the future; the Committee reserves the right to respond and raise objection to those amended documents once filed.

/ / / / / /

/ / / / / /

/ / / / / /



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

Dated this 23rd day of September, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Laurie M. Thornton*

Laurie M. Thornton WSBA # 35030
Email: lthornton@schwabe.com
Daniel R. Kubitz, WSBA #55512
Email: dkubitz@schwabe.com
Davis Leigh, WSBA #58825
Email: dbleigh@schwabe.com
Kathryn G.S. Clavere, WSBA # 64626
Email: kclavere@schwabe.com

*Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2026, I caused to be served the foregoing OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS TO OBJECT TO DISCLOSURE STATEMENT on the following party at the following address:

Thomas A. Buford
Shane E. Creason
Christine M. Tobin
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101
tbuford@bskd.com
screason@bskd.com
ctobin@bskd.com

*Attorneys for Spokane Industries, LLC, Debtor*

Benjamin Teich
Amy L Lambdin
Office of the United States Trustee
920 W. Riverside Avenue, Room 593
Spokane, WA 99201
Benjamin.teich@usdoj.gov
amy.lambdin@usdoj.gov

*U.S. Trustee*

Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83702
sschwager@hawleytroxell.com
*Attorney for Creditor Pathward, N.A.*

John S Kaplan
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
John.kaplan@stoel.com
*Attorney for Creditor OCL Foundry and Abrasive Supply Co.*

Suzanne Daigle
Ragan L Powers
Davis Wright Tremaine LLP
920 Fifth Avenue, Ste 3300
Seattle, WA 98104-1610
suzannedaigle@dwt.com
raganpowers@dwt.com
*Attorneys for Creditor Avista Corporation*

Melissa Williams
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Melissa.williams@atg.wa.gov
*Attorney for Creditor Washington State Taxing Agencies*



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

David A. Kazemba
Overcast Law Offices-NCW, PLLC
23 S. Wenatchee Ave. Ste. 320
Wenatchee, WA 98801
dkazemba@overcastlaw.com
*Attorney for Creditor Tommer Equipment Company, Inc.*

Bruce K Medeiros
Randall Danskin PS
601 W. 1st Avenue, Suite 800
Spokane, WA 99201
bkm@randalldanskin.com
*Attorney for Creditor Spokane Stainless Technologies Inc.*

Jason M Ayres
Foster Garvey P.C.
121 SW Morrison Street, Suite 1100
Portland, OR 97204-3141
Jason.ayres@foster.com
*Attorney for Creditor PARK SPE, LLC*

Margot D. Seitz
Farleigh Wada Witt
121 SW Morrison, Suite 600
Portland, OR 97204
mseitz@fwwlaw.com
*Attorney for Creditor Northwest Industrial & Foundry Co.*

Trevor R Pincock
Lukins & Annis PS
717 W Sprague Ave, Suite 1600
Spokane, WA 99201
tpincock@lukins.com
*Attorney for Creditor Norco, Inc.*

by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- ☐ facsimile
- ☑ electronic service (via CM/ECF)
- ☐ other (specify) ____________________

and via CM/ECF to all other parties opted in for the same.

*/s/ Laurie M. Thornton*
Laurie M. Thornton WSBA # 35030



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711