Laurie M. Thornton, WSBA #35030
Daniel R. Kubitz, WSBA #55512
Davis Leigh, WSBA #58825
Kathryn G.S. Clavere, WSBA #64626
Schwabe, Williamson & Wyatt, P.C.
1420 5th Ave, Suite 3400
Seattle WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

The Honorable Frederick P. Corbit
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re<br><br>SPOKANE INDUSTRIES, LLC,<br><br>Debtor. | Case No. 26-00116-FPC11<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SUPPLEMENTAL OBJECTION TO DISCLOSURE STATEMENT FOR SECOND AMENDED PLAN [ECF NO. 205] |

The Official Committee of Unsecured Creditors (the "Committee") has reviewed the amended documents filed by the Debtor on Friday, October 16th, including the Disclosure Statement for Debtor's Second Amended Plan of Reorganization (ECF No. 205, the "Disclosure Statement") and the corresponding Second Amended Plan (ECF No. 206). The Committee appreciates the additional information and changes the Debtor has made to date and believes there are just three issues that should be further addressed in the Disclosure Statement.

The Committee has suggested proposed language to the Debtor and believes the parties will be able to reach agreement before the hearing on October



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

20th but to preserve its right to raise these issue, the Committee believes that the Disclosure Statement should further address:

1) As to the pre-petition embezzlement by a former employee, the Committee has asked the Debtor to clarify that it does not expect to recover any of the embezzled funds, due to lack of insurance and/or likelihood of recovery under a restitution award, and state what the Debtor intends to do with any funds that are received.
2) The Committee has asked the Debtor to more clearly state the treatment of the lien granted to the Turners in the 90 days pre-petition, the Committee's position that its avoidable (but is amenable to the Debtor adding why it believes avoidance is unnecessary given the proposed Plan treatment) and provide more clarity on other potential avoidance actions against insiders; and
3) To state the Debtor's position why its proposed New Value contribution is sufficient.

If the parties are unable to work out consensual language on these issues in advance of the hearing, the Committee reserves the right to address these matters with the Court at the hearing.

Dated October 18, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Laurie M. Thornton*
Laurie M. Thornton WSBA # 35030
Email: lthornton@schwabe.com
Daniel R. Kubitz, WSBA #55512
Email: dkubitz@schwabe.com



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

Davis Leigh, WSBA #58825
Email: dbleigh@schwabe.com
Kathryn G.S. Clavere, WSBA # 64626
Email: kclavere@schwabe.com

*Attorneys for the Official Committee of Unsecured Creditors*



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2026, I caused to be served the foregoing OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SUPPPLEMENTAL OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION [ECF NO. 205] on the following parties at the following addresses:

Thomas A. Buford
Shane E. Creason
Christine M. Tobin
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101
tbuford@bskd.com
screason@bskd.com
ctobin@bskd.com

*Attorneys for Spokane Industries, LLC, Debtor*

Benjamin Teich
Office of the United States Trustee
920 W. Riverside Avenue, Room 593
Spokane, WA 99201
Benjamin.teich@usdoj.gov

*U.S. Trustee*

Sheila R. Schwager
Hawley Troxell Ennis & Hawley, LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83702
sschwager@hawleytroxell.com
*Attorney for Creditor Pathward, N.A.*

John S Kaplan
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
John.kaplan@stoel.com
*Attorney for Creditor OCL Foundry and Abrasive Supply Co.*

Suzanne Daigle
Ragan L Powers
Davis Wright Tremaine LLP
920 Fifth Avenue, Ste 3300
Seattle, WA 98104-1610
suzannedaigle@dwt.com
raganpowers@dwt.com
*Attorneys for Creditor Avista*

Melissa Williams
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Melissa.williams@atg.wa.gov
*Attorney for Creditor Washington State Taxing Agencies*

*Corporation*

David A. Kazemba
Overcast Law Offices-NCW, PLLC
23 S. Wenatchee Ave. Ste. 320
Wenatchee, WA 98801
dkazemba@overcastlaw.com
*Attorney for Creditor Tommer Equipment Company, Inc.*

Bruce K Medeiros
Randall Danskin PS
601 W. 1st Avenue, Suite 800
Spokane, WA 99201
bkm@randalldanskin.com
*Attorney for Creditor Spokane Stainless Technologies Inc.*

Jason M Ayres
Foster Garvey P.C.
121 SW Morrison Street, Suite 1100
Portland, OR 97204-3141
Jason.ayres@foster.com
*Attorney for Creditor PARK SPE, LLC*

Margot D. Seitz
Farleigh Wada Witt
121 SW Morrison, Suite 600
Portland, OR 97204
mseitz@fwwlaw.com
*Attorney for Creditor Northwest Industrial & Foundry Co.*

Trevor R Pincock
Lukins & Annis PS
717 W Sprague Ave, Suite 1600
Spokane, WA 99201
tpincock@lukins.com
*Attorney for Creditor Norco, Inc.*

by:

- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail,
- ☐ return receipt requested
- ☐ hand delivery
- ☐ facsimile
- ☑ electronic service (via CM/ECF)
- ☐ other (specify) ______________________________

and via CM/ECF to all other parties opted in for the same.

*/s/ Laurie M. Thornton*
Laurie M. Thornton, WSBA # 35030



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

145805\297082\51961885.v1