CHRISTINE M. TOBIN-PRESSER (WSBA #27628)
THOMAS A. BUFORD (WSBA # 52969)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 4630
SEATTLE, WA 98101
Tel: (206) 292-2110
Email: ctobin@bskd.com; tbuford@bskd.com;
screason@bskd.com

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SPOKANE INDUSTRIES LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00116<br><br>DECLARATION OF PATRICK TURNER IN SUPPORT OF DEBTOR'S MOTION FOR (1) AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND FOR RELATED RELIEF AND (2) ORDER SHORTENING TIME TO OBJECT |

Patrick Turner declares as follows:

1. I am the managing member of Spokane Industries, LLC (the "Debtor")[1], debtor-in-possession herein. I have personal knowledge of the facts set forth herein and I am competent to testify to the same.

2. In the ordinary course of business, the Debtor maintains certain insurance policies for, among other things, commercial property insurance. The Policy is issued

[1] Capitalized terms, unless otherwise defined, have the same meanings ascribed in the Motion.



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

by Allianz Global Risks US Insurance Company and took effect September 9, 2026, and is essential to preserving the Debtor's business, property, and assets.

3. The company has concluded that it is neither economically advantageous nor an efficient management of cash flow for the Debtor to pay its insurance premiums on a lump-sum basis. The Debtor has historically financed a portion of its insurance premiums under premium financing arrangements.

4. The Debtor has obtained insurance premium financing from AFCO for the Policy pursuant to the PFA through its broker, USI Insurance Services LLC, and the terms of the PFA are consistent with its prior arrangements.

5. Under the PFA, the Debtor pays an $80,164.35 down payment, and AFCO pays the remaining $148,876.65 of the premium to the insurer. The Debtor repays AFCO $153,946.35 at an 8.1% annual percentage rate, in nine monthly installments of $17,105.15, from October 9, 2026, through June 9, 2027.

6. To secure the loan, the PFA contemplates that the Debtor will grant AFCO a security interest in the unearned and return premiums, dividends, loss payments that reduce unearned premiums, and any state guarantee fund interest under the Policy and appoint AFCO its attorney-in-fact to cancel the Policy and collect the unearned premium if the Debtor defaults.

7. Continuous insurance coverage is essential to the Debtor's business and to preserving the estate assets. The Debtor cannot continue its operations without insurance. The Debtor believes that entry into the PFA, including payment of the monthly obligations, without further order of the court, is necessary and essential to the Debtor’s operation of its business.



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

8. The Policy took effect September 9, 2026, but the premium remains unpaid because AFCO will not fund the PFA until this Court approves it. AFCO will not extend the payment schedule, and under the terms of the PFA, AFCO may cancel the Policy for nonpayment.

9. I understand that AFCO will lend only on a secured basis, and premium finance lenders as a rule require a security interest in the unearned premiums of the policies it finances. It is my understanding that this is common in the insurance financing industry, and I do not expect any lender to finance the premium on an unsecured basis.

10. The Debtor has sufficient cash on hand to satisfy the Down Payment and to honor its obligations under the PFA.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

SIGNED this 19th day of October 2026.

DocuSigned by:
Patrick Turner
27E6ADC5832A4E8...
Patrick Turner



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104