CHRISTINE M. TOBIN-PRESSER (WSBA #27628)
THOMAS A. BUFORD (WSBA # 52969)
SHANE E. CREASON (WSBA #63865)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 4630
SEATTLE, WA 98101
Tel: (206) 292-2110
Email: ctobin@bskd.com; tbuford@bskd.com;
screason@bskd.com

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SPOKANE INDUSTRIES LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-00116<br><br>NOTICE OF MOTION AND TIME TO OBJECT RE: DEBTOR'S MOTION FOR (1) AUTHORITY TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND FOR RELATED RELIEF AND (2) ORDER SHORTENING TIME TO OBJECT |

**PLEASE TAKE NOTICE** that Spokane Industries LLC ("Debtor"), debtor-in-possession in the above-captioned bankruptcy case (the "Bankruptcy Case"), has filed *Debtor's Motion for (1) Authority to Enter into Insurance Premium Finance Agreement and for Related Relief and (2) Order Shortening Time to Object* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you object to the Motion, you must do so by filing a written objection with the Court and serve a copy upon the undersigned on or before Monday, November 2, 2026. Should you fail to timely and



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

properly object to the Motion, the Court may enter an order approving the Motion without a hearing and without further notice to you.

**PLEASE TAKE NOTICE** that a copy of the Motion is on file with the Clerk of the Court and is available for inspection during the Court's normal business hours, and may also be obtained (a) via download from the Bankruptcy Court's website at ecf.waeb.uscourts.gov for registered users of the PACER and/or CM/ECF systems (for a fee); or (b) upon request to the undersigned counsel for the Debtor.

DATED this 19th day of October, 2026.

BUSH KORNFELD LLP

By /s/ Shane E. Creason
Christine M. Tobin-Presser, WSBA #27628
Thomas A. Buford, WSBA #52969
Shane E. Creason, WSBA #63865
Attorneys for the Debtor



BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 4630
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104